United States District Court
Southern District of Texas

**ENTERED**
January 17, 2022
Nathan Ochsner, Clerk

## UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | | |
|---|---|---|
| BERT W. WHITTINGTON,<br>    Plaintiff, | §<br>§<br>§ | |
| v. | §<br>§ | Civil Action No.: 4:21-cv-3220 |
| KIRK WAYNE BONSAL, *ET. AL.*,<br>    Defendants. | §<br>§<br>§ | |

## ORDER OF DISMISSAL

On this day, the Court considered the Motion to Dismiss filed by Kirk Wayne Bonsal, Isaac Villarreal, Troy Barringer, and Sherman Eagleton, pursuant to Rule 12(b)(6), FED. R. CIV. P. The Court, having considered the Motion, Response, and the arguments of counsel, if any, is of the opinion that the said Motion should be, in all respects, GRANTED.

It is, therefore ORDERED, ADJUDGED AND DECREED that Plaintiff's claims against Defendants, Kirk Wayne Bonsal, Isaac Villarreal, Troy Barringer, and Sherman Eagleton, be and hereby are DISMISSED WITH PREJUDICE on the ground that Plaintiff has failed to state a claim upon which relief can be granted.

It is so ORDERED.

Signed at Houston, Texas, on __1/14/22__, 2022.

The Honorable Alfred H. Bennett
United States District Judge