**BERT W. WHITTINGTON, III vs. KIRK WAYNE BONSAL, JR. SHERMAN EAGLETON, ISAAC VILLARREAL, TROY BARRINGER, PRECINCT 3 CONSTABLE'S; OFFICE FOR HARRIS COUNTY, TEXAS: CIVIL ACTION NO. 4:21-cv-03220 IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS, HOUSTON DIVISION.**

Dr. Kenneth Eugene Lehrer
Lehrer Financial and Economic Advisory Services
5555 Del Monte Drive - Suite 802
Houston, Texas 77056

PHILIP J. ORTH, III
ATTORNEY AT LAW
16406 LAMPLIGHTER STREET
CROSBY, TEXAS 77532

**July, 2022**

# LEHRER FINANCIAL AND ECONOMIC ADVISORY SERVICES

Real Estate Consulting - Economic Studies - Due Diligence Analysis - Litigation Support Services - Fairness Opinions / ESOP - Business Valuations

July 28, 2022

Philip J. Orth, III, Esq.
Attorney at Law
16406 Lamplighter Street
Crosby, Texas 77532

> **RE:** BERT W. WHITTINGTON, III vs. KIRK WAYNE BONSAL, JR. SHERMAN EAGLETON, ISAAC VILLARREAL, TROY BARRINGER, PRECINCT 3 CONSTABLE'S; OFFICE FOR HARRIS COUNTY, TEXAS: CIVIL ACTION NO. 4:21-cv-03220 IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS, HOUSTON DIVISION.

Dear Mr. Orth:

This *initial* memorandum, written under the rules and regulations commonly referred to as the "Below Market Discount Method" by the United States Fifth Circuit Court of Appeals, as promulgated in the causes of action Culver v. Slater Boat Co., 722 F.2d 114 (5th Cir. 1983) (en banc), Jones & Laughlin Steel Corp v. Pfeifer, 103 S. Ct. 2541 (1983), Tallentire v. Offshore Logistics, Inc., 800 F.2nd 1390 (5th Cir. 1986) and Weinberger v. Wiensenfeld, 420 US 636, 43 L Ed 2d 514, 95 S. Ct. 1225 (1975), will serve as my initial economic loss analysis in regards to the wages and future earnings capacity of *Bert W. Whittington, III.*

**Data Relied Upon**

In order to compile this *initial* economic damage report, the undersigned utilized and relied upon the following information in regards to *Bert W. Whittington, III:*

*1)* Plaintiff's Verified Original Complaint;

*2)* Master Economic Checklist on Bert William Whittington, III as created by the undersigned and completed by the Law Office of Philip J. Orth, III, Esq.;

3) Certificate of Release or Discharge from active duty, Master Sergeant, United States Marine Corp., dated 2012;

Office Address:
1775 St. James Place - Suite 110
Houston, Texas 77056
Phone (713) 972-7912
Fax (713) 964-0444

e-mail: DRKEN@LEHECOSERV.com
web site: www.LEHECOSERV.com

Mailing Address:
5555 Del Monte Drive
Suite 802
Houston, Texas 77056-4117
Evening Phone (713) 626-8184

*4)* Personal Information Report – education /service history /award information/ academy history and course time; and

*5)* United States Federal Income Tax Returns, Forms 1040 – for the years - 2017, 2018, 2019, 2020 and 2021.

## Introduction and Assumptions

The appraisal of the impaired earning capacity and other economic damages suffered by and to an individual because of an "incident" is generally based upon the individual's personal history and the probable course of the future. The measure of damages involves, in most cases, determining the individual's earning capacity had the "incident" not occurred. In the matter at hand, the following are presumed about Bert William Whittington, III (Texas):

Date of birth was February 24, 1968, and in August, 2020 (Date of "incident") Mr. Whittington was approximately fifty-two (52) years of age;

Commencement date of full-time employment in the overall sector of business and commerce was 1988, after graduation from high school and entry into the United State Marine Corps for a period of approximately twenty-four (24) years;

Date of "incident" that caused economic / employment injury was in August, 2020;

Mr. Whittington, based on his prior military service record and his ongoing civilian employment as outlined in his Master Economic Damage Checklist clearly did have a demonstrated adult earning capacity with an earning career that commenced in 1988 via enrollment in the United States Marines;

Mr. Whittington worked in the areas of law and law enforcement since completion of his enrollment tour of duty in the United States Marines (2012) and has been working in both the public and private sectors of Texas since 2012 / 2013;

According to data in the National Vital Statistics Reports (March, 2022 edition, Volume 70, Number 19, Table 14; Pages 36 - 37, – *Life Table for non-Hispanic Black Males: United States, 2019*) the statistical lifespan for an African American Male born in 1968 (Age 54 in 2022) is 77.8 years of age [23.8 additional years]; and

The evaluation of the earning capacity of Bert William Whittington III. may be based upon the earning capacity of males who have a complete high school education as Mr. Whittington is a 1987 graduate of Anahuac High School and subsequently attended Lee College, but did not receive a degree. Afterwards, Mr. Whittington received an Associate of General Studies from Central Texas College.

**Overall Background**

GENERAL BACKGROUND

According to documents furnished the undersigned, and in preparation for legal action in the United States District Court for the Southern District of Texas in Houston, Harris County, Texas, on or about September 21, 2020, Bert Whittington filed a pre-charge inquiry with the EEOC against Kirk Wayne Bonsal and associated parties on the grounds of wrongful employment termination. This pre-charge was assigned EEOC Case Number 460-2020-05941.

On June 7, 2021, Mr. Whittington filed a formal charge with the EEOC against Kirk Wayne Bonsal and associated parties on the grounds of employer retaliation and employment discrimination based on race and color. This charge was assigned EEOC Case Number 460-2021-03518. The EEOC action statement read in verbatim:

"The EEOC issues the following determination: The EEOC will not proceed further with its investigation, and makes no determination about whether further investigation would establish violations of the statute. This does not mean the claims have no merit. This determination does not certify that the respondent is in compliance with the statutes. The EEOC makes no finding as to the merits of any other issues that might be construed as having been raised by this charge."

All conditions precedent to jurisdiction in this case have occurred or been complied with. The deadline for Mr. Whittington to file a claim for relief based on the EEOC charge was October 4, 2021 and the suit was timely filed.

Bert W. Whittington, III is a veteran of the United States Marine Corps who honorably retired as a Master Sergeant in April 2012 after 24+ years of service. His military service included missions in Iraq, Korea, and global sea service deployment. In military service, Bert Whittington received the following decorations, medals, badges, citations, and/or campaign ribbons:

Good Conduct Medal (8 times)

Navy and Marine Corps Commendation Medal (2 times)

Navy and Marine Corps Overseas Service Ribbon

Sea Service Deployment Ribbon (8 times)

Global War on Terrorism Expeditionary Medal (2 times)

Iraq Campaign Medal (2 times)

Korean Defense Service Medal

National Defense Service Medal (2 times)

Marine Corps Drill Instructor Ribbon

Marine Security Guard Ribbon

Navy Meritorious Unit Commendation

Navy Unit Commendation

Presidential Sharpshooter Badge (4 times)

Pistol Sharpshooter Badge

In December 2013, Bert Whittington graduated from the Texas Department of Public Safety police academy and became a state trooper. He has a degree from Central Texas College and is presently a Master peace officer with more than 27,465 course hours of police related training recognized by the Texas Commission on Law Enforcement. Mr. Whittington is an African American with dark skin color.

On January 30, 2017, Bert Whittington was appointed as a commissioned peace officer with the Precinct 3 Constable's Office for Harris County, Texas. About four (4) months after this appointment, Mr. Whittington was assigned as a police canine handler in the Crime Interdiction Unit of the Constable's Office.

Early into Bert Whittington's employment at the Constable's Office, he recognized that elected constable Sherman Eagleton - an African American with dark skin color, had no interest in the day-to-day administration of the Constable's Office. Rather, newly promoted chief deputy Kirk Wayne Bonsal, Jr. was the de facto administrator of the Constable's Office.

It was openly apparent that Mr. Bonsal led a small clique within the Constable's Office, all of whom had light color skin. This clique excluded anyone with dark skin color. The lead enforcers of Bonsal's clique were major Isaac Villarreal and master sergeant Troy Barringer.

In the Crime Interdiction Unit, Bert Whittington answered directly to Barringer. As his interactions with co-workers at the Constable's Office increased, his exposure to offensive jokes and comments slighting African Americans also increased. Exceptionally offensive jokes and comments were made about African Americans alleged of criminal conduct. The core of the jokes and comments were that African Americans with dark skin color were an inferior race.

In one instance on or about May 9, 2020, the Constable's Office was providing security for a medical testing site promoted by federal congress member Shelia Jackson Lee. The majority of recipients at this test site were African American with dark skin color. At this event one of Bonsal's clique enforcers sent a group text message to co-workers that referred to the test recipients as "a bunch of monkeys". This enforcer was Jason Hutchins, who was a supervisor with light skin color. Bonsal protected Hutchins after the text.

The murder of George Percy Floyd, Jr. on or about May 25, 2020 at the hands of Minneapolis, Minnesota police officers was a particularly adamant topic by those in Bonsal's clique because they believed that Floyd deserved the consequences. Bert Whittington's expression of disgust about such a notion prompted Villarreal to muster a mandatory meeting where Mr. Whittington was

singled out to defend his expression to a group of co-workers. This meeting was nothing more than an effort to harass and distress Mr. Whittington.

These circumstances greatly offended Mr. Whittington, it created a hostile work environment for him, and it eventually led to him avoiding many co-workers who were a part of Bonsal's clique. Eventually, Bert Whittington began to openly object to the offensive jokes and comments. These objections resulted in him being alienated, unsupported, and discriminatorily targeted.

As soon as Mr. Whittington began voicing his objections about the racial bias in the workplace, co-workers with light skin color became slow or absent from backing him up on police scenes. These co-workers also refused to assist Mr. Whittington with processing police scenes, such as prisoner transports, vehicle inventories, and evidence handling. Bert Whittington was largely left to handle police scenes alone while his light skin color coworkers readily helped each other.

Being the only dark skin color African American in the Crime Interdiction Unit, Bert Whittington asked for another dark skin color African American to be assigned with him. This request was because he worked in many predominantly dark skin color African American communities where light skin color co-workers were less able to work covert police scenes. Bonsal, Villarreal, and Barringer denied this request which left Mr. Whittington largely alone, less safe, and less effective.

During a three-year period, members of the Crime Interdiction Unit would host birthday parties for each other and not Bert Whittington. These gatherings were held at government facilities during official work time. This unit was supervised by Barringer and all of the unit members were light skin color except Mr. Whittington. His deliberate exclusion from these social gatherings was grossly obvious and troubling. Bonsal, Villarreal, and Barringer were aware of Whittington's concerns and objections of the prevalent racial bias against African Americans with dark skin color within the ranks of the Constable's Office; however, chief deputy Bonsal kept Eagleton ignorant of Bert Whittington's concerns and objections. Bosnsal, directly and through his subordinates, prevented Whittington from confronting Eagleton outside the chain of command.

Villarreal and Barringer began to routinely use Bert Whittington as the front point on high-risk tactical entries at police scenes; the front point being the most dangerous position for a tactical entry. Mr. Whittington was being directly placed in the most jeopardy while light color skin co-workers remained behind him in safer positions. These circumstances made it clear that Villarreal and Barringer wanted Bert Whittington to be harmed.

On one occasion Villarreal and Barringer ordered Mr. Whittington to attend a weeklong remote canine leash training course, but denied allowing him to use a county vehicle. This forced

Whittington to use his own personal vehicle at his own expense and it forced Mr. Whittington to soil his personal vehicle in carrying a canine. These circumstances being imposed on Bert Whittington could only be perceived as harassment and humiliation, since historically light skin color co-workers would routinely be granted use of a county vehicle for remote county business.

On another occasion Villarreal demanded that Mr. Whittington hand clean a county vehicle that was soiled with canine excrement. The vehicle was one previously used by a light skin color co-worker who deliberately left the vehicle soiled. This demand subjected Bert Whittington to a demeaning subservient task that other light skin color co-workers historically were never tasked with. Mr. Whittington refused Villarreal's demand.

Due to the pervasive and barefaced racial bias against dark skin color African Americans in the workplace and the growing racial discrimination being occasioned against Bert Whittington personally by co-workers and supervisors, he began to record conversations while at work. Bonsal, Villarreal, and Barringer learned about these recordings. Bonsal, Villarreal, and Barringer began to target Bert Whittington with administrative employee disciplinary actions, which included:

> *(1)* Disciplinary action taken on or about February 24, 2020 by Villarreal in which Mr. Whittington received a written reprimand on the accusation that he failed to wear a body worn camera during a police scene;

> *(2)* Disciplinary action taken on or about July 16, 2020 by Bonsal in which Mr. Whittington received a one-day suspension without pay on the accusation that he failed to wear a body worn camera during a police scene; and

> *(3)* Disciplinary action taken on or about August 28, 2020 by Bonsal in which Mr. Whittington was terminated from employment on the accusation that he mishandled evidence during a police scene and was unable to control his police canine.

Barringer was involved in each of these disciplinary actions. With regards to the body worn cameras, the cameras assigned to Mr. Whittington were often defective and inoperable. Whittington routinely reported these problems to Barringer and other supervisors; however, the problems were never resolved. Further, exigent circumstances that on occasion left Mr. Whittington unable to turn on his camera were unjustly ignored by Bonsal, Villarreal, and Barringer to the detriment of Bert Whittington.

Most notable is that Bert Whittington was terminated from employment on the very same day that he had reported to the internal affairs division of the Constable's Office that Barringer had violated the civil rights of a juvenile suspect. The event that Villarreal had first-hand knowledge of Mr. Whittington's report was summarily dismissed as unfounded, he was chastised for taking too long to make the report, and then he was terminated from employment. Bert Whittington's report was disposed of by a light skin color co-worker.

The disparate treatment of Bert Whittington as an employee of the Constable's Office was based on his race and color as a dark skin color African American. His qualifications as a peace officer were not a factor because his qualifications were unquestionably superior to the vast majority of his co-workers. Further, the discriminatory treatment of Bert Whittington only worsened after he began objecting to the racial bias in the workplace.

Bonsal and those in his clique did not want Mr. Whittington in the workplace both because they disfavored his race and color and because he posed a threat of publicly exposing the racial bias within the Constable's Office. Bonsal, acting on behalf of the Constable's Office, reported to the Texas Commission on Law Enforcement that Bert Whittington was terminated from employment under a general discharge which was (is) classified as follows:

> "(A) was terminated by, retired, or resigned from, or died while employed by a law enforcement agency and the separation was related to a disciplinary investigation of conduct that is not included in the definition of dishonorably discharged; or (B) was terminated by or retired or resigned from a law enforcement agency and the separation was for a documented performance problem and was not because of a reduction in workforce or an at-will employment decision."

As context, a dishonorable discharge involves criminal ·misconduct, insubordination, or untruthfulness - conduct that Bert Whittington was not accused of. As a result of these actions, Mr. Whittington lost both future and past incomes, the difference between the retirement of what he would have received without these actions versus what he would have received in full Harris County Constables Office retirement, embarrassment, anxiety, stress, past mental anguish including at least anxiety, depression and embarrassment, future mental anguish and the loss of health insurance for his family.

## ECONOMIC BACKGROUND

From a finance / economic point of view, Bert Whittington who was a long-standing member of our overall law enforcement society (Joined the United States Military, February 1988) based upon the above "incident" received a General Discharge with his last day at Harris County Precinct 3 Constables Office - August, 2020.

As a result of the "incident" (or series of "incidents") and the resulting 2020 discharge, this caused Mr. Whittington to suffer at least two (2) significant damages and a loss of income from the date of the "incident" (2020) to the present time and out into the future. Based upon documentation supplied to the undersigned, as a result of the August 2020 "incident" Mr. Whittington has at least two (2) areas of damages that will be covered and explained in this report:

> a) Loss of Income and Fringe Benefits from the date of discharge until Mr. Whittington is able to fully mitigate his losses via the obtainment of alternative suitable employment and income out into the future as said loss is projected and calculated by the undersigned on **Exhibit A** attached; and

> b) Future Loss of Harris County, Constables Office Pension Benefits out into the future with said loss commencing at the time of the "regular" retirement of Mr. Whittington from the Constable's Office after completing at least the minimum number of years of active service necessary to fulfill the requirements. Such qualifications are still being investigated by the undersigned and the parties / authorities that engaged the undersigned in this cause of action as all of these documents are not easily obtainable in the overall general public domain.

This economic outline document portrays Mr. Whittington's economic damages as a result of the "incident" (August 2020) as his projected losses in the two (2) areas as denoted above, herein as his Harris County Precinct 3 Constable's Office Department Career had been fully terminated. Examining his prior Constable's Department income that is significantly based upon the income

levels and amounts stated below and in future bargaining agreements and other terms conducted between public service employees and governmental authorities:

| Year | Gross Income |
|------|--------------|
| 2020 | $72,348 |
| 2019 | $78,000 |
| 2018 | $87,000 |
| 2017 | $85,000 |
| 2016 | $74,000 |
| 2015 | $44,000 |

Combining the above HCP 3 Constables Office income earnings that is financially and economically supported in the files of the undersigned, the undersigned was able to project Mr. Whittington's future lost earnings based upon the data supplied and to comply and conform to the "Below Market Discount Method" on an economic basis, until 2038 (age 70) when Mr. Whittington had scheduled to retire from the Office with benefits.

Combining the above income economic data with general economic earnings data from published sourcesd (2022 Income data; latest published document) allows us the opportunity to combine these facts into a succinct economic loss scenario. For the reader's reference, an additional source of economic data utilized by the undersigned Economist is contained in the most recent edition (10th "new" edition) of the Statistical Abstract of the United States 2022, published by ProQuest / Rowman & Littlefield, 2021.

The data reflecting Mr. Whittington's past / prior professional career income (Back-Pay) is based upon the difference between his scheduled income and his actual income from Mr. Whittington's records for the years 2014 through 2020 and then increased out into the future for only merit growth (per the rules of the Below Market Discount Method) in regards to Mr. Whittington's position in the Harris County Constable's Office is reflected on **Exhibit A:**

## NOTES TO EXHIBIT A:

*1)* The "Potential Incomes" for the years - 2022 onwards in Exhibit A, are based upon prior income from HCCO;

*2)* The "Potential Incomes" for years 2022 onwards are based upon Merit Raise increases for the respective years as denoted from the prior base and ONLY merit increases and do **not** take into consideration inflationary forces in Exhibit A;

*3)* The "Actual Income" for the years 2014 through 2021 are based upon the actual income of Mr. Whittington from his records for the years 2014 through 2021;

*4)* The "Potential Incomes" for the years 2022 through 2027 are based upon the average of Mr. Whittington's average income 2014 through 2020 (letter "A") signifies the "average";

*5)* The "Below Market Discount Rate", uses the "real rate of interest" and NOT the nominal rate. The real rate utilized is two (2.0%) percent. This is based upon a "today" (2022) extremely volatile normalized Market Rate of approximately four (4.0%) percent, minus two (2.0%) percent for inflation.

