

# CONSTABLE SHERMAN EAGLETON
## HARRIS COUNTY PRECINCT 3

July 22, 2019

Harris County Commissioner's Court
Administration Building
1001 Preston Suite 500
Houston, TX 77002

Vote of the Court:

| | Yes | No | Abstain |
|---|---|---|---|
| Judge Hidalgo | ☑ | ☐ | ☐ |
| ~~Comm. Ellis~~ | ☐ | ☐ | ☐ |
| Comm. A. Garcia | ☑ | ☐ | ☐ |
| Comm. Radack | ☑ | ☐ | ☐ |
| Comm. Cagle | ☑ | ☐ | ☐ |

19 JUL 23 PM 1:17

Honorable Members of the Court,

Harris County Constable Precinct Three respectfully requests to accept the donation of K9 Zane from Deputy Bert Whittington. Due to his previous partner, K9 Xena falling ill, Deputy Whittington purchased K9 Zane. Deputy Whittington asks that upon the end of his employment K9 Zane be retired to him. Your favorable consideration is appreciated.

Thank you,

Sherman Eagleton
Constable

Presented to Commissioners Court

JUL 30 2019
APPROVE ___G/R___
Recorded Vol____ Page____

701 W. Baker Rd., Baytown, TX 77521     Phone: (713) 274-2530     Fax: (713) 274-2554

HC 1496

July 22, 2019

Constable Eagleton and Precinct 3 Administration,

I would like to donate K9 Zane to the Harris County Precinct 3 Constable Office under the direction of Constable S. Eagleton. K9 Zane has completed all training through the Harris County Sheriff's Department K9 Program and received his certification as a Dual Purpose K9.

K9 Zane and I will conduct all K9 duties as directed by and under Constable S. Eagleton's authority; however; if Constable S. Eagleton is no longer the Constable and/or I vacate my position with the Department, I request that K9 Zane shall be retired and released to me.

I thank you in advance in this matter.

Deputy B. Whittington
Harris County Constable's Office
Precinct 3 – Patrol/K9

HC 1497