

**Policy**

**503**

**CANINE UNIT**

Revised:   June 15, 2017

**Definitions:**

Police canine: A trained Dog for the use of Law enforcement functions.

Canine team: A canine handler and their assigned canine

To establish procedures and regulations governing the, training, use and administration of police service dog teams employed by the Harris County Constable office Pct3. These teams will be referred to throughout this manual as "K9" teams. This Standard Operating Procedure shall define the authority and responsibility for their use.

## 503.1 UTILIZATION

A. Utilization of properly trained police service, dogs represent a highly cost effective and reliable asset to law enforcement personnel. By utilizing the canine's acute olfactory and hearing senses. The police service dog also provides a psychological deterrent by their presence at the scene of potentially conflict or disturbance.

B. Areas of potential deployment for K9 teams may include, but are not limited to:

Building Searches
Open Area Searches
Evidence Searches / Article Recovery
Tracking or Trailing
Narcotics / Controlled Substances Detection
Back-Up for Violent / Potentially Violent Calls
Back-Up for Felony Arrest
Crowd Control and Disbursement
Pursuit / Apprehension at Vehicle and Foot Pursuits
Protection of Law Enforcement Personnel

## 503.2 AUTHORITY AND RESPONSIBILITY

A. The K9 supervisor is responsible for the general supervision of those K9 teams assigned to support the functions within the Department.

                    CONFIDENTIAL



B. A supervisor at the rank of Sergeant or above will be assigned as the K9 Unit supervisor and shall assume the responsibility of supervising and administering the day-to-day operations of the K9 Unit. The K9 Unit supervisor will report to the Chief with any issues needing the chief attention.

C. The K-9 Unit SGT/Supervisor shall be responsible for the following:

1. General supervision of the K9 teams when on-duty and available
2. Review and inspection, of all K9 team training records and deployment records monthly.
3. Inspection of all issued K9 equipment on a regular basis.
4. Ordering of all food, canine specific equipment and medical care as needed.
5. Coordinating all community relations demonstrations.
6. Monthly report of the K9 unit activity for the past month.

D. In the absence of the on-duty K9 Unit supervisor, and when not assigned to a specific detail, K9 teams shall operate under the supervision of the on-duty Sgt.

E. The individual K9 handler may authorize the use of their assigned canine for the apprehension of a suspect(s). It shall be the responsibility of each handler to ensure that practical safety precautions are taken at the time of deployment including a briefing to other law enforcement personnel, explaining the canine's abilities and limitation.

✳ In circumstances where the use of a K9 team is being considered, the final decision to deploy a K9 shall rest with the individual K9 handler, and **not the on duty SGT or any other supervisor** as only the handler truly knows the abilities and limitations of their canine and their ability to safely and legally perform the task at hand.

## 503.3 K9 TEAM DEPLOYMENT:

### A. Building and Area Searches

Canines can be effectively used to search areas and buildings for hidden suspects that might be detected by scent or sound. Canines can also be utilized to search open areas for, suspects or evidence /articles that a suspect may have discarded.

When a suspect has fled the scene of a crime and a canine is en route, member should not pursue unless a reasonable chance of success exists. If the pursuing personnel lose sight of the offender, the pursuit should be immediately terminated, a perimeter secured and held for the K9 team's arrival. Personnel involved in the initial pursuit should note the last direction of travel, obstacles or hiding places, and other potential hazards so that they may brief the K9 team upon arrival.



The initial responding unit involved in the pursuit, the on-scene supervisor or senior deputy present should determine if the crime is significant enough to warrant a K9 team call-out or response. It shall be the responsibility of this individual to initiate the call-out/response in a timely manner and ensure that appropriate perimeter control is established and maintained.

Prior to starting any search of a building by a K9 team, a series of verbal warning and commands shall be made by the handler, if practical and safe to do so. A suggested warning is as follows:

"This is the Harris County Constable office Canine Unit. Anyone inside the building, announce yourself now and surrender or a police dog will sent in."

