**Harris County, Precinct 3 Constable's Department**
**701 West Baker Road**
**Baytown, Texas 77520**
**281-471-4797**

**Offense: 2001-00413**

## Restrictive Narrative

B. Whittington

01/24/2020

### K9 Patrol Deployment

On Friday January 24, 2020, at approximately 3:00 PM, I, Deputy Whittington and K9 Zane were on patrol in Houston Harris County Texas; when were Dispatched to a possible open door at 8903 C E King Parkway.

On my arrival, I observed a B/M wearing a yellow shirt and what appeared to be shorts but I couldn't make out the color; walking WB across C E King Parkway. I continued on to 8903 C E King Parkway.

I heard Corporal K. Cornelius#83A02 communicate to Harris County Precinct 3 Dispatch that someone flagged him down in reference to the B/M that I observed crossing C E King Parkway. Corporal K. Cornelius reported that the B/M was running EB into the wooded area.

I proceeded to Corporal K. Cornelius location and Deployed K9 Zane after giving a warning that a working K9 was in the area. K9 Zane tracked for approximately 15 yards until reaching a retention pond. I observed a change in behavior and observed Zane take a deep breath after placing his nose inches from the water.

I observed the B/M appear from behind some plants approximately 10 yards from our location north of us at the edge of the pond and when we made eye contacted he jumped into the pond and ran NB. K9 Zane jumped into the pond in which he pulled me into the pond. I lost my footing and positive control of the leash. I observed K9 Zane in pursuit of the suspect. I observed K9 Zane and the suspect climb the bank of the pond and both were out of view. I recovered back to my feet, making my way up the bank of the pond, and observed Sergeant B. Howard#83S18 standing in the wood line expressing that K9 Zane had engaged him in pursuit of the B/M suspect. Sergeant B. Howard would explain to me later that the B/M suspect came within feet of him and anther Deputy. Sergeant Howard, said that the he went to lunge for the suspect not knowing that K9 Zane was in pursuit and while he lunged K9 Zane engaged him on his lower right leg area. Sergeant Howard, said that he was able to gain control of K9 Zane and K9 Zane continued pursuit. Sergeant B. Howard said the leash wrapped around his foot while K9 Zane continued his pursuit causing Sergeant Howard to lose his balance.

I recalled K9 Zane and I got positive control of the leash. K9 Zane tracked to the backyard of a residence (9506 Russett Field Court). I observed fresh foot tracks in the wet yard. I observed K9 Zane display change of behavior, and observed that the gate to the backyard was partially

HC - 0327

open. I open the gate and K9 Zane immediately tracked to the back fence line that backed up to a drainage ditch.

K9 Zane and I went through the fence and he immediately observed the B/M suspect running down the SB side of the ditch line. K9 Zane I pursued the suspect for about 20 yards; suddenly K9 Zane made an abrupt right turn into the next backyard fence line that was missing a couple of slats and engaged a H/M ( ██████████████████████████████ ██████████████ I climbed the leash but got stuck on the fence due to my equipment. After freeing myself from the fence. I was able to get positive control of K9 Zane.

I immediately contacted Dispatch requesting EMS to our location (12415 Roxdale Ridge Drive). I spoke with S. Rios and he said that he was at the location on business and while surveying the backyard he observed the B/M suspect attempting to enter a shed that was in the yard. ████ said that the suspect observed him and went through the fence running down the ditch. ████ said that he went to the fence to take pictures of the suspect and that's when K9 Zane engaged him.

From my position in the yard while maintaining positive control of K9 Zane I could see the suspect crossing the ditch traveling NB and I observed a couple of Patrol Units in pursuit in patrol vehicles.

Corporal K. Cornelius arrived on scene and I requested that he get ████ nformation and I continued in support of the Patrol Units that continue pursuit of the suspect. The suspect wasn't located and the pursuit was called.

I returned to the location (12415 Roxdale Ridge Drive) and observed that all Patrol Unit's had cleared the scene. I contacted Corporal K. Cornelius and he said that he sent me the information that I requested and that ████ was treated by Southlake EMS Unit#25.

I contacted Sergeant B. Howard and requested that he meet me at 1210 Dell Dale (Channelview Fire Department) and he was treated for his K9 Contact.

**Officer's Notes:**

See attachment for all photos.

**Disposition:**

This case has been forwarded to Sergeant T. Barringer for review.