## Barringer, Troy (Constable Precinct 3)

| | |
|---|---|
| **From:** | Whittington, Bert (Constable Precinct 3) |
| **Sent:** | Monday, March 16, 2020 12:31 PM |
| **To:** | Alexander, Velma (Budget Management) |
| **Cc:** | Barringer, Troy (Constable Precinct 3) |
| **Subject:** | RE: CLAIM # 120872-VA  /  RIOS |
| **Attachments:** | Case2001-00413 Rios.jpg; 2Case2001-00413 Rios.jpg; 3Case#2001000413.jpg; 4Case32001-00413.jpg; 5Case#2001-00413.jpg; 6Case#2001-00413.jpg; 7Case# 2001-413.jpg; K9 Deployment Evading Case#2001-00413.docx |

FYR

From: Alexander, Velma (Budget Management) <Velma.Alexander@bmd.hctx.net>
Sent: Friday, March 13, 2020 12:43 PM
To: Whittington, Bert (Constable Precinct 3) <Bert.Whittington@cn3.hctx.net>
Subject: CLAIM # 120872-VA / RIOS

Good afternoon Deputy Whittington,

Sergio Rios has noticed our office that he was bit by a police dog on 1/24/2020 around 3:17 pm at 12415 Roxdale Ridge Drive. He states he spoke with you regarding him being compensated for his loss and was referred to HRRM.

Was your or another Constable Pct. 3 Employee's canine involved in this incident? Did Constable Pct. 3 write an Incident Report? Please provide us copies of any documentation your department has related to this incident, i.e. Form 118-A, Incident Report, scene photos, etc.

Sincerely,

*Velma Alexander, Claim Adjuster*

Harris County Human Resources & Risk Management
1310 Prairie, Suite 400        Houston, TX   77002
(713) 274-5452 / office        (713) 755-8869 / fax

The information contained in this email, including any attachments, is intended solely for the use of the individual(s) named above and should be considered confidential. If you are not the intended recipient, you are hereby notified that the review, use, disclosure or dissemination of any information contained herein is strictly prohibited. If you feel you have received this email in error and are not the intended recipient, please notify the sender immediately.



4:21-cv-03220 BWW PROD RESP 000162                                    CONFIDENTIAL