

**Policy**

**211**

**RESPONSE TO RESISTANCE INQUIRY, REPORTING AND REVIEW**

Revised:  June 15, 2017

## 211.1 PURPOSE AND SCOPE

This directive sets forth Department policy and procedures for inquiring, reporting, and reviewing force incidents in response to resistance involving Department personnel. The specific required inquiry, reporting, and review of these incidents is determined by the force level, as defined in this policy.

Personnel may delay compliance with the provisions of this order if the scene is unstable, there is unrest, or other conditions make immediate compliance impracticable. The protection of the public, Department personnel, and maintenance of public safety shall remain a top priority. Compliance with this order shall occur as soon as practicable. The approving supervisor shall ensure the reason for the delay is documented in the supervisor's supplement or inquiry memorandum.

### 211.1.1    DEFINITIONS

Inquiry: The preliminary review of the events surrounding a response to resistance incident, including the initial response to the scene and follow-up investigations.

Reporting: The process of documenting the information gathered in the inquiry of a response to resistance incident through written, oral and visual means and compiling that information into the appropriate packet for review.

Review: The process of evaluating all the given information obtained in the force incident inquiry and reporting stages to determine if the response to resistance was objectively reasonable and within policy guidelines.

### 211.1.2 IDENTIFYING RESPONSE TO RESISTANCE DOCUMENTATION

The following Response to Resistance reports and forms are required as determined by the force level of the incident:

Response to Resistance Incident Report: The initial incident report written by the primary reporting employee for all force level incidents.

Response to Resistance Supplement: A supplement written to the primary reporting employee's incident report.

Response to Resistance SIU or IAD Inquiry Report: A separate incident report written by the Special Investigations Unit (SIU) or IAD for all Level 1 incidents and in-custody deaths.

Response to Resistance Level 2 A coversheet completed by the supervisor for all Level 2 incidents.

Response to Resistance Supervisor Inquiry Memorandum: A memorandum completed by the supervisor reviewing all Level 2 incidents.

Response to Resistance Case Note: A supplement that is added to the Incident Report in ARS..

Response to Resistance Inquiry Packet: A packet compiled in response to resistance inquiries to be handled by the appropriate person, unit, or chain-of-command.
- Level 1 inquiry packets are completed by the SIU or IAD.
- Level 2 inquiry packets are completed by the supervisor conducting the inquiry.
- Level 3 incidents do not require an inquiry packet as documentation is handled through THE Response to Resistance Incident Report, ARS and other case notes.

## 211.2 DETERMINING THE CORRECT FORCE LEVEL

Force levels are broken up into three types: Level 1, Level 2, and Level 3. Each level is defined below by the response to resistance used in the incident. These levels are established for inquiry, reporting, and review purposes only. If there is uncertainty about which level to designate a particular incident then the higher level shall be used.

### 211.2.1 LEVEL 1 FORCE INCIDENTS AND IN-CUSTODY DEATHS
(a) Any force resulting in death.
(b) Any force that resulted in a substantial risk of death.
(c) Any intentional firearm discharge at a person, vehicle, or structure regardless of injury.
(d) Any unintentional firearms discharge resulting in another person's injury or death.
(e) Any force that resulted in serious bodily injury requiring admittance to the hospital, beyond emergency room treatment and release (e.g., serious disfigurement, disability, or protracted loss or impairment of the functioning of any body part or organ), to include a loss of consciousness.
(f) Use of any impact weapon, including kinetic energy projectiles, and improvised weapons, that strikes the head of a subject.
(g) In-Custody Deaths: For inquiry, reporting, and review purposes, all in-custody deaths occurring prior to or within 24 hours after booking shall be

treated as Level 1 incidents and require inquiries conducted by and IA, regardless of whether force was used on the subject.

### 211.2.2 LEVEL 2 FORCE INCIDENTS

(a)     Any strike to the head by an employee with any weaponless technique.
(b)     Use of any impact weapons, including kinetic energy projectiles (other than a Taser), and improvised weapons, to strike a subject and contact is made, regardless of injury. (A strike to the head is a Level 1).
(c)     Any deployment of a police canine resulting in a bite to a subject's clothing or skin, or which results in any injury to a subject.

### 211.2.3 LEVEL 3 FORCE INCIDENTS

(a)     Use of Oleoresin Capsicum (OC/Pepper Spray) or other chemical agent on a subject.
(b)     Any use of a TASER Device.
(c)     Use of any impact weapon, including kinetic energy projectiles or any other similar object, in an attempt to strike a subject but no contact is made.
(d)     Use of a baton for a non-striking purpose (e.g., prying limbs, moving, or controlling a subject).
(e)     Any force resulting in injury or a complaint of pain beyond the temporary discomfort of un-resisted handcuffing, but not rising to a Level 1 or 2 incident.
(f)     A weaponless technique is used with or without complaint of injury or pain. (A strike to the head is a Level 2). Examples of weaponless techniques include:
1.     Hand/palm/elbow strikes.
2.     Kicks or leg sweeps.
3.     Pressure points.
4.     Take-downs.

### 211.2.4 ELEVATION OF A FORCE LEVEL INCIDENT

If information is uncovered during a response to resistance inquiry to indicate that the original force level falls into a higher category, the force level should be elevated to conduct the appropriate inquiry.

(a)     Supervisors have the discretion to elevate any Level 3 force incident to a Level 2 in order to conduct a more extensive inquiry and review of the incident.
(b)     An employee's Supervisor, with the approval of the commander or Duty Commander, may elevate any response to resistance incident to a Level 1 force incident.

### 211.3 VIOLATIONS OF LAW OR POLICY

Supervisors receiving a complaint regarding a response to resistance incident will review the available information regarding the incident to determine if any credible evidence a violation of policy or law may have occurred.