The data on **Exhibit A** denotes a "net economic loss" in two areas - *a)* Lost Back / Prior Income of $48,700 (no discounting necessary as all of this lost income is in the past); and *b)* Lost Projected Future / Forward Income as over a future variable period of 2022 and 2027. The future loss is dependent upon when Mr. Whittington will find a position similar to the position he held at the HCCO for the period January 1, 2022 to the end of December, 2027, when the undersigned economist concludes Mr. Whittington will have located a suitable position and no additional projections or calculations are necessary.

In addition to lost income, since Mr. Whittington is only fifty-four (54) years of age in 2022, a complete economic damage analysis must also include the total loss of his future Harris County Constables Office Pension Benefits commencing at his completed term of active work. This is clearly denoted that in addition to his lost income calculated on **Exhibit A** (Back Income and Front Income) until his projected statistical retirement from the Constable Office at a date out into the future.

## UNITED STATES DISTRICT COURTS
## FEDERAL RULES OF CIVIL PROCEDURE
## RULE 26 - DISCLOSURE OF EXPERT TESTIMONY

Based upon the Federal Rules of Civil Procedure – Rule 26(a)(2)(b), and to comply with same the following are noted in regards to the report herein:

All opinions expressed by the undersigned Economist are included in the report herein. There are no other conclusions or thoughts of the undersigned Economist in regard to this case that are not included in the report, herein. The basis and reasons for the opinions of the undersigned Economist were formulated after reading and reviewing a body of data that included court documentation, Houston Police Department data, State Bar of Texas data and financial records. Aside from the report, and the graphs and data included and attached to the report in the appendix of the report, there are no other exhibits to be utilized by the undersigned Economist as a summary to support the opinions expressed, herein.

The qualifications of the undersigned are attached to this report as an exhibit to the report, herein. The undersigned Economist in the last ten (10) years had published the following articles:

2004, Senior Economist for publication "The Small Business Guide to HSA's, by JoAnn Mills Laing, New York, New York.

2005, Senior Economist for publication "The Consumer's Guide to Health Savings Accounts, by JoAnn Mills Laing, New York, New York.

2008, "The Two Obamas: The Dual Economic Dilemma of Financial Crisis Politics" in <u>The Impact of the Obama Administration's Financial Crisis, Policies,</u>" An Aspatore Special Report, Thomson Reuters.

2008, "The 21st Century Mortgage and Secondary Marketplace" in The Financial Crisis, A Thomson Reuters / West Report, Andrews Publication.

2009, "Antitrust Assistance for the U.S. Auto Industry" in Antitrust – Andrews Litigation Reporter, West Publications, March 2009.

2013, "Too Much of a Good Thing – Might be a Bad Undertaking" in Texas Real Estate Update, Sage Group Publication, May 2013.

2013, "Grandma and the City Sales Tax" in Texas Real Estate Update, Sage Group Publication, June 2013.

2013, "Spring Cleaning - In the Fall" in Texas Real Estate Update, Sage Group Publication, August 2013.

2013, "Till – Until Matters Become Normal" in Texas Real Estate Update, Sage Group Publication, October, 2013.

2013, "Cause A Crisis and Make Some Solid Cash" in Texas Real Estate Update, Sage Group Publication, December 2013.

2016, The "Do" of Due Diligence; in - Recalculating - 97+ Experts on Driving Small Business Growth, Curated by JoAnn M. Laing, Brick Tower Press, Dering Harbor New York, September 2016.

The undersigned Economist, as of the writing of this report has received a retainer fee of $1,000 and is scheduled to be compensated at the rate of one hundred and seventy-five dollars per hour ($175) for the work performed. As additional work, studies, output, testimony or effort is

requested of the undersigned Economist, they will be billed by the undersigned Economist at the time they are performed at the same rate of $175 per hour.

A listing of all other cases in which the undersigned Economist has testified as an expert at trial, by deposition or by furnishing a report in the last four (4) years is attached to this report, herein.

## SUMMARY

In an overall economic future variable summary, Bert William Whittington economic opinion of the undersigned already has or will suffer financial / economic losses, denoted below as a result of the "August 2020" "incident" of ***between***:

### $48,700 and $478,500

| | |
|---|---|
| Lost Back Pay (NO Discounting Required) | $48,700 |
| Lost Front Pay (Discounted As Appropriate) | $91,200 - $429,600 |
| Loss of Fringe Benefits (Discounted as Appropriate) | Included in Lost Pays |
| Loss of Harris County Constable Pension Benefits | *To be Determined* |

The numbers enumerated and outlined above were calculated on a Below Market Discounted Basis (where appropriate).

The undersigned trusts this overall economic analysis will serve as a guide in your discussions with the appropriate parties and Court of Law. If you desire any additional information, please feel free to call upon the undersigned at any time.

Respectfully submitted,

Dr. Kenneth Eugene Lehrer
LEHRER FINANCIAL AND ECONOMIC ADVISORY SERVICES

KEL:lm
Attachments (Exhibit A; several charts; tabular sets of data, Fed 26 Required Data).

# APPENDIX

# EXHIBIT A

Lost Back and Front Pay
**BERT WILLIAM WHITTINGTON**
SLATER BOAT METHOD
PRESENT DISCOUNTED VALUATION

Real Rate = Nominal Rate Rate (4.0%) - (Rate of Inflation) 2.0% = 2.0%

| Year | Age | Discounted Percentage 2.0% | Potential Income | Potential Fringe B 20.0% | TOTAL POTENT INC | Actual or Projected Income | Projected Fringe B 20.0% | TOTAL PROJET INC | Lost Income | Applicable Taxes NOT APPLICABLE | Discounted Net Economic Loss | Discounted Value | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Lost Back Pay** | | | | | | | | | | | | | |
| 2014 | 46 | 1.000 | 62,000 | 12,400 | 74,400 | 62,000 | 12,400 | 74,400 | None | | | | |
| 2015 | 47 | 1.000 | 44,000 | 8,800 | 52,800 | 44,000 | 8,800 | 52,800 | None | | | | |
| 2016 | 48 | 1.000 | 74,000 | 14,800 | 88,800 | 74,000 | 14,800 | 88,800 | None | | | | |
| 2017 | 49 | 1.000 | 85,000 | 17,000 | 102,000 | 85,000 | 17,000 | 102,000 | None | | | | |
| 2018 | 50 | 1.000 | 87,000 | 17,400 | 104,400 | 87,000 | 17,400 | 104,400 | None | | | | |
| 2019 | 51 | 1.000 | 78,000 | 15,600 | 93,600 | 78,000 | 15,600 | 93,600 | None | | | | |
| 2020 | 52 | 1.000 | 71,600 A | 14,300 | 85,900 | 71,600 | 14,300 | 85,900 | None | | | | |
| 2021 | 53 | 1.000 | 73,748 | 14,700 | 88,448 | 33,200 | 6,600 | 39,800 | 48,648 | | | 48,700 | total lost back pay |
| **Lost Front Pay** | | | | | | | | | | | | | |
| 2022 | 54 | 0.980 | 76,000 | 15,200 | 91,200 | | | | | | | | |
| 2023 | 55 | 0.961 | 78,300 | 15,700 | 94,000 | | | | | | | | |
| 2024 | 56 | 0.942 | 80,600 | 16,100 | 96,700 | | | | | | | | |
| 2025 | 57 | 0.924 | 83,000 | 16,600 | 99,600 | | | | | | | | |
| 2026 | 58 | 0.906 | 85,500 | 17,100 | 102,600 | | | | | | | | |
| 2027 | 59 | 0.888 | 88,100 | 17,600 | 105,700 | | | | | | | | |
| Position in 2022 | | | 76,000 | 15,200 | 91,200 | | | | 0 | | 0 | 48,700 | total back + front |
| Position in 2023 | | | 78,300 | 15,700 | 94,000 | | | | 91,200 | | 87,643 | 136,343 | total back + front |
| Position in 2024 | | | 80,600 | 16,100 | 96,700 | | | | 185,200 | | 174,458 | 223,158 | total back + front |
| Position in 2025 | | | 83,000 | 16,600 | 99,600 | | | | 281,900 | | 260,476 | 309,176 | total back + front |
| Position in 2026 | | | 85,500 | 17,100 | 102,600 | | | | 381,500 | | 345,639 | 394,339 | total back + front |
| Position in 2027 | | | 88,100 | 17,600 | 105,700 | | | | 484,100 | | 429,881 | 478,581 | total back + front |

# EXHIBITS



# Statistical Abstract of the United States

## 2022

### The National Data Book



ROWMAN &
LITTLEFIELD

# OUTLINE OF THE STATISTICAL ABSTRACT OF THE UNITED STATES

The *Statistical Abstract of the United States*, published since 1878 is the best known statistical reference publication in the United States. As a comprehensive collection of statistics on the social, political and economic conditions of the United States, it is a snapshot of America and its people. In the spring of 2011, the Census Bureau announced that the edition published that year would be the last one produced at federal government expense. ProQuest has taken on the responsibility for updating and releasing the *Statistical Abstract*, the most used statistical reference tool in United States libraries.

Although many users of the *Statistical Abstract* of the United States automatically associate the publication with the United States Census Bureau, its history predates even the existence of the census Bureau as a permanent governmental agency. The Bureau of Statistics in the Treasury Department issued the first edition in 1879 and continued to do so until 1902. Beginning in 1903 the *Abstract* was published by the various bureaus within the Department of Commerce and its predecessor. In 1938 the Census Bureau took over responsibility for publication of the *Abstract*. The publication remained there until 2011 when the 131st edition was released. At that time, the Census Bureau management decided to terminate the Statistical Compendia program in order to use funds from that program for programs it considered a higher priority.

The early editions of the *Statistical Abstract* strongly reflected the interests and responsibilities of the Treasury Department. The dominant subjects were thus imports and exports, public finance, shipping and banking. The data on population occupied little more than one page. However, within 20 years, the population data expanded to 24 pages of coverage. It is also interesting that two pages of various data for "principal countries of the world" appeared for the first time in the 1902 *Abstract*. During subsequent decades, various new topics started to appear as various government agencies published new data series.

The editors at ProQuest have endeavored to continue the tradition established by the Census Bureau Statistical Compendia Branch. Like its predecessors, the ProQuest *Statistical Abstract of the United States* is designed to serve as a convenient volume for statistical reference and as a guide to other statistical publications and sources. The later function is served by the introductory text to each section, the source notes appearing below each table, and Appendix I, that is comprised of the Guide to Sources of Statistics, the Guide to State Statistical Abstracts and the Guide to Foreign Statistical Abstracts.

### SOURCE OF DATA

*ProQuest LLC. Statistical Abstract of the United States, 2013 (1st edition).*
*Published by Bernan Press, a wholly owned subsidiary of The Rowman & Littlefield Publishing Group.*

# Table 688. Employment Cost Index (ECI) for Total Compensation by Occupation and Industry: 2010 to 2020

[As of December (2005 = 100). The ECI is a measure of the rate of change in compensation (wages, salaries, and employer costs for employee benefits). Data are not seasonally adjusted. Industry classifications based on North American Industry Classification System (NAICS); occupation classifications based on the 2010 Standard Occupational Classification (SOC)]

| Occupational group and industry | Indexes (December 2005 = 100) | | | | Annual percent change from immediate prior year | | | |
|---|---|---|---|---|---|---|---|---|
| | 2010 | 2018 | 2019 | 2020 | 2010 | 2018 | 2019 | 2020 |
| **Civilian workers** [1] | **113.2** | **135.0** | **138.7** | **142.2** | **2.0** | **2.9** | **2.7** | **2.5** |
| **State and local government** | **116.2** | **137.7** | **141.7** | **144.9** | **1.8** | **2.6** | **2.9** | **2.3** |
| Workers, by occupational group: | | | | | | | | |
| Management, professional and related occupations... | 115.5 | 136.4 | 140.3 | 143.2 | 1.5 | 2.6 | 2.9 | 2.1 |
| Sales and office occupations | 116.6 | 140.0 | 144.0 | 148.0 | 1.9 | 3.2 | 2.9 | 2.8 |
| Service occupations | 118.0 | 140.8 | 145.1 | 149.1 | 2.3 | 2.8 | 3.1 | 2.8 |
| Workers, by industry division: | | | | | | | | |
| Service-providing industries: [2] | | | | | | | | |
| Education and health services [2] | 115.6 | 136.5 | 140.3 | 143.4 | 1.5 | 2.7 | 2.8 | 2.2 |
| Schools | 115.3 | 136.0 | 139.8 | 142.9 | 1.4 | 2.7 | 2.8 | 2.2 |
| Health care and social assistance [2] | 117.9 | 139.3 | 143.5 | 146.7 | 2.2 | 2.6 | 3.0 | 2.2 |
| Hospitals | 117.0 | 136.5 | 140.8 | 143.9 | 2.4 | 2.3 | 3.2 | 2.2 |
| Public administration | 116.8 | 139.2 | 143.4 | 146.8 | 1.9 | 2.6 | 3.0 | 2.4 |
| **Private industry workers** [3] | **112.5** | **134.4** | **138.0** | **141.6** | **2.1** | **3.0** | **2.7** | **2.6** |
| Workers, by occupational group: | | | | | | | | |
| Management, professional, and related occupations... | 113.0 | 133.8 | 136.8 | 139.5 | 2.1 | 2.5 | 2.2 | 2.0 |
| Sales and office occupations | 111.6 | 135.0 | 138.8 | 143.2 | 2.2 | 3.8 | 2.8 | 3.2 |
| Natural resources, construction, and maintenance occupations | 113.3 | 134.5 | 137.9 | 141.3 | 1.9 | 2.5 | 2.5 | 2.5 |
| Production, transportation, and material moving occupations | 111.5 | 134.7 | 139.2 | 143.8 | 2.4 | 2.8 | 3.3 | 3.3 |
| Service occupations | 113.5 | 135.6 | 140.6 | 145.6 | 1.5 | 3.6 | 3.7 | 3.6 |
| Workers, by industry division: | | | | | | | | |
| Goods-producing industries [2] | 111.1 | 131.9 | 135.8 | 138.9 | 2.3 | 2.3 | 3.0 | 2.3 |
| Construction | 112.7 | 132.4 | 137.0 | 140.3 | 0.9 | 2.8 | 3.5 | 2.4 |
| Manufacturing | 110.0 | 131.6 | 135.3 | 138.5 | 2.8 | 2.1 | 2.8 | 2.4 |
| Service-providing industries [2] | 113.0 | 135.2 | 138.7 | 142.4 | 2.0 | 3.2 | 2.6 | 2.7 |
| Trade, transportation, and utilities | 111.4 | 136.8 | 140.7 | 145.1 | 2.4 | 3.4 | 2.9 | 3.1 |
| Information | 110.0 | 134.3 | 135.7 | 139.9 | 1.6 | 4.6 | 1.0 | 3.1 |
| Financial activities | 111.4 | 134.2 | 138.2 | 141.4 | 2.6 | 3.3 | 3.0 | 2.3 |
| Professional and business services | 114.6 | 135.2 | 138.7 | 142.4 | 2.0 | 2.5 | 2.6 | 2.7 |
| Education and health services | 114.7 | 134.1 | 137.2 | 140.2 | 1.7 | 2.8 | 2.3 | 2.2 |
| Leisure and hospitality | 114.1 | 135.7 | 140.0 | 144.7 | 1.2 | 4.1 | 3.2 | 3.4 |
| Bargaining status: | | | | | | | | |
| Union | 114.8 | 138.8 | 142.3 | 146.3 | 3.3 | 3.2 | 2.5 | 2.8 |
| Nonunion | 112.1 | 133.7 | 137.3 | 140.9 | 1.8 | 2.9 | 2.7 | 2.6 |

[1] Includes workers in the private nonfarm economy except those in private households, and workers in the public sector except those in the federal government. [2] Includes all other items not shown separately. [3] Excludes farm and household workers.

Source: U.S. Bureau of Labor Statistics, Employment Cost Trends, "Employment Cost Index," <www.bls.gov/ncs/ect/home.htm#data>, accessed March 2021.