This warning may be modified to suit the situation by the handler and only, serves as a sample of an appropriate warning. The handler may choose to have this or other warnings issued via public address systems or by other deputies as necessary or practical.

If, after a reasonable amount of time passes and no response is heard or no person(s) surrender themselves, the handler may release the canine into the building to begin the search, the handler may choose to conduct the search on-lead or off, as appropriate to the situation and the ability of the K9.

Prior to starting any search of a building or open area, the handler will determine if additional personnel are to enter the area with the K9 team. Whenever possible other K9 Unit personnel should be used to back up and assist in the search, if this is not practical any law enforcement officer may be used provided that the handler brief the personnel in the procedures of K9 searches and apprehension. No K9 team will search by them self without a cover unit.

The primary duty of personnel supporting the K9 team in a search shall be the protection of handler and to take custody of any person located by tile canine, at the direction of the handler.

### B. Tracking / Trailing of Criminal Suspects and Lost Persons

Ground scent tracking and wind scent trailing can be useful for following fleeing suspects or lost individuals when the presence of other persons, vehicles or extreme weather conditions do not impair the scent. Personnel requesting the assistance of a K9 team to assist in this type, of search should secure an appropriate perimeter to avoid contamination of the scent trail.

### C. Crowd Control and Civil Disturbances

In the case of civil disturbances, labor disputes or other types of non-routine crowd control, the K9 Unit will not be deployed unless specifically authorized by the K9 Sgt. or higher command authority. "Routine" crowd control situations such as large fights and similar situations shall be individually assessed by the handler as to the appropriateness of using the canine.

### D. Pursuit and Apprehension

Pursuit and apprehension of fleeing suspects makes use of the canine's speed and maneuverability to effect a capture without the use of deadly force. K9 pursuits and apprehensions shall be conducted at the handler's discretion. Assisting personnel shall allow the K9 team primary access to the area and path of flight, prior to conducting any search if practical.

### E. Tactical Deployments:

The use of K9 teams to support tactical operation must be reviewed and approved by the K9 Unit supervisor, or higher authority.

### F. NARCOTICS DETECTION

A. Types of Controlled Substances

Handler's equipped with certified narcotics canines are prepared to assist in the detection of the following controlled substances:

Cocaine HCI and Cocaine Base (Powered and "Crack" Cocaine)
Hashish
Heroin
Marijuana
Methamphetamine
Other controlled substance containing derivatives of the above

B. Areas of Deployment

Narcotics detector canines may deployed in the following situations:

Searches during vehicle stops
To build probable cause for a Search Warrants
Drug interdiction in public areas
Searches relative to Search Warrant executions
Community relations demonstrations
Assistance of other, law, enforcement agencies in any of the above

                    CONFIDENTIAL

C. Possessing Controlled Substance for Training.

It shall be the policy of the K9 unit that no deputy shall possess controlled substances for training purposes, with the following exceptions.

That the deputy possesses a valid Drug Enforcement Agency permit to keep and store controlled substances, or...

That the controlled Substances have been seized by a Bona Fide law enforcement agency and are legally possessed and made available for the purposes of training by that agency.

All other narcotics related training shall be conducted using scented articles provided by a person possessing a valid D.E.A permit, and through the use of pseudo narcotics

## G. General Operational Procedures

On duty K9 teams shall respond to in progress crimes within Pct.3 without specific dispatch and shall assist Units in any potentially violent situation where the use of a canine may be of service. K9 deputies, thus allowing the primary units the forewarning to establish perimeter control and other operational planning / tactics.

As a general rule, when dispatch is made aware of a developing incident that a K9 may be used (ie. foot pursuit, vehicle pursuit, robbery, lost children etc.) the dispatcher will contact the K9 Sgt. as soon as possible and put K9 members on stand by for possible call out.

As a general rule, K9 teams shall not respond as a primary unit the responsibility of completing routine reports or to address non-priority calls for service. K9 teams should advise communications center personnel if they are dispatched inappropriately.