# Table 767. Consumer Price Indexes (CPI-U) by Major Group: 1990 to 2020

[1982-84=100, except as indicated. Represents annual averages of monthly figures. Reflects buying patterns of all urban consumers. Minus sign (-) indicates decrease. See text, this section]

| Year | All items | Commodities | Services | Food | Food and beverages | Energy | All items less food and energy | Housing | Apparel | Transportation | Medical care | Education and communication [1] |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1990.............. | 130.7 | 122.8 | 139.2 | 132.4 | 132.1 | 102.1 | 135.5 | 128.5 | 124.1 | 120.5 | 162.8 | (NA) |
| 1995.............. | 152.4 | 136.4 | 168.7 | 148.4 | 148.9 | 105.2 | 161.2 | 148.5 | 132.0 | 139.1 | 220.5 | 92.2 |
| 2000.............. | 172.2 | 149.2 | 195.3 | 167.8 | 168.4 | 124.6 | 181.3 | 169.6 | 129.6 | 153.3 | 260.8 | 102.5 |
| 2005.............. | 195.3 | 160.2 | 230.1 | 190.7 | 191.2 | 177.1 | 200.9 | 195.7 | 119.5 | 173.9 | 323.2 | 113.7 |
| 2009.............. | 214.5 | 169.7 | 259.2 | 218.0 | 218.2 | 193.1 | 219.2 | 217.1 | 120.1 | 179.3 | 375.6 | 127.4 |
| 2010.............. | 218.1 | 174.6 | 261.3 | 219.6 | 220.0 | 211.4 | 221.3 | 216.3 | 119.5 | 193.4 | 388.4 | 129.9 |
| 2011.............. | 224.9 | 183.9 | 265.8 | 227.8 | 227.9 | 243.9 | 225.0 | 219.1 | 122.1 | 212.4 | 400.3 | 131.5 |
| 2012.............. | 229.6 | 187.6 | 271.4 | 233.8 | 233.7 | 246.1 | 229.8 | 222.7 | 126.3 | 217.3 | 414.9 | 133.8 |
| 2013.............. | 233.0 | 187.7 | 277.9 | 237.0 | 237.0 | 244.4 | 233.8 | 227.4 | 127.4 | 217.4 | 425.1 | 135.9 |
| 2014.............. | 236.7 | 187.9 | 285.1 | 242.7 | 242.4 | 243.6 | 237.9 | 233.2 | 127.5 | 215.9 | 435.3 | 137.5 |
| 2015.............. | 237.0 | 181.7 | 291.7 | 247.2 | 246.8 | 202.9 | 242.2 | 238.1 | 125.9 | 199.1 | 446.8 | 138.2 |
| 2016.............. | 240.0 | 179.2 | 299.9 | 247.9 | 247.7 | 189.5 | 247.6 | 244.0 | 126.0 | 194.9 | 463.7 | 139.1 |
| 2017.............. | 245.1 | 181.2 | 308.1 | 250.1 | 249.8 | 204.5 | 252.2 | 251.2 | 125.6 | 201.6 | 475.3 | 136.5 |
| 2018.............. | 251.1 | 184.6 | 316.6 | 253.6 | 253.3 | 219.9 | 257.6 | 258.5 | 125.7 | 210.7 | 484.7 | 136.8 |
| 2019.............. | 255.7 | 185.3 | 325.1 | 258.3 | 258.0 | 215.3 | 263.2 | 266.0 | 124.1 | 210.1 | 498.4 | 137.8 |
| 2020.............. | 258.8 | 184.8 | 332.0 | 267.2 | 266.6 | 196.9 | 267.7 | 271.8 | 118.1 | 201.3 | 518.9 | 140.3 |
| **PERCENT CHANGE [2]** | | | | | | | | | | | | |
| 1990.............. | 5.4 | 5.2 | 5.5 | 5.8 | 5.8 | 8.3 | 5.0 | 4.5 | 4.6 | 5.6 | 9.0 | (NA) |
| 1995.............. | 2.8 | 1.9 | 3.4 | 2.8 | 2.8 | 0.6 | 3.0 | 2.6 | -1.0 | 3.6 | 4.5 | 3.8 |
| 2000.............. | 3.4 | 3.3 | 3.4 | 2.3 | 2.3 | 16.9 | 2.4 | 3.5 | -1.3 | 6.2 | 4.1 | 1.3 |
| 2005.............. | 3.4 | 3.6 | 3.3 | 2.4 | 2.5 | 17.0 | 2.2 | 3.3 | -0.7 | 6.6 | 4.2 | 1.9 |
| 2009.............. | -0.4 | -2.9 | 1.4 | 1.8 | 1.9 | -18.4 | 1.7 | 0.4 | 1.0 | -8.3 | 3.2 | 3.0 |
| 2010.............. | 1.6 | 2.9 | 0.8 | 0.8 | 0.8 | 9.5 | 1.0 | -0.4 | -0.5 | 7.9 | 3.4 | 2.0 |
| 2011.............. | 3.2 | 5.3 | 1.7 | 3.7 | 3.6 | 15.4 | 1.7 | 1.3 | 2.2 | 9.8 | 3.0 | 1.2 |
| 2012.............. | 2.1 | 2.0 | 2.1 | 2.6 | 2.5 | 0.9 | 2.1 | 1.6 | 3.4 | 2.3 | 3.7 | 1.8 |
| 2013.............. | 1.5 | – | 2.4 | 1.4 | 1.4 | -0.7 | 1.8 | 2.1 | 0.9 | – | 2.5 | 1.5 |
| 2014.............. | 1.6 | 0.1 | 2.6 | 2.4 | 2.3 | -0.3 | 1.7 | 2.6 | 0.1 | -0.7 | 2.4 | 1.2 |
| 2015.............. | 0.1 | -3.3 | 2.3 | 1.9 | 1.8 | -16.7 | 1.8 | 2.1 | -1.3 | -7.8 | 2.6 | 0.5 |
| 2016.............. | 1.3 | -1.4 | 2.8 | 0.3 | 0.3 | -6.6 | 2.2 | 2.5 | 0.1 | -2.1 | 3.8 | 0.7 |
| 2017.............. | 2.1 | 1.1 | 2.7 | 0.9 | 0.9 | 7.9 | 1.8 | 3.0 | -0.3 | 3.4 | 2.5 | -1.9 |
| 2018.............. | 2.4 | 1.9 | 2.8 | 1.4 | 1.4 | 7.5 | 2.1 | 2.9 | – | 4.5 | 2.0 | 0.2 |
| 2019.............. | 1.8 | 0.4 | 2.7 | 1.9 | 1.8 | -2.1 | 2.2 | 2.9 | -1.3 | -0.3 | 2.8 | 0.7 |
| 2020.............. | 1.2 | -0.3 | 2.1 | 3.4 | 3.3 | -8.5 | 1.7 | 2.2 | -4.8 | -4.2 | 4.1 | 1.8 |

– Represents or rounds to zero. NA Not available. [1] Dec. 1997=100. [2] Change from immediate prior year. 1990 change from 1989.
Source: U.S. Bureau of Labor Statistics, "CPI Databases," <www.bls.gov/cpi/data.htm>, accessed April 2021.

# NEWS RELEASE
## BUREAU OF LABOR STATISTICS
U.S. DEPARTMENT OF LABOR

 

**For release 10:00 a.m. (ET) Friday, March 18, 2022**

USDL-22-0469

Technical information:    (202) 691-6199 • ncsinfo@bls.gov • www.bls.gov/ect
Media contact:          (202) 691-5902 • pressoffice@bls.gov

## EMPLOYER COSTS FOR EMPLOYEE COMPENSATION – DECEMBER 2021

Employer costs for employee compensation for **civilian** workers averaged $40.35 per hour worked in December 2021, the U.S. Bureau of Labor Statistics reported today. Wages and salaries cost employers $27.83 and accounted for 69.0 percent of total costs, while benefits cost $12.52 and accounted for the remaining 31.0 percent. (See chart 1 and table 1.)

Total employer compensation costs for **private industry** workers averaged $38.07 per hour worked in December 2021. Wage and salary costs averaged $26.86 and accounted for 70.5 percent of employer costs, while benefit costs were $11.22 and accounted for 29.5 percent. (See chart 1 and tables 1 and 4.)

**State and local government** employer costs averaged $54.96 per hour worked. Wages and salaries averaged $34.09 per hour worked and represented 62.0 percent of total compensation costs, while benefit costs averaged $20.87 and accounted for the remaining 38.0 percent. (See chart 1 and tables 1 and 3.)

Within total benefits, **supplemental pay** costs averaged $1.21 per hour worked or 3.0 percent of total compensation for civilian workers, $1.32 per hour worked (3.5 percent) for private industry workers, and $0.52 per hour worked (0.9 percent) for workers in state and local government. (See chart 2 and table 1.)

**Chart 1. Employer costs per employee hour worked, December 2021**



**Chart 2. Supplemental pay costs per employee hour worked, December 2021**



Supplemental pay includes employer costs for employee **shift differentials** (extra payments for working a non-traditional work schedule), **overtime and premium pay** (pay in addition to the regular work

# National Vital Statistics Reports

**Volume 70, Number 19**



**March 22, 2022**

# United States Life Tables, 2019

by Elizabeth Arias, Ph.D., and Jiaquan Xu, M.D., Division of Vital Statistics

## Abstract

*Objectives*—This report presents complete period life tables for the United States by Hispanic origin, race, and sex, based on age-specific death rates in 2019. Starting with the 2019 data year, this report adds life tables for the non-Hispanic American Indian or Alaska Native (AIAN) and non-Hispanic Asian populations.

*Methods*—Data used to prepare the 2019 life tables are 2019 final mortality statistics; July 1, 2019, population estimates based on the 2010 decennial census; and 2019 Medicare data for people aged 66–99. The methodology used to estimate the life tables for the Hispanic population remains unchanged from that developed for the publication of life tables by Hispanic origin for data year 2006. The same methodology is used to estimate the life tables for the non-Hispanic AIAN and non-Hispanic Asian populations. The methodology used to estimate the 2019 life tables for all other groups was first implemented with data year 2008.

*Results*—In 2019, the overall expectation of life at birth was 78.8 years, increasing from 78.7 in 2018. Between 2018 and 2019, life expectancy at birth increased by 0.1 year for males (76.2 to 76.3) and by 0.2 year for females (81.2 to 81.4). In 2019, life expectancy at birth was 85.6 years for the non-Hispanic Asian population, 81.9 years for the Hispanic population, 78.8 years for the non-Hispanic White population, 74.8 years for the non-Hispanic Black population, and 71.8 years for the non-Hispanic AIAN population. Between 2018 and 2019, life expectancy increased 0.2 year for the non-Hispanic White population and by 0.1 year for the Hispanic and non-Hispanic Black populations.

**Keywords:** life expectancy • survival • death rates • Hispanic origin • race • National Vital Statistics System

## Introduction

There are two types of life tables: the cohort (or generation) life table and the period (or current) life table. The cohort life table presents the mortality experience of a particular birth cohort—all people born in the year 1900, for example—from the moment of birth through consecutive ages in successive calendar years. Based on age-specific death rates observed through consecutive calendar years, the cohort life table reflects the mortality experience of an actual cohort from birth until no lives remain in the group. To prepare just a single complete cohort life table requires data over many years. It is usually not feasible to construct cohort life tables entirely based on observed data for real cohorts due to data unavailability or incompleteness (1). For example, a life table representation of the mortality experience of a cohort of people born in 1970 would require the use of data projection techniques to estimate deaths into the future (2,3).

The period life table presents what would happen to a hypothetical cohort if it experienced throughout its entire life the mortality conditions of a particular period in time. For example, a period life table for 2019 assumes a hypothetical cohort that is subject throughout its lifetime to the age-specific death rates prevailing for the actual population in 2019. Consequently, the period life table may be characterized as rendering a "snapshot" of current mortality experience and showing the long-range implications of a set of age-specific death rates that prevailed in a given year. In this report, the term "life table" refers only to the period life table and not to the cohort life table.

Life tables can be classified in two ways according to the length of the age interval in which data are presented. A complete life table contains data for every single year of age. An abridged life table typically contains data by 5- or 10-year age intervals. A complete life table can easily be combined into 5- or 10-year age groups (see Technical Notes for instructions). Other than the decennial life tables, U.S. life tables based on data prior to 1997 are abridged life tables constructed by reference to a standard table (4).

This report presents the first official U.S. life tables for the non-Hispanic American Indian or Alaska Native (AIAN) and non-Hispanic Asian populations, and the second set of U.S. life tables by race and Hispanic origin based on the 1997 Office of Management and Budget (OMB) revised standards for the



**U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES**
Centers for Disease Control and Prevention
National Center for Health Statistics
National Vital Statistics System



*NCHS reports can be downloaded from: https://www.cdc.gov/nchs/products/index.htm.*

## Table 14. Life table for non-Hispanic Black males: United States, 2019

Spreadsheet version available from: https://ftp.cdc.gov/pub/Health_Statistics/NCHS/Publications/NVSR/70-19/Table14.xlsx.

| Age (years) | Probability of dying between ages $x$ and $x+1$ $q_x$ | Number surviving to age $x$ $l_x$ | Number dying between ages $x$ and $x+1$ $d_x$ | Person-years lived between ages $x$ and $x+1$ $L_x$ | Total number of person-years lived above age $x$ $T_x$ | Expectation of life at age $x$ $e_x$ |
|---|---|---|---|---|---|---|
| 0–1. | 0.011407 | 100,000 | 1,141 | 99,005 | 7,132,395 | 71.3 |
| 1–2. | 0.000699 | 98,859 | 69 | 98,825 | 7,033,390 | 71.1 |
| 2–3. | 0.000443 | 98,790 | 44 | 98,768 | 6,934,565 | 70.2 |
| 3–4. | 0.000283 | 98,746 | 28 | 98,732 | 6,835,797 | 69.2 |
| 4–5. | 0.000244 | 98,718 | 24 | 98,706 | 6,737,065 | 68.2 |
| 5–6. | 0.000265 | 98,694 | 26 | 98,681 | 6,638,358 | 67.3 |
| 6–7. | 0.000260 | 98,668 | 26 | 98,655 | 6,539,677 | 66.3 |
| 7–8. | 0.000244 | 98,643 | 24 | 98,631 | 6,441,021 | 65.3 |
| 8–9. | 0.000206 | 98,619 | 20 | 98,608 | 6,342,391 | 64.3 |
| 9–10. | 0.000153 | 98,598 | 15 | 98,591 | 6,243,783 | 63.3 |
| 10–11. | 0.000104 | 98,583 | 10 | 98,578 | 6,145,192 | 62.3 |
| 11–12. | 0.000095 | 98,573 | 9 | 98,568 | 6,046,614 | 61.3 |
| 12–13. | 0.000166 | 98,564 | 16 | 98,555 | 5,948,046 | 60.3 |
| 13–14. | 0.000341 | 98,547 | 34 | 98,530 | 5,849,490 | 59.4 |
| 14–15. | 0.000593 | 98,513 | 58 | 98,484 | 5,750,960 | 58.4 |
| 15–16. | 0.000873 | 98,455 | 86 | 98,412 | 5,652,476 | 57.4 |
| 16–17. | 0.001141 | 98,369 | 112 | 98,313 | 5,554,064 | 56.5 |
| 17–18. | 0.001399 | 98,257 | 137 | 98,188 | 5,455,751 | 55.5 |
| 18–19. | 0.001629 | 98,119 | 160 | 98,040 | 5,357,563 | 54.6 |
| 19–20. | 0.001832 | 97,960 | 179 | 97,870 | 5,259,523 | 53.7 |
| 20–21. | 0.002038 | 97,780 | 199 | 97,681 | 5,161,653 | 52.8 |
| 21–22. | 0.002236 | 97,581 | 218 | 97,472 | 5,063,972 | 51.9 |
| 22–23. | 0.002373 | 97,363 | 231 | 97,247 | 4,966,501 | 51.0 |
| 23–24. | 0.002431 | 97,132 | 236 | 97,014 | 4,869,253 | 50.1 |
| 24–25. | 0.002433 | 96,896 | 236 | 96,778 | 4,772,240 | 49.3 |
| 25–26. | 0.002415 | 96,660 | 233 | 96,543 | 4,675,462 | 48.4 |
| 26–27. | 0.002409 | 96,426 | 232 | 96,310 | 4,578,919 | 47.5 |
| 27–28. | 0.002426 | 96,194 | 233 | 96,078 | 4,482,609 | 46.6 |
| 28–29. | 0.002481 | 95,961 | 238 | 95,842 | 4,386,531 | 45.7 |
| 29–30. | 0.002572 | 95,723 | 246 | 95,600 | 4,290,689 | 44.8 |
| 30–31. | 0.002679 | 95,477 | 256 | 95,349 | 4,195,090 | 43.9 |
| 31–32. | 0.002791 | 95,221 | 266 | 95,088 | 4,099,741 | 43.1 |
| 32–33. | 0.002921 | 94,955 | 277 | 94,816 | 4,004,653 | 42.2 |
| 33–34. | 0.003063 | 94,678 | 290 | 94,533 | 3,909,837 | 41.3 |
| 34–35. | 0.003211 | 94,388 | 303 | 94,236 | 3,815,304 | 40.4 |
| 35–36. | 0.003377 | 94,085 | 318 | 93,926 | 3,721,068 | 39.6 |
| 36–37. | 0.003555 | 93,767 | 333 | 93,600 | 3,627,142 | 38.7 |
| 37–38. | 0.003727 | 93,434 | 348 | 93,259 | 3,533,542 | 37.8 |
| 38–39. | 0.003887 | 93,085 | 362 | 92,904 | 3,440,282 | 37.0 |
| 39–40. | 0.004045 | 92,724 | 375 | 92,536 | 3,347,378 | 36.1 |
| 40–41. | 0.004224 | 92,348 | 390 | 92,153 | 3,254,842 | 35.2 |
| 41–42. | 0.004433 | 91,958 | 408 | 91,755 | 3,162,689 | 34.4 |
| 42–43. | 0.004655 | 91,551 | 426 | 91,338 | 3,070,934 | 33.5 |
| 43–44. | 0.004885 | 91,125 | 445 | 90,902 | 2,979,596 | 32.7 |
| 44–45. | 0.005126 | 90,679 | 465 | 90,447 | 2,888,695 | 31.9 |
| 45–46. | 0.005392 | 90,215 | 486 | 89,971 | 2,798,248 | 31.0 |
| 46–47. | 0.005698 | 89,728 | 511 | 89,472 | 2,708,276 | 30.2 |
| 47–48. | 0.006048 | 89,217 | 540 | 88,947 | 2,618,804 | 29.4 |
| 48–49. | 0.006456 | 88,677 | 573 | 88,391 | 2,529,857 | 28.5 |
| 49–50. | 0.006933 | 88,105 | 611 | 87,799 | 2,441,466 | 27.7 |
| 50–51. | 0.007445 | 87,494 | 651 | 87,168 | 2,353,666 | 26.9 |
| 51–52. | 0.008022 | 86,842 | 697 | 86,494 | 2,266,498 | 26.1 |
| 52–53. | 0.008734 | 86,146 | 752 | 85,770 | 2,180,004 | 25.3 |
| 53–54. | 0.009594 | 85,393 | 819 | 84,984 | 2,094,234 | 24.5 |
| 54–55. | 0.010552 | 84,574 | 892 | 84,128 | 2,009,251 | 23.8 |
| 55–56. | 0.011519 | 83,682 | 964 | 83,200 | 1,925,123 | 23.0 |
| 56–57. | 0.012489 | 82,718 | 1,033 | 82,201 | 1,841,923 | 22.3 |
| 57–58. | 0.013537 | 81,685 | 1,106 | 81,132 | 1,759,722 | 21.5 |
| 58–59. | 0.014708 | 80,579 | 1,185 | 79,986 | 1,678,590 | 20.8 |
| 59–60. | 0.016000 | 79,394 | 1,270 | 78,759 | 1,598,603 | 20.1 |

See footnotes at end of table.