K9 teams must advise dispatch and the appropriate shift supervisors when they are initially in-service and available for calls.

K9 teams shall assist any law enforcement agency operating within the confines of Harris County with canine services only at the request of the other agency. It shall not be necessary to obtain the authorization of the K9 unit supervisor to assist these agency's when the K9 team is on duty and available for calls.

## 503.4 USE OF FORCE AND K9 BITE PROCEDURES



Officers may only use that degree of force that is reasonably necessary to apprehend or secure a suspect as governed by the department's use of force policy. In all instances where a canine is deployed, a canine incident report shall be submitted. Whenever a canine bites an individual, whether or not in the line-of-duty, the handler shall:

1. Summon shift supervisor to the scene and notify the K9 supervisor
2. Examine the affected area to determine the seriousness of the bite or injury.
3. Obtain immediate medical treatment for the person. Medical personnel should examine the affected area irrespective of the perceived seriousness of the bite or injury.
4. Take color photographs of the affected area if possible prior to and following medical treatment. Photos taken before treatment may be used in court. Photos taken immediately following treatment with a clean background, meaning no visible blood, will achieve the same documentation, but will provide a more accurate account of the actual injury.
5. Complete a use of force report whenever it has been alleged that a canine has bitten or otherwise injured an individual;
   A. The report must detail the circumstances surrounding the incident, the identity of the individual involved and any witnesses, the extent of injuries if known, and measures taken in response to the incident;
   B. The original report shall be filed in accordance with the department's use of force policy with witness statements attached

## 503.5 TRAINING AND MONTHLY REPORTS

A. All K9 Unit personnel shall be required to certify his or her K9 by K9 trainer and the K9 Sgt. before it is authorized to be deployed for active duty. The K9 trainer and K9 Sgt. can limit the scope under which a dog will be deployed.

B. All K9 Unit personnel shall attend weekly maintenance training with their assigned canine.

C. All K9 handlers shall maintain training files on their dogs. These files shall be submitted on a monthly basis for inclusion in the dog's permanent file and for audit and review purposes.

D. Monthly K9 activity reports shall submitted to the K9 Sgt.

          CONFIDENTIAL



E. K9 Unit training reports, field deployment and narcotics reports will not be removed from the permanent files without the specific permission of the K9 Unit supervisor. These records are the property of the department and not the individual deputy.

## 503.6 RESPONSIBILITY OF THE K9 HANDLER

A. The handler(s) assigned to the K9 Unit shall obtain dog food and other contracted supplies from the department designated vendor only.

B. The handler is responsible for ensuring that their canine is maintained in a healthy environment. This includes proper feeding and routine physical inspections, kennel cleaning, vehicle must be cleaned and vacuumed.

C. The handler is responsible for ensuring that their canine receives prompt medical care from either the contract veterinarian or contract emergency veterinarian services. The handler is responsible for filing all medical records and receipts in their canine's medical records file.

D. The handler will ensure that no unauthorized people tease or otherwise harass their canine or other department canines, unless specifically directed to do so in a training environment.

E. The handler will ensure than nobody pets or attempts to pet a department canine without the specific permission of the dog's handlers.

F. Unauthorized exhibitions of the dog's apprehension and engagement abilities are forbidden.

G. Handler's will ensure that law enforcement personnel working in the immediate proximity of the police service canine shall heed all directions given by the handler and that their actions will not compromise the safety of the handler or the deployment mission. The handler may stop and cancel the deployment at any time if they notice a significant safety or violation. These cancellations and the causes shall be immediately reported to the K9 Unit supervisor.

## 503.7 UNIFORM AND EQUIPMENT

A. All members of the K9 Unit shall be permitted to wear the optional uniform as described below;

Blue B.D.U. type shirt and pants or comparable one-piece suit. The shirt shall have department shoulder patches as defined in the Department Standard Operating Procedures Manual. The department badge in cloth above the left