## Table 14. Life table for non-Hispanic Black males: United States, 2019—Con.

Spreadsheet version available from: https://ftp.cdc.gov/pub/Health_Statistics/NCHS/Publications/NVSR/70-19/Table14.xlsx.

| Age (years) | Probability of dying between ages $x$ and $x+1$ $q_x$ | Number surviving to age $x$ $l_x$ | Number dying between ages $x$ and $x+1$ $d_x$ | Person-years lived between ages $x$ and $x+1$ $L_x$ | Total number of person-years lived above age $x$ $T_x$ | Expectation of life at age $x$ $e_x$ |
|---|---|---|---|---|---|---|
| 60–61. | 0.017380 | 78,124 | 1,358 | 77,445 | 1,519,844 | 19.5 |
| 61–62. | 0.018794 | 76,766 | 1,443 | 76,044 | 1,442,400 | 18.8 |
| 62–63. | 0.020255 | 75,323 | 1,526 | 74,560 | 1,366,355 | 18.1 |
| 63–64. | 0.021765 | 73,797 | 1,606 | 72,994 | 1,291,795 | 17.5 |
| 64–65. | 0.023347 | 72,191 | 1,685 | 71,348 | 1,218,801 | 16.9 |
| 65–66. | 0.025123 | 70,506 | 1,771 | 69,620 | 1,147,453 | 16.3 |
| 66–67. | 0.027006 | 68,734 | 1,856 | 67,806 | 1,077,832 | 15.7 |
| 67–68. | 0.028790 | 66,878 | 1,925 | 65,916 | 1,010,026 | 15.1 |
| 68–69. | 0.030389 | 64,953 | 1,974 | 63,966 | 944,111 | 14.5 |
| 69–70. | 0.031662 | 62,979 | 1,994 | 61,982 | 880,145 | 14.0 |
| 70–71. | 0.033268 | 60,985 | 2,029 | 59,970 | 818,163 | 13.4 |
| 71–72. | 0.034857 | 58,956 | 2,055 | 57,929 | 758,192 | 12.9 |
| 72–73. | 0.036661 | 56,901 | 2,086 | 55,858 | 700,264 | 12.3 |
| 73–74. | 0.039214 | 54,815 | 2,150 | 53,740 | 644,406 | 11.8 |
| 74–75. | 0.041890 | 52,665 | 2,206 | 51,562 | 590,666 | 11.2 |
| 75–76. | 0.044710 | 50,459 | 2,256 | 49,331 | 539,103 | 10.7 |
| 76–77. | 0.048343 | 48,203 | 2,330 | 47,038 | 489,772 | 10.2 |
| 77–78. | 0.052196 | 45,873 | 2,394 | 44,676 | 442,734 | 9.7 |
| 78–79. | 0.056531 | 43,479 | 2,458 | 42,250 | 398,058 | 9.2 |
| 79–80. | 0.062201 | 41,021 | 2,552 | 39,745 | 355,809 | 8.7 |
| 80–81. | 0.066756 | 38,469 | 2,568 | 37,185 | 316,064 | 8.2 |
| 81–82. | 0.072597 | 35,901 | 2,606 | 34,598 | 278,878 | 7.8 |
| 82–83. | 0.079880 | 33,295 | 2,660 | 31,965 | 244,281 | 7.3 |
| 83–84. | 0.086125 | 30,635 | 2,638 | 29,316 | 212,315 | 6.9 |
| 84–85. | 0.094172 | 27,997 | 2,637 | 26,678 | 183,000 | 6.5 |
| 85–86. | 0.102419 | 25,360 | 2,597 | 24,062 | 156,321 | 6.2 |
| 86–87. | 0.111248 | 22,763 | 2,532 | 21,497 | 132,259 | 5.8 |
| 87–88. | 0.120675 | 20,231 | 2,441 | 19,010 | 110,763 | 5.5 |
| 88–89. | 0.130713 | 17,789 | 2,325 | 16,627 | 91,753 | 5.2 |
| 89–90. | 0.141369 | 15,464 | 2,186 | 14,371 | 75,126 | 4.9 |
| 90–91. | 0.152647 | 13,278 | 2,027 | 12,264 | 60,755 | 4.6 |
| 91–92. | 0.164543 | 11,251 | 1,851 | 10,325 | 48,491 | 4.3 |
| 92–93. | 0.177046 | 9,400 | 1,664 | 8,568 | 38,166 | 4.1 |
| 93–94. | 0.190140 | 7,736 | 1,471 | 7,000 | 29,598 | 3.8 |
| 94–95. | 0.203799 | 6,265 | 1,277 | 5,626 | 22,598 | 3.6 |
| 95–96. | 0.217990 | 4,988 | 1,087 | 4,444 | 16,972 | 3.4 |
| 96–97. | 0.232673 | 3,901 | 908 | 3,447 | 12,527 | 3.2 |
| 97–98. | 0.247799 | 2,993 | 742 | 2,622 | 9,080 | 3.0 |
| 98–99. | 0.263311 | 2,251 | 593 | 1,955 | 6,458 | 2.9 |
| 99–100. | 0.279148 | 1,659 | 463 | 1,427 | 4,503 | 2.7 |
| 100 and over | 1.000000 | 1,196 | 1,196 | 3,076 | 3,076 | 2.6 |

NOTE: This life table is based on death rates that have been adjusted for race and Hispanic-origin misclassification on death certificates; see Technical Notes in this report.

SOURCE: National Center for Health Statistics, National Vital Statistics System, Mortality.

# DR. KENNETH EUGENE LEHRER

### (Consulting / Forensic Economist)

DR. KENNETH E. LEHRER has been operating an Economic and Financial Services Consulting company since 1982. He holds four (4) degrees from New York University: Bachelor of Science (Finance), Master of Business Administration (Banking), Master of Arts (Economics) and a Doctorate in Urban Economics. After a career on the corporate staff of Bankers Trust Company (New York), Dr. Lehrer became a Manager for the Greek Shipper, Costas Lemos [dec'd]. Here, he assisted on projects in New York, Houston, Denver, Guam and in Europe. Dr. Lehrer relocated to Houston in 1977.

The organization, formed in 1982, is experienced in many areas of - Economics, Finance, Economic Damage Analysis (including Business and Technology Losses), Banking, Business, ESOP and Non Public Business Valuations, Securities, Healthcare, Fairness and Advisory Opinions, Intellectual Property Valuations, Real Estate and Corporate Finance. The company both prepares institutional economic / finance reports, feasibility analysis, corporate business plans and provides litigation support (having been qualified in both State and Federal Courts) in the areas of - economics, real estate, banking, corporate and IP valuations, class actions and finance. Dr. Lehrer, served for approximately twenty (20) years (1984 – 2002) as an Adjunct Professor of Finance at the University of Houston, Graduate School of Business Administration and (2005 - 2014) an Adjunct Professor of Finance and Economics at the University of Phoenix (Houston Division). Dr. Lehrer is also a speaker at business, economic and real estate seminars.

Dr. Lehrer has served as Chairman of the Board of Directors for the Federal Home Loan Bank of Dallas as agent for the Federal Savings and Loan Insurance Corporation of - Acadia Savings and Loan Association, French Market Homestead Savings, Twin City Savings, First Savings of Louisiana. Dr. Lehrer also served (2005 – 2017) as the Senior Economist and a Director of Aztec Oil and Gas, a former publicly traded corporation.

On a professional basis, Dr. Lehrer is a Texas State Certified General Real Estate Appraiser (License TX-1337797-G) and is recognized by the National Association of Real Estate Appraisers. With his firm, he is a member of - National Association of Business Economists, American Academy of Economic and Financial Experts, American Law and Economics Association, Houston Business Economists, National Forensic Center, National Association of Forensic Economists, American Economic Association, North American Economics and Finance Association, Southern Economic Association, Western Economic Association and the Finance Club and Money Marketeers, both affiliated with New York University.

Dr. Lehrer is registered with the Securities and Exchange Commission as an Investment Advisor under the Investment Advisors Act of 1940 and has held the Full Registration / General Securities (Series 7) and Texas Securities (Series 63) Licenses. He is listed in all editions of "Who's Who In America" since the 45th edition.

- - -

Office Phone (713) 972-7912    FAX (713) 964-0444    E-Mail   drken@lehecoserv.com

Web Site   www.LEHECOSERV.com



# New York University

## Certificate of Distinction

New York University is proud to present this certificate of distinction to Kenneth E. Lehrer, an outstanding alumnus of four divisions of the University. A student of unusual dedication and rare academic ability, Mr. Lehrer earned a B.S. degree from the College of Business and Public Administration in 1967, an M.B.A. in economics and finance from the Graduate School of Business Administration in 1969, a master's degree in economics from the Graduate School of Arts and Science in 1972, and a doctoral degree from the Graduate School of Public Administration in 1980.

An effective and articulate advocate of the University's mission, Mr. Lehrer has maintained an active involvement with New York University despite the demands of his studies and business career and despite the great distance that separates him from his alma mater. Illustrative of his loyalty and tireless activism on behalf of the University is the major role he has played in organizing the University's alumni in Houston, Texas.

It is with great pleasure that the University acknowledges Kenneth E. Lehrer's impressive scholarly achievements and his invaluable contributions to the well-being of this institution.

September 18, 1980

Ivan L. Bennett, Jr., M.D.
Acting President

# UNIVERSITY of HOUSTON
## COLLEGE of BUSINESS ADMINISTRATION

presents
this certificate to

# Kenneth E. Lehrer

in appreciation
for
loyalty and excellence
in academic service
to the

## Department of Finance

in its mission to develop
business leadership through education

**Nine Years**          **May 1993**

_Dean_
College of Business Administration

_Chair_
Department of Finance

# Member of Faculty



University of Phoenix presents with honor to

## Kenneth Lehrer

as an honored member of the faculty body.

University of Phoenix faculty candidates complete a comprehensive selection program and fulfill the requirements necessary to become a faculty member. Having successfully completed these requirements, the bearer of this certificate is recognized as a certified University of Phoenix faculty member.

FACULTY MEMBER SINCE
2002

PRESENTED BY

Timothy P. Slottow, President

Dr. Meredith Curley, Interim Provost

**University of Phoenix®**

UNITED STATES OF AMERICA

Before the

U. S. SECURITIES AND EXCHANGE COMMISSION

December 12, 1985

IN THE MATTER OF:
Dr. Kenneth Eugene Lehrer dba
Lehrer Development and Investments
5555 Del Monte Drive, Suite 802
Houston, Texas 77056-4105

FILE NO. 801- 25934

ORDER GRANTING REGISTRATION
PURSUANT TO SECTION 203 OF
THE INVESTMENT ADVISERS ACT
OF 1940

Lehrer Development and Investments ,hereinafter referred

to as the Applicant, having made application with the Commission for registration as

an investment adviser pursuant to Section 203 of the Investment Advisers Act of

1940 on October 28, 1985 ; and

The Commission having found that Applicant has satisfied the requirements

of such Section:

IT IS ORDERED, that the Applicant's registration be and hereby is granted,

this 12th day of December 19 85.

FOR THE COMMISSION, by the Office of Applications and Reports Services

pursuant to delegated authority.

John Wheeler
Secretary

SEC 1420 (12-84)

# LITIGATION  SUPPORT  EXPERIENCE  OF  DR.  KENNETH  EUGENE  LEHRER
## 2016 / 2017 - Present  (4 years)
### (Concluded Cases)

In the Matter of the marriage of Jimmy Tran and Hoang-Yen Thi Dang; Cause No. 2010-48243 in the 309th Judicial District Court of Harris County, Texas.

Victor S. Casebolt, an individual and Victor S. Casebolt II, P.C., an Arizona business entity. vs. Sanford J. Germaine and Sherri Germaine, husband and wife, an Arizona business entity, John Does and Jan Does, I-X; ABC Partnerships I-X; ABC Limited Liability Companies I-X, XYZ Corporations I-X; Case No. CV2011-096437 in and for the Superior Court of the State of Arizona in and for the County ofMaricopa.

Republic Plastics, Ltd. and Plastics Management, LLC vs. Willis of Texas, Inc. and Integon Specialty Insurance Company n/k/a Maiden Specialty Insurance Company; Cause No. 10-CV-2475 in the 25th Judicial District Court, Guadalupe County, Texas.

Ralph Barbieri vs. Cumulus Media, Inc.; CMP Susquehanna Corp.; Cumulus Media Partners, LLC.; Cumulus – San Francisco KNBR, Inc.; Bill Bunderoth; Lee Hammer; Lew Dickey; Does 1 through 100; Case No. CGC-12-521684; In the Superior Court of California, For the County of San Francisco.

Tho Q. Pham vs. Jason Bryan Carrier; Stephen Bradley Womack; Michael Chadwick Pickelsimer, a/k/a Michael Chadwick Womack; Conrad Properties, LLC; HMP Partners Management, Inc.; and Carmack Properties, LLC; Cause No. D-1-GN-13-033813; In the 126th Judicial District Court of Travis County, Texas.

Texas Capital Bank, N.A. vs. Dallas Roadster, Ltd.; IEDA Enterprise, Inc.; Bahman Khobahy; and Bahman Hafezamini; Civil Action No. 4:13-cv-oo625; In the United States District Court for the Eastern District of Texas, Sherman Division.

Victor Steven Giovannini vs. Anna Marie Tolle; Cause No. DC-12-09445; In the 162nd Judicial District Court of Dallas County, Texas.

Gregory Hollins vs. Terry Larue Collins and Piazza Trucking a/k/a Samuel J. Pazza & Son, Inc.; Cause No. 2013-29919; In the 164th Judicial District Court of Harris County, Texas.

William Windham, M.D. vs. Harris County, Texas; Deputy T.R. Pasket, Individually; John Doe Supervisor, Individually; and Deputy M. Dunn, Individually; Civil Action No. 4:13-cv-01576; In the United States District Court, Southern District of Texas, Houston Division.

Ameriprise Financial Services, Inc. vs. Victor Walker; Case No. 12-00965; Financial Industry Regulatory Authority, Division of Arbitration, Houston, Texas.

Bridget N. Greene vs. FMC Technologies, Inc.; Cause No. 4:13-cv-o2375; In the United States District Court, Southern District of Texas, Houston Division.

**Litigation Support Experience of Dr. Kenneth Eugene Lehrer** (last four years +)
Continued …../…..

Page 2.

Juan Bran vs. Pamela Wilkerson; Cause No. 2014-16143; In the 295th Judicial District Court of Harris County, Texas.

Rozat Fidvi vs. Syed Hasnain; Cause No. 2014-13107; In the 157th District Court of Harris County, Texas.

Altus Brands II, LLC vs. Michael Alexander, et al.; Cause No. 1-11-65; In the 382nd Judicial District Court, Rockwall County, Texas.

Wells Fargo Advisors, LLC vs. Gustavo Adolfo Caballero, Jr.; In Arbitration before FINRA Dispute Resolution, Inc.; FINRA Case No. 13-03423, Miami, Florida.

Leeanna Mann and Kari Smith vs. CVR Energy, Inc.; CVR Partners, LP; CVR Refining, LP; Gary-Williams Energy Company, LLC; Wynnewood Refining Company, LLC; Cause No. 13-DCV-209679; In the 434th Judicial District Court of Ft. Bend County, Texas.

Darren Crumity vs. Grocers Supply Co. Inc.; Cause No. 2015-27437; In the 61st Judicial District Court of Harris County, Texas.

Riley McRae vs. Eric McDonald and Texas TransEastern, Inc.; Cause No. 2014-09391; In the 61st Judicial District Court of Harris County, Texas.

Carlos Montero vs. William H. Smith, an Individual; Joan Smith, an Individual; W.H. Smith Wines, an unknown entity; William Gilley, an Individual; and Does 1 through 10; Case No. 26-64967; In the Superior Court of California, for the County of Napa.

Junious Vital, et al. vs. National Oil Well Varco; Civil Action No. H-12-1357; In the United States District Court for the Southern District of Texas, Houston Division.

Barney Mason, Jr. vs. Raytheon Company; Cause No. 2013-58723; In the 152nd Judicial District Court of Harris County, Texas.

Kelly Triechel vs. Thomas J. Moffett; Debra K. Moffett; Salon Trio and Lake Conroe Realty, LLC; Cause No. 14-09-10737; In the 284th Judicial District Court, Montgomery County, Texas.

Hector Martinez vs. O'Reilly Auto Parts; American Arbitration Association; Claim No. 01-14-0000-5483; Houston, Texas.

Ivy B. McLemore vs. Ellen A. Yarrell; Cause No. 2013-39601; In the 281st Judicial District Court of Harris County, Texas.

**Litigation Support Experience of Dr. Kenneth Eugene Lehrer**  (last four years +)
Continued …../…..

**Page 3.**

In the Matter of Jose Ernesto Melgar; Houston, Texas.

In the Matter of Jissel A Zuniga, Houston, Texas.

Samuel Alvin Ashley, Jr. vs. United States of America; Civil Action No. 3:14-CV-02654; In the United States District Court for the Northern District of Texas, Dallas Division.

Oscar Scott, Jr. vs. Wilbur J. Oberly, II; Cause No. 15-03-02742; In the 284th Judicial District Court of Montgomery County, Texas.

Peter F. Hedges vs. Committee for The Chicago Bridget & Iron Company 2008 Long-Term Incentive Plan; Chicago Bridge & Iron Company 2008 Long-Term Incentive Plan; and Chicago Bridge & Iron Company (Delaware); Cause No. 4:14-cv-2560; In the United States District Court for the Southern District of Texas, Houston Division.

BlueSky Greenland Environmental Solutions, LLC vs. Rentar Environmental Solutions, Inc., et al.; Case No. 9:12-cv-812344; In the United States District Court for the Southern District of Florida.

Laissez Faire Lofts, Inc.; and Gabrielle Bernard vs. Ace European Group, Ltd.; Jim Spurgeon, d/b/a Jim Spurgeon Insurance Agency; Myron F. Steves & Co.; Fred Steves; St. Gemain Homeowners Association; David Brewton; Andrew Weeks; Charles C. Campbell; Chris Iconos; Greg Torres; and Association Management, Inc.; Cause No. 2012-44297; In the 215th Judicial District Court of Harris County, Texas.

Gabriel L. Grasso and Denise Grasso vs. Wells Fargo Bank, N.A.; Wells Fargo Home Mortgage, A division of Wells Fargo Banking, N.A.; Kole Strebel; Blaha Enterprises, LLC; Does I through X, Inclusive; Roe Corporations I through X, Inclusive; and Poe Partnerships I through X, Inclusive; Case No. A-12-659484-C; In the District Court of Clark County, Nevada.

C. Nicholas Pereos a/k/a Costa N. Pereos vs. Nationstar Mortgage, LLC; Charter Funding and Mortgage Electronic Registration System, Inc. and Does 2 through 10; Case No. 3:13-cv-00386-MMD-VPC; In the United States District Court, District of Nevada.

Mina Gorgian Shashaani and Brian Shashaani, Individually and A/N/F of Jack Brianson, A Minor vs. Manisha Gandhi, M.D.; Lindsey Evans, M.D.; Stephanie Martin, M.D.; St. Luke's Medical Center f/k/a St. Luke's Episcopal Hospital and Baylor College of Medicine; Cause No. 2014-21613; In the 125th Judicial District Court of Harris County, Texas.

TELA Garwood Limited, L.P. vs. Aurora Energy Partners and Victory Energy Corporation; Cause No. 2015-05280; In the 164th Judicial District Court of Harris County, Texas.

**Litigation Support Experience of Dr. Kenneth Eugene Lehrer** (last four years +)
Continued …../…..

Page 4.

Mitra Wilson vs. Gary Horndeski, M.D.; Cause No. 14-DCV-218129; in the 240th Judicial District Court of Fort Bend County, Texas.

Donald J. Mundo vs. Zimmer., Inc., a Delaware Corporation; Zimmer Holdings, Inc., a Delaware Corporation; and Zimmer US, Inc., a Delaware Corporation; MDL Docket No. 2158 (SDW); Case No. 2:15-CV-04102-SDW-SCM; in the United States District Court, District of New Jersey.

Terry Stewart vs. International Association of Machinists and Aerospace Workers and International Association of Machinists and Aerospace Workers, District 19; Cause No. 4:13-CV-01391; in the United States District Court, Southern District of Texas, Houston Division.

Melissa Wendt, Individually and as Executrix of the Estate of Donald Wendt, Decedent, and Erin Wendt vs. Zbigniew Wojciechowski, M.D., Earl Mangin, M.D., Dr. Smith, M.D., and Sugar Land Methodist Hospital; in the 270th Judicial District Court of Harris County, Texas.

Tuaneffie Clark, individually and as representative of the Estate of Terry Parker and Sameko Doyle as next friend of Terrionne Parker and Gustavus Clark individually vs. Minze Agriculture Partnership, Sturm Ranch Inc., Bartlett Road Investments Inc., Minze Six Bar Ranch, Inc., D.R. Horton Texas LTD., Katy I.S.D., H.L.B. Harris, David Minze as Representative of the interest of Brian Minze, Loyd D. Minze, Carol Minze, David Minze, Kelli Minze, Laurie Minze, Marilyn Minze, Individually and all other unknown John Does; Civil Action 2014-62263; in the 295th Judicial District Court of Harris County, Texas.

Franklin P. Shackelford vs. Stephens County Sheriff's Department and Stephens County, Texas; Case No. CV-31184 in the 90th Judicial District Court of Stephens County, Texas.

Sharon Loukanis vs. Hempstead Independent School District; Cause No. 14-08-33643; in the 506th Judicial District Court of Waller County, Texas.

Monica Greenstreet vs. Oscar Ventura and Remnant Delivery Service; Cause no. 2015-68197 in the 127th Judicial District Court of Harris County, Texas.

Marlene Rodriguez-Mendoza vs. Milton Rivera Hernandez and Cesar Rodriguez; Case No. 2014-67472; in the 80th Judicial District Court of Harris County.

Erika Cadriel, individually and as the representative of the Estate of Jacob Matthew Cadriel and as next friend of Jacob Matthew Cadriel, Jr. vs. Steven Damien Young, Woven Metal Products, Inc., and IND-CHEM Constructors, Inc., Cause No. 82139-CV in the 412th Judicial District Court of Brazoria County, Texas.

Dale E. Johnson vs. National Oilwell Varco, L.P.; Cause No. 2013-62983; in the 152th Judicial District Court of Harris County, Texas.

**Litigation Support Experience of Dr. Kenneth Eugene Lehrer**  (last four years +)
Continued …../…..

Page 5.

Luisa Huerta vs. WAL-MART Associates, Inc.; Judicial Workplace Arbitration; Cause No. 807A-2014, Texas.

Jeffrey Charles Zaruba vs. Liberty County Central Appraisal District; Cause No. CV1003401; in the 253rd Judicial Court District of Liberty County, Texas.

Oscar Diaz vs. First Student, Inc., and Jean Aurelius; Cause No. 2015-68401 in the 151st Judicial District Court of Harris County, Texas.

James Edwin Whitley, individually and as sole wrongful death heir of Jeffrey Tyler Whitley, deceased vs.  Full Moon Freight, LLC and Jose Adolfo Martinez Matute; Cause No. 2015-12440; in the 333rd Judicial District Court of Harris County, Texas.

Roger Gandy vs. Desiree Flores; Cause No. 2014-49937; in the 55th Judicial District Court of Harris County, Texas.

Bridget Boyd vs. Teamsters Local Union 968, Teamsters Local Union 988, International Brotherhood of Teamsters Chauffeurs, Warehousemen and Helpers of America, Teamsters Local Union 698 Executive Board of Directors, Bill Moore, in both his individual and official capacities, Ed Keyser, in both his individual and official capacities, Dennis Morgan, in both his individual and official capacities, Tom Schartz, in both his individual and official capacities, Tony Mathis, in both his individual and official capacities, Andrea Tubb, in both her individual and official capacities, Grace Howard, in both her individual and official capacities, Paul Marks, in both his individual and official capacities, Charles Adams, in both his individual and official capacities, Defondra Liggins in both her individual and official capacities, Michael Willis in both his individual and official capacities, Josephine Lopez in both her individual and official capacities and Joe Dwyer in both his individual and official capacities; Civil Action No. 15-CV-3710; in the United States District Court for the Southern District of Texas, Houston Division.

Luis Garcia vs. Ruben Pena D/B/A RP General United Labor Group and ULG Contracting Services LLC; Cause No. 2015-39760 in the 215th Judicial District Court of Harris County, Texas.

Frank P. Viera vs. Globe Energy Services, LLC; Cause No. 50024; in the 118th Judicial District Court of Howard County, Texas.

Barbara Pierce vs. Swift Transportation Co. of Arizona, LLC. D/B/A Swift Leasing Co., LLC and D/B/A Swift Transportation Corporation and Valeria Tsosie; Cause No. 2015-65786; in the 295th Judicial District Court of Harris County, Texas.

Energy Frameworks, LLC vs. Power Brokers, LLC and Crmpoint.Net, Inc.; Cause No. 2015-58551; in the 190th Judicial District Court of Harris County, Texas.

ITSA Energy, Inc. and Corporate Management Services, Inc. vs. Joseph A. Rose, III.; Case No. 14-CV-8619; in the Circuit Court for the State of Wisconsin, Milwaukee County.

**Litigation Support Experience of Dr. Kenneth Eugene Lehrer**  (last four years +)
Continued …../…..

Page 6.

Hollis Taylor vs. Schwan's Global Supply Chain; Cause No. 4:15-CV-02570; in the United States District Court for the Southern District of Texas, Houston Division.

In the Matter of Vanessa Ordonez.

Elizabeth Omutiti and Rima Chemali vs. Macy's Dept. Store A/K/A Macy's WST Stores, Inc. or Macy's Inc., Willie Lewis and Carpi Conner; Case No. 4:15-CV-02167; in the United States District Court, Southern District of Texas, Houston Division.

Patrick and Deborah Watkins vs. Irvin Hernandez-Ramos, Sweeping Service of Texas, L.P. and Waste Partner of Texas, L.P; Cause No. 2014-13387; in the 55th Judicial District Court of Harris County, Texas.

Aurora Morales vs. Whole Foods Market, Inc., Whole Foods Market Rocky Mountain/Southwest, L.P., Whole Foods Market Southwest, Inc. and the Dourdough: a European Bakery, Inc.; Cause No. 2015-23782 in the 55th Judicial District Court of Harris County, Texas.

Bill Taylor vs. Jonathan Davidson, E.T.A; Cause No. 2013-62559; In the 190th Judicial District Court of Harris County, Texas.

Maria Sosa vs. Robert Deniro and Jose Doe, Employer/ Principal; Cause No. 2013-55758; In the 129th Judicial District Court of Harris County, Texas.

Gibson Ihe vs. Dwayne Gajewsky and Schultz Bros. Trucking, Inc.; Cause No. 11-DCV-193652; In the 240th Judicial District Court of Fort Bend County, Texas.

Marvin Furguson and Tracie Furguson vs. David Lin, MD.; Cause No. 2015-12-13299; In the 410th Judicial District Court of Montgomery County, Texas.

Diana Mejia vs. Matheson Tri-Gas, Inc. and Jake Castro; Cause No. 2012-39130; In the 190th Judicial District Court of Harris County, Texas.

In the Matter of Nancy Lee Martin.

In the Matter of Richard Charles Martin.

Kevin Leonard vs. Hydrovac Industrial Services, Inc., W&T Offshore, Inc., Total Safety U.S., Inc., and Bay Side Rubber & Products, Inc.; Cause No. 2014-46541; In the 215th Judicial District Court of Harris County, Texas.

**Litigation Support Experience of Dr. Kenneth Eugene Lehrer** (last four years +)
Continued …../…..

Page 7.

In the Matter of Athrell Nan Vaden.

Christopher Stump and Melissa Stump vs. Harris County Sports & Convention Corporation, et al.; Cause No. 2014-11745; In the 333rd Judicial District Court of Harris County, Texas.

Dominga Nunez, Individually, and as personal Representative of the Estate of Abran Nunez vs. Gardens I-45 Ltd., Drillers one Bar and Grill LP, ANG Hingpin Holdings LLC; Cause No. 2008-69878; In the 333rd Judicial District Court of Harris County, Texas.

Review of an Economic Analysis of the Lost Future Earnings/ Earnings Capacity, Household Services, Medical Expenses and Life Care Plan of Travis Bailey by John A. Swiger, PH.D., San Antonio, Texas – February 20, 2016.

Joshua Brister vs. Keith Joseph Jannise and Cowboy's Mobile Homes, Inc.; Cause No. CV-29062; In the 344th Judicial District Court of Chambers County, Texas.

Fernando Carrillo-Torres vs. The Williams Companies, Inc.; Cause No. 2014-10284; In the 165th Judicial District Court of Harris County, Texas.

Patricia Hahn vs. Scott Davidson, M.D. individually, Scott Davidson, M.D., P.A. and North DFW Urology Associates A/K/A North DFW Urology, LLP.; Cause No. CC-12-07023-E; in the County Court at Law No. 5 of Dallas County, Texas.

Harold D. Clontz vs. Patricia Hall Byrd, Kennemer Properties, L.P., Kennemer GP Management Co., L.L.C., CKJ Trucking, L.P. and Charlie Kennemer; Cause No. 348-272751-14; In the 348th Judicial District Court of Tarrant County, Texas.

Sporting Innovations, LLC. vs. Kennon McKinney; Cause No. 2014- 51791; In the 61st Judicial District Court of Harris County, Texas.

Cathryn C. Davis vs. Apache Corporation; Case No. 2014-23898; In the 152nd Judicial District Court of Harris County, Texas.

Lewis Harman vs. Jeremy Garza; Cause No. 2012-17810; In the 113th Judicial District Court of Harris County, Texas.

Pamela Cunningham vs. Hartman Income REIT Management, Inc., ABM Amtech Incorporated d/b/a Amtech Elevator Services Company and NAES Central, Inc. d/b/a Amtech Elevator Services; Cause No. 2013-18749; In the 133rd Judicial District Court of Harris County, Texas.

**Litigation Support Experience of Dr. Kenneth Eugene Lehrer** (last four years +)
Continued …../…..

Page 8.

Samuel Estrada vs. Centerpoint Energy, Inc.; Cause No. 2013-33983; In the 270th Judicial District Court of Harris County, Texas.

Deavyn Gordon and Lynn Gordon as Next Friend of Deavyn Gordon vs. Harris County, Texas; Constable Ken Jones; Deputy Jeffrey Gonzalez, Deputy Kenneth Jones; Deputy Lloyd Clark; and Deputy Andre Shorts; Civil Action No. 14-cv-03463; In the United States District Court, Southern District of Texas, Houston Division.

Randy Dixon vs. Chula's Katy Freeway, LLC, d/b/a Chulas Sports Cantina and R. Bravo, Inc., d/b/a Chulas Sprts Cantina; Cause No. 2014-73216; In the 189th Judicial District Court of Harris County, Texas.

Robert Collums, Jr., Individually and d/b/a Absolute Industrial Solutions vs. Texas Pipe and Supply Company, Ltd. f/k/a Energy Metals Incorporated, Simi Investment Company, Ltd., JRR Management, LLC, Pipeline Realty Brokerage, LLC., Pipeline Realty Ventures, Ltd., Pipeline Realty Company and Pipeline Realty Holding, LLC.; Cause No. 2016-15178; In the 127th Judicial District Court of Harris County, Texas.

Maria Teresa Monarez vs. Walmart Stores, Inc. – Judicial Workplace Arbitrations; Case No. 987-A 2016, Houston, Harris County, Texas.

Alois P. Keilers vs. Texas Consolidated Petroleum Corporation; Devon Energy Corporation; and Devon Energy Production Company, LP; Cause No. 2011V-254; In the District Court of Fayette County, Texas; 155th Judicial District.

Heidi Berger and Christina Brooks vs. True Ultimate Standards Everywhere, Inc.; Truste, and Does 1 through 50; Case No. CGC-15-549171; In the Superior Court of California, San Francisco County, Unlimited Jurisdiction.

Merrylyn Thornton vs. A Ambassador Limousine & Transportation, Inc. and Crestline Hotels & Resorts Texas, Inc. d/b/a Sugar Land Marriott Town Square Hotel; Cause No. 2015-68414; In the 11th Judicial District Court of Harris County, Texas.

Darren Crumity vs. Grocers Supply Co.; Inc.; Cause No. 2015-27437; In the 61st Judicial District Court of Harris County, Texas.

Aurisha Goodman vs. Ryder Services Corporation Ryder Integrated Logistics and Fred Garrett; Cause No. 2014-58742; In the 33rd Judicial District Court of Harris County, Texas.

Cristal Laird vs. Robert Mellencamp and Park Place Motorcars Fort Worth, Ltd.; Cause No. C2016146; In the 355th Judicial District Court of Hood County, Texas.

Investicorp Institutional Group, Ltd. vs. Air Liquide Global E&C Solutions US Inc. f/k/a Air Liquide Process & Construction, Inc.; Air Liquide USA LLC; CBRE, Inc.; and Douglas Elliott; Cause No. 2015-01771; In the 334th Judicial District Court of Harris County, Texas.

**Litigation Support Experience of Dr. Kenneth Eugene Lehrer** (last four years +)
Continued …../…..

Page 9.

Rose Lawson and Aubrey Ray Lawson vs. 3M Company, A Delaware Corporation, and Arizant Healthcare, Inc., A Delaware Corporation; CHCA Conroe, LP, A Delaware Limited Partnership; Conroe Hospital Corporation, A Texas Corporation; Conroe Regional Medical Center; and Haissam Elzaim, MD; Case No. 15-10-10631; In the 284th Judicial District Court of Montgomery County, Texas.

Yvette Garza vs. Theodore Johnson, Jr.; Cause No. 2014-14015; In the 11th Judicial District Court of Harris County, Texas.

Brandon Roland vs. Carnival Corporation d/b/a Carnival Cruise Lines, Inc.; Case No. 1:15-cv-24433; In the United States District Court for the Southern District of Florida.

Tina Morris vs. Avis Rent A Car System, Avis Budget Group and AB Car Rental Services; Civil Action No. 13-543; In the United States District Court; Northern District of Texas, Fort Worth Division.

Quantum Materials Corp. vs. Robert L. Glass; Cause No. 14-1314; In the 274th Judicial District Court of Hays County, Texas.

Yury Grunin and Maria Grunina vs. Celebrity Cruise Lines, Inc. – Statement of Claim – American Arbitration Association; Case No. 01-16-0001-1429; The International Centre for Dispute Resolution of the International Division of the American Arbitration Association.

Janice Richardson vs. Christus Health Ark-La-Tex and Christus Health; Cause No. 16C0305; In the 202nd Judicial District Court of Bowie County, Texas.

Lou Ann Thomas vs. Borden Dairy Company of Texas, LLC and Waste Management; Cause No. 16-01-01082; In the 410th Judicial District Court of Montgomery County, Texas.

Mark Dibble vs. The Waggoners Trucking Company, American Arbitration Association; Claim No. 01-15-003-3029; Houston, Texas.

Patricia G. Williams vs. Biomedical Research Foundation Hospital Holding, LLC and BioMedical Research Foundation of Northwest Louisiana d/b/a University Health Shreveport; Case No. 5:16-cv-01615; In the United States District Court for the Western District of Texas, Shreveport Division.

Amanda Guillory vs. Anthony Starkey and Lease Plan USA, Inc.; Cause No. 2015-55323; In the 113th Judicial District Court of Harris County, Texas.

Grover Phillipson vs. Angel Brothers Enterprises, Ltd. and Brian D. ASP; Cause No. 2015-45707; In the 165th Judicial District Court of Harris County, Texas.

**Litigation Support Experience of Dr. Kenneth Eugene Lehrer** (last four years +)
Continued …../…..

**Page 10.**

Cedric D. Knox vs. Alonzo Henderson and DFW Linq Transport, Inc.; Cause No. 2016-82264; In the 133rd Judicial District Court of Harris County, Texas.

Claud Houlton vs. Republic Waste Services of Texas, Ltd.; Jams Arbitration No. 1310022826, Harris County, Texas.

Capital Transport, LLC, Capital Oil Field Services, LLC, and Chad Denton vs. Kenneth Lobell, Capital Transport Services, LLC, Capital Lodging, LLC, Capital Lodging Watford, LLC, Capital Lodging Williston, LLC and William Randy Baker; No. 257,590-B; In the 146th Judicial District Court of Bell County, Texas.

Roland and Velda Tieken vs. ETC Texas Pipeline, Ltd. and Energy Transfer Partners, LP; Cause No. 17-06-24,184; In the 24th Judicial District Court of DeWitt County, Texas.

Darlene Woods, Individually and as Next Friend of Mark Woods, Jr. vs. Charles Alford; Cause No. 15-12-13255; In the 416th Judicial District Court of Montgomery County, Texas.

In RE: A.M., A Minor at the time of the Events in Question vs. Seah A. McIntosh, Shawn Baker, KFC US Properties, Inc., KFC Corporation, YUM! Brands and Jane Doe KFC Managers; Cause o. 2016-81879; In the 113th Judicial District Court of Harris County, Texas.

Eric T. Pearson, Individually and as Guardian of Cynthia Pearson and as Next Friend of their children Brielle Pearson and Amya Pearson, Minors vs. Kelsey-Seybold Medical Group, PLLC d/b/a Kelsey-Seybold Clinic, KS Management Service, LLC, Dr. Dwan Turner and Dr. Cynthia Basaldua; No. 44680; In the Number Four Probate Court of Harris County, Texas.

Lu Jun, Individually and Derivatively on Behalf of ACSWD, LP vs. Great Southwest Regional Center, LLC, Robert W. Frost, ACSWD, LP, Kenneth Frost, and Frost Rains Holdings, LLC; Cause No. D-1-GN-000558; In the 53rd Judicial District Court of Travis County, Texas.

ACSWD, LP vs. Great Southwest Regional Center, LLC, Robert W. Frost, Kenneth Frost and Frost Rains Holdings LLC; Cause o. D-1-G-15-000558; Agreed Order to Realign Parties and Style of the Case.

Jose Castorena vs. Richardson Stevedoring and Logistics Services, Inc. and Bright-Kiowa, LLC; Cause o. 2015- 68558; In the 190th Judicial District Court of Harris County, Texas.

Michael Chamberlain, Individually and as Guardian of the Estate of Burton Farthing, a Minor, Brenda Chamberlain and John Farthing a/n/f of Burton Farthing, a Minor vs. N. Brian Flowers, MD and Sterling Ridge Orthopaedics and Sports Medicine, PLLC; Cause o. 16-10-12023; In the 284th Judicial District Court of Montgomery County, Texas.

Wamsutta Stamps, as Managing Conservator of MLH (A Minor Child) vs. Reliance Technology Specialist, LLC; Cause o. 2014-12077; In the 333rd Judicial District Court of Harris County, Texas.

**Litigation Support Experience of Dr. Kenneth Eugene Lehrer** (last four years +)
Continued …../…..

Page 11.

Angela Cao vs. BSI Financial Services, Inc.; Christiana Trust, Whilmington Savings Fund Society, Stanwich Mortgage Loan Trust Series 2012-10 and Stanwich Mortgage Acquisition Co., Inc.; Cause No. 2016-88318; In the 333rd Judicial District Court of Harris County, Texas.

Gregory Hebert vs. Louisiana State Transportation and Development Department, et al; Docket No. 650374, Section 24; In the 19th Judicial District Court Parish of East Baton Rouge, State of Louisiana.

Richard Badger vs. Wunderlich Securities, Inc.; In Arbitration before FINRA Dispute Resolution, Inc.; FINRA Case No. 16-02631.

Meradith Holdings, LLC vs. Vintage Dunhill, LLC vs. Erin M. Meradith a/k/a Erin Estilette; Cause No. 2016-29738; In the 152d Judicial District Court of Harris County, Texas.

Youngevity International Corp. vs. Todd Smith, an Individual and Utah Resident; Case No. 3:16-cv-00704-BTM- JLB; In the United States District Court for the Southern District of California.

Zamreen Samji vs. Union Pacific Railroad Company, Jose Silverio Sandoval and Farah Artani; Cause No. 16-DCV- 232322; In the 400th Judicial District Court of Fort Bend County, Texas.

Martin Maldonado vs. Raymond Bentley and Calco Contracting, Ltd; Cause No. 2015-18538; In the 165th Judicial District Court of Harris County, Texas.

Graduate Medical Education Development, LLC vs. St. George's University, Ltd.; St. George's University, LLC; St. George's University School of Medicine, Inc.; and University Support Services, LLC; Civil Action No. 4:15-cv- 02641; In the United States District Court for the Southern District of Texas, Houston Division;

Maria Ramirez vs. Golden Corral Corporation; In Binding Arbitration;

Marvin J. Schenk and Kathryn L. Schenk, husband and wife, vs. Victor S. Casebold II and Amy J. Strack a/k/a Amy J. Casebold, husband and wife; Sanford J. Germaine and Sherri A. Germaine, husband and wife; Casebolt and Germaine, PLLC; and Arizona Professional Limited Liability Company; No. CV-2013-002402; In the Superior Court of Arizona, County of Maricopa.

Champagne Marks vs. CNL Income FEC South Houston, LLC d/b/a Zuma Fun Center; Cause No. 2014-31431; In the 295th Judicial District Court of Harris County, Texas;

James D. Rivera vs. Michael Wayne Shelton; Cause No. 1079379; In the County Civil Court Number 4, Harris County, Texas.

Martha Sheldon, Individually and on Behalf of Joshua P. Sheldon, Deceased vs. C&C Fishery, LLC, and Riverside Technologies, Inc.; C.A. No. 2016-8132; In the Judicial District Court for the Parish of Orleans, State of Louisiana.

**Litigation Support Experience of Dr. Kenneth Eugene Lehrer** (last four years +)
Continued …../…..

Page 12.

Randy Jason Lucas vs. Gertrude Creeks and Novum Pharmaceutical Research Services; Cause No. --; In the – Judicial District Court of Harris County, Texas;

Red Carpet Rent a Car, LLC, Francis Ward, Individually and Charles Igwe, Individually vs. Avis Rent a Car System, LLC; Civil Action No. 16-1791; In the United States District Court for the Southern District of Texas, Houston Division.

Alberto Melgoza vs. AGRW, LLC d/b/a Malibu Waterpark, Extreme Waterslides, D & D Construction Group, LLC, National Aquatic Safety Company, LLC, and Rightway Sand Co., Inc.; Cause No. 2016-31238; In the 164th Judicial District Court of Harris County, Texas.

Skull Trucking, LLC. vs. Rafael Martinez d/b/a Rafael Truck Rigging, Houston Mack Sales & Service, Inc., Vanguard Truck Center of Houston, and Jesus Loza; Cause No. 1085946; In the County Civil Court Number 4; Harris County, Texas.

Paul Whetstone vs. T & T Offshore, Inc., T & T Marine Inc., and Baron's Marine Ways; Cause No. 13-cv-1118; In the 122nd Judicial District Court of Galveston County, Texas.

Joseph D. Johnson vs. Brandy Vickery; Cause No. 029964; In the 258th Judicial District Court of Polk County, Texas.

Mercedes Tang vs. St. Luke's Episcopal Hospital and St. Luke's Health System; Cause No. 1057939; In the County Court At Law #4 of Harris County, Texas.

Richard Caddell vs. Dawson Geophysical Company and Hermenegildo Garcia Campa; Cause No. D-140394; In the 358th Judicial District Court of Ector County, Texas.

Danielle Goslin, Individually and as next friend of Cabot Magnus Goslin, A minor, and as representative of the Estate of Cabot Goslin, Deceased vs. MLT Restaurants. LLC, Lansky & Brats, LTD., Stripes, LLC and SSP Beverage, LLC.; Cause No. C-2687-15-H; In the 389th Judicial District Court of Hidalgo County, Texas.

Fort Bend Mechanical, LTD. vs. Houston Independent School District; Cause No. 2014-27508; In the 152nd Judicial District Court of Harris County, Texas.

Jade Schiffman vs. United States Automobile Association and Jerry Lynn Reesby; Cause No. 2016-45576; In the 89th Judicial District Court, Harris County, Texas.

Gabriel Ramirez Vasquez vs. HEB Grocery Company, LP; Cause No. 2017-cv-0091-A; In the 197th Judicial District Court of Willacy County, Texas.

Alufase USA LLC vs. Victor B. Palma, et al.; Case No. 4:16-cv-000077; In the United States District Court for the Southern District of Texas, Houston Division.

**Litigation Support Experience of Dr. Kenneth Eugene Lehrer** (last four years +)
Continued …../…..

Page 13.

Towana Bryant and Trinity Freight Services, LLC vs. City of Houston and Tony Henshaw; Civil Action No. H-13- 2229; In the United States District Court for the Southern District of Texas, Houston Division.

Daundrea Starling vs. James Luton, Jr. and Noor Transport, LLC; Cause No. 2017-12358; In the 189th Judicial District Court of Harris County, Texas.

Marc Helsinger vs. George William Machac; Cause No. 2016-59088; In the 157th Judicial District Court of Harris County, Texas.

Judy Embers vs. Performance Transportation d/b/a Performance Food Group and Roderick K. Colbert; Cause No. 27,771; In the 46th Judicial District Court of Wilbarger County, Texas.

Cadence Bank, N.A. vs. Roy J. Elizondo III and Roy J. Elizondo, III, PLLC; Cause No. 2014-65226; In the 234th Judicial District Court of Harris County, Texas.

The Bank of New York Mellon f/k/a The Bank of New York as Trustee for The Certificateholders of CWalt, Inc., Alternative Loan Trust 2006 OA16, Mortgage Pass Through Certificates, Series 2006-OA16 vs. The Foothills at MacDonald Ranch Master Association; SFR Investments Pool 1, LLC; and Nevada Association Services, Inc.; Case No. 2:17-cv-01195-APG-PAL; In the United States District Court, District of Nevada.

Sabina Bebee, Mary Sullivan, Nicole Garner, Amy Yarbrough, Robert Yarbrough, David Renaud, Xavier Renaud, and Barbara Perez vs. Motorola Solutions, f/k/a Motorola, Inc.; Scott Technologies, Inc. d/b/a Scott Safety, Inc. and d/b/a Scott Health and Safety, Inc.; Civil Action No. 4:16-cv-00763; In the United States District Court for the Southern District of Texas, Houston Division.

Davide Pesca vs. Nice Group USA, Inc.; Cause No. 2016CI21044; In the 407th Judicial District Court of Bexar County, Texas.

Herminia C. Sitter vs. William M. Wadsworth; Cause No. 15-10-11458; In the 410th Judicial District Court of Montgomery County, Texas

Joy Parvis vs. Woodline Park Apartments, LP; Cause No. 15-12-134022; In the 284th Judicial District Court of Montgomery County, Texas.

Ronald Wheaton vs. LA Fitness International, LLC d/b/a Pro Results; Cause No. 2014-00558; In the 61st Judicial District Court of Harris County, Texas.

Mindy Stewart, Individually and as Next Friend of Ty Stewart, Ethan Stewart and Garrett Stewart vs. Spa Pipe & Supply, LP, d/b/a Smith Pipe of Abilene; Cause No. 10070-D; In the 350th Judicial District Court of Taylor County, Texas.

Christine Reyes vs. The City of Alice, Texas; Cause No. DC-15-336; In the 229th Judicial District Court of Duval County, Texas.

**Litigation Support Experience of Dr. Kenneth Eugene Lehrer** (last four years +)
Continued …../…..

**Page 14.**

GBH CPA's PC vs. Gail L. Prather; American Arbitration Association Case No. 01-16-0000-8202; Houston, Texas.

Maria Rosana Rubi, Individually and as Next Friend of E.C., a Minor vs. MTD Products, Inc. d/b/a Cub Cadet; Case No. 4:15-cv-01831; In the United States District Court for the Southern District of Texas, Houston Division.

Leonardo Caycedo vs. Lowe's Home Centers, LLC; Civil Action No. 4:15-cv-00065; In the United States District Court, Southern District of Texas, Houston Division.

Cal Henry Johnson vs. Paschal H. Bertron and William W. Bertron; Cause No. 2015-55620; In the 234th Judicial District Court of Harris County, Texas.

Leonard Earl Thompson vs. Donald Gary Johnson, Wal-Mart Transportation, LLC, and Wal-Mart Stores, Inc.; Cause No. DC-16-10060; In the 134th Judicial District Court of Dallas County, Texas.

Donnie Duggan vs. Steven Reyes Perez and K.W. Fuels, Inc.; Civil Action No. 7:16-cv-00247-RAJ; In the United States District Court for the Western District of Texas, Midland-Odessa Division.

Bettye Shockley Tucker, et al. vs. Adair Grain, Inc. d/b/a West Fertilizer Co., et. al.; Cause No. 2013-1721-3; In the 74th Judicial District Court of McLennan County, Texas.

Edwin Ortiz vs. Zia Credit Union; Cause No. D-101-CV-2015-01197; In the First Judicial District Court, County of Santa Fe, State of New Mexico.

Thomas Deangelis vs. Main Event Entertainment, LLP, Ardent Leisure Group & Ropes Courses, Inc.; Cause No. 2017CI07570; In the 288th Judicial District Court of Bexar County, Texas.

Chandra Kidd vs. City of Houston; Civil Action No. 4:17-cv-01695; In the United States District Court for the Southern District of Texas, Houston Division.

King Fuels, Inc. vs. Prewitt Petroleum Products, Inc.; Rodney Thompson; Stanley Thompson; Catapult Group, Inc.; Mohammad A. Chaudhry; Steve A. Thompson; Menghi Enterprises, Inc.; and S.A. Thompson Oil Co., Inc.; Cause No. 2011-42744; In the 295th Judicial District Court of Harris County, Texas.

Ivory Disotell and Bryan Disotell vs. NLB Corporation and Theodore Kupscznk; Cause No. 2016-51963; In the 190th Judicial District Court of Harris County.

Jerald Wyatt vs. Waste Management of Texas, Inc.; Civil Action No. 4:17-cv-03813; In the United States District Court for the Southern District of Texas, Houston Division.

Jason Catillo vs. TSI Flow Products, Inc.; Cause No. 2015-68318; In the 157th Judicial District Court of Harris County, Texas.

**Litigation Support Experience of Dr. Kenneth Eugene Lehrer** (last four years +)
Continued …../…..

Page 15.

Eddy Hernandez vs. Wal-Mart, Inc. and Wal Mart Stores Texas, LLC; Cause No. 2015-68302 In the 55th Judicial District Court of Harris County, Texas.

In the Matter of Carma Woodhead, Houston, Harris County, Texas.

Rozina Seamster vs. Emmanuel Health Home Care; Cause No. 2016-30113; In the 133rd Judicial District Court of Harris County, Texas.

In the Matter of the Potential Lost Income of Richard Medeiros.

Shantrise M. Lee vs. Home Depot U.S.A, Inc., Cause No. 4:16-cv-03741; In the United States District Court for the Southern District of Texas, Houston Division.

James McGowan and Jacqueline McGowan vs. Laboratory Corporation of America Holdings, Laboratory Corporation of America Holdings d/b/a Labcorp. Laboratory Corporation of America, Laboratory Corporation of America d/b/a Labcorp, Labcorp and Gessner – Houston, LP; Civil Action No. 4:15-cv-03683; In the United States District Court for the Southern District of Texas, Houston Division.

Debra Boisvert vs. Demitri L. Benson; Cause No. 2015-39086; In the 164th Judicial District Court of Harris County, Texas.

Youssef AFAA vs. Mitchell Vervoort; Cause No. 2014-31566; In the 80th Judicial District Court of Harris County, Texas.

Sabina Bebee, et al. vs. Access Data Supply, Inc., Bearcom Group, Inc. as Successor in Interest to CTS Consolidated Telecom Services, LLC and Bearcom Group, Inc.; Cause No. 2017-28054; In the 269th Judicial District Court of Harris County, Texas.

Judy Embers vs. Performance Transportation d/b/a Performance Food Group and Roderick K. Colbert; Cause No. 27,771; In the 46th Judicial District Court of Wilbarger County, Texas.

Craig, Norma and Beatrice Welscher vs. Wells Fargo Advisors, LLC, Richard DeYoung, Jr.; In Arbitration before Finra Dispute Resolution.

Mingjun Li and Xiaoxuan Zhang vs. Alpha Plastics, Inc.; Cause No. 2017-22795; In the 234th Judicial District Court of Harris County, Texas.

Gwendolyn J. Bailey, Individually and as an Heir and Representative on Behalf of the Estate of Rodney E. Bailey, Deceased, and Janay Bailey and Jasmine Bailey, Individually and as Heirs of the Estate of Rodney E. Bailey, Deceased vs. Emilio R. Cardona, M.D.; Cause No. 2015-76823; In the 189th Judicial District Court of Harris County, Texas.

**Litigation Support Experience of Dr. Kenneth Eugene Lehrer** (last four years +)
Continued …../…..

Page 16.

In the Matter of Jose Ivan Rios – Soto Life Care Plan Analysis.

Ryan Craig Berger vs. James Lynn Hamilton and O'Reilly Automotive Stores, Inc., d/b/a O'Reilly Automotive Store, Tax Dept. Store 763; Cause No. 015-24561-CV; In the 13th Judicial District Court of Navarro County, Texas.

Hooks Industries, Inc. vs. Dixie Construction, LLC; Salim Zantout, Individually, Tara Woolbright, Individually, and d/b/a Dixie Construction Material; Cause No. 17-06-07854; In the 410th Judicial District Court, Montgomery County, Texas.

Angela Sciara vs. Royal Caribbean Cruises, Ltd.; Case No. 1:17-cv-24324-PCH; In the United States District Court for the Southern District of Florida.

Lillian Brookman vs. Signature Fundraising Inc. and Does 1 through 20, Inclusive; Case No. MC026617; In the Superior Court of the State of California, for the County of Los Angeles, North District.

Jose Mendez vs. J. Gustavo Campuzano, Jose L. Campuzano and Benjamin Sanjuan; Cause No. 2017-44893; In the 151st Judicial District Court of Harris County, Texas.

Mark Holland and Richard Soliz vs. Cesar Segovia and Cowan Systems, LLC; Cause No. 2016-06366; In the 133rd Judicial District Court of Harris County, Texas.

Marcia and Cecil Faircloth vs. Amanda Elaine Hendon, SCM Enterprises, Inc., and Living Resources; Cause No. 26862-B; In the 104th Judicial District Court of Taylor County, Texas.

Cedar Salamanca vs. Nathanial Tomas Salcedo; Burnscraft Manufacturing Corporation d/b/a National Fence Company; Cause No. 2016-68751; In the 80th Judicial District Court of Harris County, Texas.

Ubaldo Moreno vs. Thorpe Logistic Carriers, LLC, Acme Truck Line, Inc. and Josef Conrad Bauschka; Case No. 35659; In the 335th Judicial District Court, Washington County, Texas.

Zhaohong "John" Wu and Yanjing Zhou, Individually and as Next Friends of Kristin Wu and Ethan Wu, their Minor Children vs. Lumber Liquidators, Inc., Wood Floor Artisans, A General Partnership Composed of Victor Martinez- Medina, Individually, and Amber Lee Martinez, Individually; Cause No. 2016-08354; In the 164th Judicial District Court of Harris County, Texas.

Marci Hocevar vs. Molecular Health, Inc.; Case No. 17-02-02044; In the 284th Judicial District Court of Montgomery County, Texas.

Morgan Sims vs. Spine Wave, Inc.; Civil Action No. 4:16-cv-03132; In the United States District Court for the Southern District of Texas, Houston Division.

**Litigation Support Experience of Dr. Kenneth Eugene Lehrer** (last four years +)
Continued …../…..

Page 17.

Fernando Martinez-Chavez vs. Centerpoint Energy, Inc. and Valero Energy Corporation; Case No. 2016-07328; In the 157th Judicial District Court of Harris County, Texas.

Theresa Skinner vs. Memorial Hermann Health System d/b/a Memorial Hermann Sugar Land Hospital and Crothall Healthcare, Inc.; Cause No. 2017-74342; In the 190th Judicial District Court of Harris County, Texas.

In the Matter of Dickie Duckworth.

Ivory Disotell and Bryan Disotell vs. NLB Corporation and Theodore Kupscznk; Cause No. 2016-51963; In the 190th Judicial District Court of Harris County, Texas.

Gerardo Batista Ortiz vs. Builders First Source – Texas Group, LP, Builders First Source – Dallas, LLC, and Builders First Source – South Texas, LP; American Arbitration Association; Case No. 01-14-0000-4080; Texas.

In the Matter of Karen Hegemeyer, Economics of A Life Care Plan Analysis.

Sharon Elain Tinker, Individually and on Behalf of The Estate of Erica Elain Tinker, Lewis C. Boynton, and Aldon Brown vs. Robert Davis, M.D., Garth David, M.D., The Davis Clinic, Memorial Hermann Health System a/k/a and d/b/a Memorial Hermann Memorial City Medical Center and Memorial Hermann Memorial City Hospital; Cause No. 2016-05102; In the 281st Judicial District Court of Harris County, Texas.

Canaan Engelhardt and Tracy Engelhardt vs. Medtronic, Inc., A Minnesota Corporation; Baylor Scott & White Holdings, A Texas Corporation; and Baylor All Saints Medical Center; Case No. 352-287702-16; In the 352nd Judicial District Court of Tarrant County, Texas.

Hutchins Warehouse Limited Partners vs. American Automobile Insurance Company, Fireman's Fund Insurance Company, Allianz Global Corporate & Specialty and Rodger McMillan; Cause No. DC-16-13200; In the 116th Judicial District Court of Dallas County, Texas.

Jermaine Lewis vs. Bryan Minnard, Coastal Waste Disposal, Inc., Christopher Dimmitt, and B&B Ice, Inc.; Cause No. B-198251; In the 60th Judicial District Court of Jefferson County, Texas.

Melinda Henry vs. HEB Grocery Company, LP; Case No. 2016-CIO7312; In the 225th Judicial District Court of Behar County, Texas.

Brenda Lister vs. Southwest LTC-Gulf Healthcare, Ltd. d/b/a Gulf Healthcare Center – Texas City; Cause No. 11- CV-2068; In the 212th Judicial District Court of Galveston County, Texas.

Caroline Bryan vs. Chevron USA Inc., Dale Miller, Does 1-10; In The Superior Court of California, County of Alameda.

**Litigation Support Experience of Dr. Kenneth Eugene Lehrer** (last four years +)
Continued …../…..

Page 18.

Inez Hudson vs. David Deisch, Gateway Distribution, Inc. and Gateway Distribution of Texas, Inc.; Case No. 2017- 51247; In the 129th Judicial District Court of Harris County, Texas.

Laura Balderas, Individually, and as Representative of the Estate of Julian Balderas (deceased), et al. vs. Durwood Greene Construction Co.; Case No. 2016-17921 In the 129th Judicial District Court of Harris County, Texas.

Pablo "Paul" Gutierrez and Maria Lourdes Gutierrez vs. Tractor Supply Company and Tricam Industries, Inc.; Civil Action No. 4:15-cv-00778; In the United States District Court for the Southern District of Texas, Houston Division.

Amanda Morgan vs. Frances G. Papac; Cause No. 2016-83432; In the 270th Judicial District Court of Harris County, Texas.

Marcus Julien Ryder and Andrea Ryder vs. Steven Ray Mitchell, an Individual, and Cowboy Logistics, LLC, a Company, and Fictitious Party Defendants; Civil Action No. 60-CV-2017-900043; In the Circuit Court of Sumter County, Alabama.

Darion McMorris vs. Great West Casualty Insurance Company, et al.; File No. 2016-00397; Division B; In the 14th Judicial District Court for the Parish of Calcasieu, State of Louisiana.

Lori Levin vs. Carnival Corporation d/b/a Carnival Cruise Lines, Inc.; Case No. 18-cv-21509; In the United States District Court for the Southern District of Florida.

Neal David Carlson vs. Credit Suisse Securities (USA) LLC; In Arbitration Before FINRA Dispute Resolutions, Inc.; FINRA Case No. 17-00611.

In the Matter of Dianne Newman; Houston, Texas.

Maria Covarrubias, Individually and as Next Friend of Yamiletzi Covarrubias and Helen Zoe Covarrubias, Minors, and as Representative of the Estate of Alvaro Covarrubias, Deceased, Luis Covarrubias and Gerarado Covarrubias vs. Brandon Watkins and Steve Watkins; Cause No. 2017-11641; In the 164th Judicial District Court of Harris County, Texas.

Charlie J. Allums and Teresa Allums vs. Hammonia Emden Schiffahrts GMBH & Co. KG.; and Mediterranean Shipping Company, S.A.; Civil Action No. 3:17-CV-65; In the United States District Court for the Southern District of Texas, Galveston Division.

Ronald S. Williams vs. CST Brands a/k/a Cornerstone d/b/a Valero Gas Station; Cause No. 2018-02-01415; In the 410th Judicial District Court of Montgomery County, Texas.

James Mark Patsfield, III vs. UV Logistics, LLC d/b/a United Vision Logistics; Cause No. 2015-69907; In the 295th Judicial District Court of Harris County, Texas.

**Litigation Support Experience of Dr. Kenneth Eugene Lehrer** (last four years +)
Continued …../…..

Page 19.

Avian L. Tisdale, MD vs. Houston Area Community Services, Inc. d/b/a Avenue 360; Cause No. 2018-29262; In the 61st Judicial District Court of Harris County, Texas.

Gregory Bostic vs. Lakeside Physicians, Hood Medical Group d/b/a Lakeside Physicians, a Texas Corporation; Granbury Hospital Corporation d/b/a Lake Granbury Medical Center, a Texas Corporation; Lake Granbury Medical Center; and Bradley Hard, MD; Cause No. 2016-187; In the 355th Judicial District Court of Hood County, Texas.

Erica Palomo vs. Blazin Wings, Inc. d/b/a Buffalo Wild Wings Grill & Bar; Civil Action No. 7:17-CV-00415; In the United States District Court for the Southern District of Texas, McAllen Division.

Joseph Mosley and Freddie Lise vs. Martin Marietta Fleet Management, LLC; Martin Marietta Materials, Inc.; Martin Marietta Materials Southwest, LLC; TXI Operations, LP; Texas Industries, Inc.; and Terry Wiloth; Cause No. CV16-0338-173; In the 173rd Judicial District Court of Henderson County, Texas.

Shawn O'Pry vs. Louisiana Pacific Corporation d/b/a New Waverly Transportation and Santos Medrano; Case No. CIV 31420; In the 411th Judicial District Court of Polk County, Texas.

Katherine Hunter vs. Lindsey Martin and Texas Farm Bureau Mutual Insurance Company; Cause No. 17-cv-0910; In the 10th Judicial District Court of Galveston, Texas.

Jeff Cheney, Individually and as Representative of the Estate of Roger Dale Cheney; Jeff Cheney, Individually and as Representative of the Estate of Cynthia Marie Cheney; Kimberly Anne Cheney Sheffield; and Lucille Marie Lee vs. Richard Donnell Cain as Representative of the Estate of Denise Kelly Cain; Cause No. 2017-25981; In the 61st Judicial District Court of Harris County, Texas.

Christian Fernandez vs. Dennis John Mathews; Texaco Transport, Inc. d/b/a Railport Services; Sunteck/TTS Holdings, LLC; and Flexi-Van Leasing, Inc.; Cause No. 2017-32444; In the 190th Judicial District Court of Harris County.

Kenneth Edwards and Arlene Edwards vs. Triumph Southwest LP d/b/a Triumph Hospital – Southwest and d/b/a Kindred Hospital Sugarland; Cause No. 12-DCV-195735; In the 400th Judicial District Court of Fort Bend County, Texas.

Yashira D. Rivera vs. Stephen Price; Cause No. 2017-38400; In the 157th Judicial District Court of Harris County, Texas.

Janie Gonzales; Lisa Reyna; Rueben Ramirez; and Alberto Perez vs. Henry Royden Hamman and Hamman Oil and Refining Co.; Cause No. 16-2-15077; In the 135th Judicial District Court of Jackson County, Texas.

Warren Scroggins and Renita Scroggins, Individually, and as Next Friend of Kaitlyn and Kamryn Scroggins, Minor Children vs. 9999 Westheimer Road, Houston, LLC d/b/a Hilton Houston Westchase, Interstate Management Company, LLC d/b/a Interstate MC, LLC and Weiser Security Services, Inc.; Cause No. 2016-34890; In the 129th Judicial District Court of Harris County, Texas.

**Litigation Support Experience of Dr. Kenneth Eugene Lehrer** (last four years +)
Continued …../…..

Page 20.

Douglas A. Lawrence vs. UBS Financial Services, Inc.; FINRA Dispute Resolution Arbitration Number 11-04643.

Patricia Guzman, Individually and as Next Friend of Travion Brown, a Minor vs. Jarmara Hice-Garza, MD and Woman's Health Associates; Cause No. 2018-530942; In the 237th Judicial District Court of Lubbock County, Texas.

Tung Le vs. Comcast of Houston, LLC and Jerry A. Ruiz; Cause No. 2018-02761; In the 133rd Judicial District Court of Harris County, Texas.

In the Matter of Jose Lombardi (Inflated Medical Care Costs).

In the Matter of Veronica A. Martinez; Houston, Harris County, Texas.

Mohammad Kabiri vs. Avis Budget Car Rental, LLC d/b/a Avis/Budget Truck; Budget Truck Rental, LLC d/b/a Avis Rent-a-Car & Budget and Ahmed A. Nur; Cause No. 2017-86084; In the 61st Judicial District Court of Harris County, Texas.

Meaghen Willis, Individually a/n/f Darrick Willis Jr. (Minor) vs. Kelly Louis Weins and Louis & Son Plumbing, Inc.; Cause No. 1728311; In the 278th Judicial District Court of Walker County, Texas.

Reco Graham vs. Atlantic Sounding Co., Inc. and Weeks Marine, Inc.; Cause No. 2017-38112; In the 113th Judicial District Court of Harris County, Texas.

Adam Nicholas Langen, et al. vs. Spine Works, Inc.; Civil Action No. 2:18-cv-00433; In the United States District Court for the Southern District of Texas, Corpus Christi Division.

Pennymac Holdings, LLC f/k/a Pennymac Mortgage Investment Trust Holdings I vs. Fidelity National Title Insurance Company, Fidelity National Title Agency of Nevada, Inc.; Case No. A-16-746790-C, Dept. No. XI; In the District Court of Clark County, Nevada.

Hui Ye vs. Xiang Zhang and Wing Lau and Deltafill Incorporated; Onepurify, LLC, Nutruflo, LLC; Deltafill Express Global, LLC; Ubuddy, Inc.; and Deltafill Enterprises, Inc.; Case No. 4:18-cv-04729; In the United States District Court for the Southern District of Texas, Houston Division.

Fernando Martinez-Chavez vs. Centerpoint Energy, Inc. and Valero Energy Corporation; Case No. 2016-07328; In the 157th Judicial District Court of Harris County, Texas.

Anindita Banerjee vs. Target Stores, Inc. and Target Corporation; Civil Action No. 4:19-cv-1403; In the United States District Court for the Southern District of Texas, Houston Division.

Darion McMorris vs. Great West Casualty Insurance Company; et al.; File No. 2016-00397; Division B; In the 14th Judicial District Court for the Parish of Calcasieu, State of Louisiana.

**Litigation Support Experience of Dr. Kenneth Eugene Lehrer** (last four years +)
Continued …../…..

**Page 21.**

Julie P. Douglass, Individually and on Behalf of the Estate of Russell E. Douglass, Deceased and as Next Friend of Alec R. Douglass and Alexis G. Douglass vs. Giridhar Vedala, MD., Cause No. 18-04-04171; In the 284th Judicial District Court, Montgomery County, Texas.

Collette Turnbull vs. Multibrand Field Services, Inc. Goodman Networks, Inc., Andrew Brown, Kevin Portie and Hometown Furniture, Inc.; Cause No. A-140031-C; In the 128th Judicial District Court of Orange County, Texas.

Doris King and Richard King, both Individually and as Next Friends of David King, Sean King and Jacob King vs. Raquel Lovett; Cause No. 16-0966-CV; In the 25th Judicial District Court of Guadalupe County, Texas.

Matthew Tyson vs. Hiland Dairy Foods Company, LLC, a/k/a Hiland Dairy Food Co., LLC, Prairie Farms Dairy, Incorporated, McKee Foods Corporation and Affiliates, and Marco Busti, Individually; Cause No. 2016-42735; In the 215th Judicial District Court of Harris County, Texas.

Duane Fugate vs. Jordan Technologies, Inc. and Devan Lindsay; Cause No. 2017-67013; In the 151st Judicial District Court of Harris County, Texas.

Cornelio Juarez vs. Stanley L. Kucherka, Jr., Trustee of Kucherka Family Trust and Kenneth James Kucherka; Cause No. 17-CCV-060834; In the County Court #1 At Law, Fort Bend County, Texas.

Jimmie Manen vs. Galveston County, Texas and Progressive County Mutual Insurance Company; Cause No. 17-CV-1500; In the 405th Judicial District Court, Galveston County, Texas.

King Fuels, Inc. vs. Prewitt Petroleum Products, Inc., Rodnety Thompson, Stanley Thompson, Catapult Group, Inc., Mohammad A. Chaudhry, Steve A. Thompson, Menghi Enterprises, Inc. and S.A. Thompson Oil Co., Inc.; Cause No. 2011-42744; In the 295th Judicial District Court of Harris County, Texas.

Analysis: Life Care Plans and Cost Analysis for Tracy Bush – Two (2) Versions.

Sunrise One, LLC and Sunrise One Operating, LLC d/b/a Rockville Centre Inn vs. Harlesyville Insurance Company of New York; Case No. 2:15-cv-00242-JFB-GRB; In the United States District Court for the Eastern District of New York.

Sterling Grant Moebius vs. Nucor Corporation a/k/a Nucor Vulcraft Group and Juan Jose Machuca-Garcia; Cause No. 17-0163; In the 3rd Judicial District Court of Houston County, Texas.

Ira James Robinson, Individually and as Heir to the Estate of Phyllis A. Robinson, Deceased and Larry Robinson vs. Tanglewood Oilfield Services, LLC; Arron Patrick Moor, Gary Brown and Danny Brown; Cause No. 16-14305-278-01; In the 278th Judicial District Court of Madison County, Texas.

Mildred Washington vs. Continental Carbonic Products Incorporated and Tyrone David Thomas; Cause No. 2017-52486; In the 165th Judicial District Court of Harris County, Texas.

**Litigation Support Experience of Dr. Kenneth Eugene Lehrer** (last four years +)
Continued …../…..

Page 22.

Eddie McWashington vs. Geico County Mutual Insurance Company; Case No. 2018-07252; In the 189th Judicial District Court of Harris County, Texas.

Marcus Mauras vs. Gerrick Williams and Dropzone Trucking, LLC.; Cause No. 2018-212-B; In the 124th Judicial District Court of Gregg County, Texas.

Chastyne Hoffpauir vs. Pappas Restaurants, Inc.; Cause No. 2018-79243; In the 269th Judicial District Court of Harris County, Texas.

Exotic Tropical Pet World vs. Travelers Casualty Insurance Company of America; Cause No. C-2098-19-F; In the Judicial District Court of Hidalgo County, Texas.

American Arbitration Association, in the Matter of Arbitration Between: Raymond Stephney vs. Waffle House, Inc.; AAA Case No. 01-18-0001-7324; Houston, Texas.

Oakley Cheney vs. Graham Holmes; Case No. 2018-18873; In the 55th Judicial District Court of Harris County, Texas.

Randy Lynn Ferguson vs. Whitney Touchstone; Cause No. 2017-44501; In the 151st Judicial District Court of Harris County, Texas.

Maureen Miregi, Individually and as Representative of the Estate of Daniel Miregi, Deceased, and as Next Friend of Minors: Otieno Miregi, Daniel Miregi, Hezron Miregi, Pendo Miregi, Ragheal Miregi, and Beryl Mireti vs. Alamo Concrete Products Company, Alamo Concrete Products, Ltd., Dorsett Brothers Concrete Supply, Inc., Navistar, Inc., International Trucks, Sailunj Tires: TBC Brands, Tire Supplies Plus LLC, Continental Mixer Solutions, LLC, Commercially Specialty Truck Holdings, LLC, Continental Manufacturing Co., Inc., EZ Pack Refuse Hauling Solutions, LLC and John Does 1-5; Cause No. 2017-58759; In the 133rd Judicial District Court of Harris County, Texas.

Gerald Robinson vs. Target Stores, Inc. and Target Corporation; Civil Action No. 4:18-cv-00316; In the United States District Court for the Southern District of Texas, Houston Division.

Jason Lewis, Individually and as Next Friend of MJL, a Minor vs. Moneil Management Group, LLC; Albion Premier Manager, LLC; Albion Premier Investment, LLC; Miles Andrew Stevens; and Danielle Nichole Stevens; Cause No. 94931-CV; In the 239th Judicial District Court of Brazoria County, Texas.

Mark Gass vs. Darling Ingredients, Inc. and Ramon Fuentes, Jr., Individually; Cause No. 17-09673; In the 44th Judicial District Court of Dallas County, Texas.

Tina L. Johnson vs. Jeffrey Scott Smith, M.D.; Cause No. C-2017-133; In the 355th Judicial District Court of Hood County, Texas.

**Litigation Support Experience of Dr. Kenneth Eugene Lehrer** (last four years +)
Continued …../…..

**Page 23.**

Amarachi Igwe vs. Texas Department of Criminal Justice; Civil Action No. 4:18-cv-02352; In the United States District Court for the Southern District of Texas, Houston Division.

Michael Freasier and Tyler Freasier vs. Uber Technologies, Inc. d/b/a Uber and Kenneth Abbott; Cause No. 2018-CI-21210; In the 166th Judicial District Court of Bexar County, Texas.

Erika Casey vs. Millennium Physicians Association, PLLC d/b/a Millennium Oncology, Lisa Lampton, R.N., Stefanie Mathis, R.N. and Jane Doe; Cause No. 2018-69941; In the 80th Judicial District Court of Harris County, Texas.

Ronald S. Williams vs. CST Brands a/k/a Cornerstone d/b/a Valero Gas Station; Cause No. 2018-02-01415; In the 410th Judicial District Court of Montgomery County, Texas.

Jetall Companies, Inc. and Declaration Title Company, LLC vs. Alan B. Daughtry, Attorney at Law, Richard Heil, Todd Oakum, and Renee Davy f/k/a Renee Oakum; Cause No. 2017-10832; In the 152nd Judicial District Court of Harris County, Texas.

Bjorn Larsen vs. Stevens Tanker Division, LLC and Larry Gilcrease, Jr.; Cause No. 2019-24745; In the 190th Judicial District Court of Harris County, Texas.

Stephen Bouche vs. Quantum Hospitality, LLC; Cause No. 2015-45760; In the 295th Judicial District Court of Harris County, Texas.

Tyra Brown and Johnny Brown vs. Saint Agnes Healthcare, Inc. d/b/a Saint Agnes Hospital; Saint Agnes Seton Imaging Center; Saint Agnes Healthcare, Inc.; Advanced Radiology and Dr. Jules Katz, M.D., Case No. 24-C-18-005995; In the Circuit Court for Baltimore City, Maryland.

Jeanne Galliano vs. Gennifer Horan and James Craig Horan; Cause No. 18-06-08146; In the 284th Judicial District Court of Montgomery County, Texas.

Sanjuana Flores Ortiz vs. Williams Brothers Construction Co., Inc.; Cause No. 1099714; In the County Court # 3 at Law, Harris County, Texas.

Aaron Latour and Barry Gosnell vs. Sreehari Atturi; Cause No. 1108055; In the #4 County Court of Law, Harris County, Texas.

Nkeoma Brenda Ezenagu vs. Olushegun Olagundoye and Kinghaven Counseling Group; Cause No. 2016-33668; In the 151st Judicial District Court of Harris County, Texas.

Gladys Ardon, Vilma Polanco, Leonel Esbobar, Delia Meza, Isaias Rivera, Aracely Gomez, et al. vs. Sugar Branch Condominium Association, Elizabeth Burkhardt, Donald Burkhardt, and Thomas Ramage; Cause No. 2018-44047; In the 270th Judicial District Court of Harris County, Texas.

**Litigation Support Experience of Dr. Kenneth Eugene Lehrer** (last four years +)
Continued …../…..

**Page 24.**

Carmel Jeanine Solomon vs. Hyatt Corporation and Tristen Rich; Cause No. 1091-21; In the 21st Judicial District Court of Bastrop County, Texas.

Veronica Cantu vs. Brett Enterprises, LLC d/b/a Vanguard Cleaning Systems of Houston; Cause No. 2019-36228; In the 125th Judicial District Court of Harris County, Texas.

Deborah Jackson vs. Wal-Mart, Inc. and Wal-Mart Stores Texas, LLC; Civil Action No. 6:20-cv-37-JDK; In the United States District Court for the Eastern District of Texas, Tyler Division;

Adam A. Vargas vs. Raul S. Chavez and Pfeiffer & Son Ltd.; Cause No. 2019-20919; In the 270th Judicial District Court of Harris County, Texas;

In the Matter of Debra Hobson;

Jose Montoya Mendoza vs. Reliable Paving Inc. d/b/a Reliable Construction Company; Cause No. 048-316368-20; In the 48th Judicial District Court of Harris County, Texas;

Stephanie Estok vs. Eric Mark Ruiz and 6459 Services, LLC d/b/a Eric's Towing; Cause No. 2018-78362; In the 189th Judicial District Court; Harris County, Texas;

Ricardo Maldonado vs. Russell Marine, LLC; Cause No. 2020-19204; In the 125th Judicial District Court of Harris County, Texas;

William Watts vs. Wal-Mart Stores Texas, LLC; Civil Action No. 4:20-cv-00091; In the United States District Court, Southern District of Texas, Houston Division;

Clint Perdue vs. American Marine Corporation and Does 1-10 Inclusive; Cause No. 19STCV307805; In the Superior Court of the State of California, South District;

Brandon Russ vs. Alejandro Campos and Hellas Construction, Inc.; Cause No. DC-20-10666; In the 134th Judicial District Court of Dallas County, Texas;

Chayne Brothers vs. BMB Dining Services, d/b/a Bombshells, Jeremy Rene Leos, Evelyn Nava, Aylin Luna and Samantha Bravo; Cause No. 2018-39252; In the 234th Judicial District Court of Harris County, Texas;

Kevin LaPlante vs. Lowe's Home Centers, LLC; In the Office of the American Arbitration Association; Case No. 01-20-0007-2804; Houston, Harris County, Texas;

Jonathan Daniel Hill vs. James Frederich Kneisler and MD Energy Services, LLC; Cause No. DC20-17865; In the 109th Judicial District Court of Winkler County, Texas;

Holly Perez vs. United Parcel Service, Inc. and Does 1 through 30, Inclusive: Case No. 3:19-CV-08050; In the United States District Court, Northern District of California;

**Litigation Support Experience of Dr. Kenneth Eugene Lehrer** (last four years +)
Continued …../…..

**Page 25.**

Gideon Obadan vs. Kindred Hospital; Civil Action No. 4:20-CV-01350; In the United States District Court for the Southern District of Texas, Houston Division;

Amarachi Igwe vs. Texas Department of Criminal Justice; Civil Action No. 4:18-CV-02352; In the United States District Court for the Southern District of Texas, Houston Division;

Sam Barr vs. Stripes, LLC.; Civil Action No. 4:18-cv-00296; In the United States District Court for the Southern District of Texas, Houston Division;

William Villalobos vs. Classic Moves, Inc.; Cause No. 2017-39269; In the 157th Judicial District Court of Harris County, Texas;

Julio Nodarse vs. Nancy Montes-Castaneda; Doe Drivers I-V; Roe Employers I-V; and Roe Companies I-V; Case No. A-20-818208-C; In the District Court, Clark County, Nevada;

Ntshona Davis vs. Uber Technologies, Inc. & Raphael Nwanoneze; Cause No. 2018-56097; In the 234th Judicial District Court of Harris County, Texas;

Latifah A. Shaheed vs. Kroger Texas, LP; Cause No. 20-DCV-271141; in the 240th Judicial District Court of Fort Bend County, Texas;

D'Edra Steele vs. Uber Technologies, Inc., and Does 1-10, Inclusive; Case No. 01-18-0002-9695; American Arbitration Association, Dallas, Texas;

James Riha vs. Offshore Service Vessels, LLC f/k/a Edision Chouest Offshore, Inc.; Civil Action No. 20-2234; In the United States District Court for the Eastern District of Louisiana;

Richard Kelly vs. PD Towing of Houston, April C. Scott, Johnny Scott and Danny Shaw; Cause No. 2019-89962; In the 270th Judicial District Court of Harris County, Texas;

Mirna Perez vs. HEB Buffalo Market; American Arbitration Association, Inc.; Case No. 01-20-0000-3978; Houston, Harris County, Texas;

Daniel Mitchell vs. Kyle Neill; Cause No. 2019-CI 13303; In the 407th Judicial District Court, Bexar County, Texas;

Joaquina Hernandez vs. Taylor Davis and Heather Davis; Cause No. CV56180; In the 238th Judicial District Court of Midland County, Texas;

Raslyn Cobbin-Wooten vs. Invesco, Ltd., Invesco Inc., and Invesco Advisors, Inc.; Civil Action No. 4:19-CV-02389; In the United States District Court for the Southern District of Texas, Houston Division;

**Litigation Support Experience of Dr. Kenneth Eugene Lehrer** (last four years +)
Continued …../…..

**Page 26.**

In the Matter of Brady T. Steele;


Robert Roach vs. Home Depot USA, Inc.; Civil Action No. 4:19-cv-03776; In the United States District Court for the Southern District of Texas, Houston Division;


Kelly Hatcher vs. Wal-Mart Stores Texas LLC; Civil Action No. 19-02451; In the United States District Court, Southern District of Texas, Houston Division;


Chaogeahe Kent, Individually and as a Representative of the Estate of Michael Stryker, Allen Stryker, Jordan Skaggs, Jackie Stryker and Casie Stryker vs. Dr. Kirk Middleton, Do Care Now/Urgent Care HCA; Cause No. 20-0010; In the 425th Judicial District Court of Williamson County, Texas; and


Donald J. Wonser vs. EBRO Foods, S.A.; Riviana Foods, Inc.; and American Rice, Inc.; Civil Action No. 3:20-CV-122; In the United States District Court for the Southern District of Texas, Galveston Division.


Fabian Villarreal vs. Andrew Burke and Larry Peel & Company, Inc.; Cause No. 18-1616-C368; In the 368th Judicial District Court of Williamson County, Texas.


David Kobe Jackson vs. Trinidad Drilling Limited Partnership, Trinidad Drilling, LLC and Endeavor Energy Resources, L.P.; Cause No. 2019-09042; In the 113th Judicial District Court of Harris County, Texas.


Michael W. Taylor vs. William R. McAdams and TM Express, Inc.; Cause No. 2017-31841; In the 190th Judicial District Court of Harris County, Texas.


John Marshall and Clara Arrendondo vs. Clayton Corne and Medical Plus Supplies, Inc.; Cause No. 2018-72442; In the 269th Judicial District Court of Harris County, Texas.


Henry Aladiume vs. Walmart Texas, LLC; Civil Action No. 6:19-CV-79; In the United States District Court for the Southern District of Texas, Houston Division.


Milton Wiltz vs. R&L Carriers Shared Services, LLC; Cause No. 2019-78519; In the 151st Judicial District Court of Harris County, Texas.


In the Matter of Brooklynn Dekort, Houston, Harris County, Texas.


Gwendolyn Maxwell vs. Powerhouse Retail Services, LLC and John Polzer; Cause No. 2019-78954; In the 133rd Judicial District Court of Harris County, Texas.


Joseph W. Teamer vs. Jose O. Guzman and J.O. Guzman Transport, Inc.; Cause No. 2017-60623; In the 151st Judicial District Court of Harris County, Texas.


Shapel Webber vs. University of Texas and MD Anderson Cancer Center; Civil Action No. 4:18-cv-4291; In the United States District Court for The Southern District of Texas, Houston Division.

**Litigation Support Experience of Dr. Kenneth Eugene Lehrer** (last four years +)
Continued …../…..

Page 27.

Roderick Brooks vs. American Homestar Corporation and American Homestar of Lancaster, LLC; Cause No. DC-17-17684; In the 101st Judicial District Court of Harris County, Texas.

Kristina and Robert Mayfield vs. Singh Solutions LLC, d/b/a Crosby RV Park; Cause No. 2019-26102; In the District Court of Harris County, Texas, 129th Judicial District.

Ronald Bowie vs. Jose Morales, Continental Buslines, LLC d/b/a Continental Charters; Cause No. 2017-39575; In the District Court of Harris County, Texas; 164th Judicial District.

Kevin Bokun vs. USAA Casualty Insurance Company, Centerpoint Energy Resources Corporation, Digco Utility Construction, LP, Dowling Property Management, LLC, d/b/a Gosslee Property Management, Jade Mays; Case No. 693,059; Division: 23; 19th Judicial District Court for the Parish of East Baton Rouge, State of Louisiana.

Medley Bokun vs. USAA Casualty Insurance Company, Centerpoint Energy Resources Corporation, Digco Utility Construction, LP, Dowling Property Management, LLC, d/b/a Gosslee Property Management, Jade Mays; Case No. 693,059; Division: 23; 19th Judicial District Court for the Parish of East Baton Rouge, State of Louisiana.

David Grayson vs. DSM Nutritional Products, LLC and Delta Rigging & Tools, Inc.; Cause No. 2019-17881; In the 189th Judicial District Court of Harris County, Texas.

Ancelmo Bonilla and Angela Bonilla vs. Leif James Putnam d/b/a Texas Transport Company, John Bruce Salter, Jr., L&C Hydraulic Hoses, Fittings & More, LLC and Putnam, Inc.; Cause No. 2020-82238; In the 164th Judicial District Court of Harris County, Houston, Texas.

Rialyn Sabado Artis, Individually and as Representative of the Estate of Gerald Leonard Artis vs. Averitt Express, Inc.; Cause No. 2020-41856; In the 234th Judicial District Court of Harris County, Texas.

Edwing Hernandez vs. Luby's Fuddruckers Restaurants, LLC; Cause No. 2019-159822; In the 334th Judicial District Court of Harris County, Texas.

Colson Dale vs. Costco Wholesale Corporation; American Arbitration Association; AAA No. 01-20-0005-4554; Houston, Texas.

In the Matter of the Marriage of Kristine Lloyd vs. Billy Lloyd; No. 423-6912; In the District Court, Bastrop County, Texas; 423rd Judicial District.

Tammy Schoeneman and Ricky Isam vs. Ford Motor Company and Texas City Ford Partners, LLC d/b/a Cook Ford; Civil Action No. 3:20-CV-144; In the United States District Court for the Southern District of Texas, Galveston Division.

Melanie Tolbert vs. High Noon Productions, LLC, High Noon Productions, LLC d/b/a High Noon Entertainment and High Noon Entertainment; Case No. 1:20-cv-01734; In the United States District Court, District of Colorado.

**Litigation Support Experience of Dr. Kenneth Eugene Lehrer** (last four years +)
Continued …../…..

Page 28.

Wellington Yu vs. Mikki's Café Soulfood Development, LLC and Mikki's Café, Catering, Inc. d/b/a Mikki's Soul Food Café, Janelle Khristine Williams and Craig Anthony Joseph, Jr.; No. 2019-70413; In the District Court of Harris County, Texas, 295th Judicial District.

Ricky Steele vs. The Home Depot, Inc., et al; Civil Action 4:21-cv-00465; United States District Court for the Southern District of Texas, Houston Division.

Terranika Jones vs. Walmart Inc.; Case No. JWA No. 3043-A 2019; In the Office of Judicial Workplace Arbitrations, Inc., Houston, Texas.

In the Matter of Armando Batista.

Gary Roy vs. Sun Holdings, Inc. and Dulce Restaurants, LLC d/b/a Krispy Kreme Doughnuts, John Legard and Blue Ridge Equipment Services, Inc.; Cause No. 2019-72950; In the 281st Judicial District Court of Harris County, Texas.

Folusho K. Peters vs. Volkswagen Group of America, Inc. d/b/a Audi of America, Inc. & Sewell Corporation d/b/a Sewell Audi North Houston; Cause No. 2018-91383; In the 129th Judicial District Court of Harris County, Texas.

Marci Hocevar vs. Molecular Health, Inc.; Civil Action No. 4:20-cv-664; In the United States District Court for the Southern District of Texas, Houston, Division.

Darrance Tezino vs. Bonnie Hernandez; Cause No. 2020-66788; In the 133rd Judicial District Court of Harris County, Texas.

Misty North vs. Amazon.com Services, LLC; Cause No. 01-20-0016-0228; American Arbitration Association, Houston, Harris County, Texas.

Arthur Renteria vs. 737 Hamburgers, Inc. d/b/a Hamburgers and Does 1 through 20; Case No. CIV 1800908; In the Superior Court of the State of California, County of Marin.

In the Matter of Mark P. Yablon; Texas Board of Law Examiners.

Natasha Board vs. Walmart, Inc.; In the Office of Judicial Workplace Arbitrations, Inc.; Complaint for Damages and Other Relief; Demand for Arbitration.

Thomas James Archer vs. Voya Financial Advisors, Inc.; FINRA Case No. 20-00633; Financial Industry Regulatory Authority.

Jhon Rodriguez vs. Universal Truckload Services, Inc. d/b/a UTSI, Inc. and Rogellio Torres; Cause No. 2019-27385; In the 190th Judicial District Court of Harris County, Texas.

**Litigation Support Experience of Dr. Kenneth Eugene Lehrer** (last four years +)
Continued …../…..

**Page 29.**

In the Matter of Barbara Coleman.


Michael R. Berry vs. Legacy Logistics, LLC; Cause No. 86842; In the 62nd Judicial District Court of Lamar County, Texas.


Pablo Ramos and Melba Ramos vs. Averitt Express, Inc., Averitt Properties, Inc. and Rick Bennett; Cause No. 2018-11054; In the 129th Judicial District Court of Harris County, Texas.


Anthony Ford vs. The City of Madisonville; Det. Sgt. Lucas Cunningham, Captain Richard Morris, and Police Chief Herbert Gilbert; CA 4:2021-CV-00698; United States District Court for the Southern District of Texas, Houston Division.


Tara Vaugh vs. Juan J. Morales and Santos Renderos; Cause No. 2017-74116; In the 165th Judicial District Court of Harris County, Texas.


In the Matter of Wendy Hernandez – Life Care Plan.


Reinaldo Delcit vs. Allied Fitting, LP; Cause No. 2019-07563-7; In the 189th Judicial District Court of Harris County, Texas.


Tamlyn D. Martin, Individually and as Special Administrator for the Estate of Melvin L. Martin, deceased vs. A.W. Chesterton Company, et al; Cause No. 19 L 1697; In the Circuit Court, Third Judicial Circuit, Madison County, Illinois.


Mohamed Shalaby, M.D., Mohamed Shalaby, M.D., P.A., & Clear Lake Cardiovascular Care, P.A. vs. Heritage Physician Network, Universal American Corp., & Ahmed Ahmed; M.D.; Cause No. 2018-22612; In the 157th Judicial District Court of Harris County, Texas.


Space Center Tire & Auto, LTD.; Sterling Automotive Services of Texas, LLC; and Jessica Tuttoilmondo vs. Todd McIntosh and Todd McIntosh, Individually and Derivatively; Space Center Tire & Auto, Ltd., Sterling Automotive Services of Texas, LLC; Sterling Automotive Leasing, LLC and Gibson Sterling Properties, LLC. vs. Jessica Tuttoilmondo, Individually and as Personal Representative of the Estate of Jerrold Goffron Dewease; Cause No. 480649-401; In Probate Court # 2 of Harris County, Texas.


KHC, LLC d/b/a Post Oak Poker Club, et al. vs. Harris County, et al.; Civil Action No. 4:20-cv-1923; In the United States District Court for the Southern District of Texas, Houston Division

DR. KENNETH EUGENE LEHRER
LEHRER FINANCIAL & ECONOMIC ADVISORY SERVICES
5555 DEL MONTE DRIVE – SUITE 802
HOUSTON, TEXAS 77056

PHONE (713) 972-7912

FAX (713) 964-0444

E-MAIL DRKEN@LEHECOSERV.COM

WEB SITE WWW.LEHECOSERV.COM