

# Harris County Constable Precinct Three

July 16, 2020

To:     Deputy Bert Whittington
From:   Chief Deputy Kirk W. Bonsal
Re:     Disciplinary Letter of Suspension

---

Deputy Whittington,

The Administrative Investigation conducted by Sergeant Barringer regarding your failure to activate your body worn camera has resulted in my decision to take disciplinary action. The investigation has determined that you violated policy 313.3 regarding the activation of your body worn camera during a law enforcement action. Specifically, this incident involved a use of force that resulted in your K-9 biting a juvenile suspect.

In September of 2019, you along with every member of the unit you are assigned, were given a direct order to wear your assigned body worn camera and activate the camera during law enforcement operations.

On February 24, 2020, you received a written reprimand for violating the body worn cameral policy. You left your body worn camera in your vehicle during a law enforcement operation where your K-9 bit a Precinct 3 Sergeant and a civilian.

Based on your actions, which include violating the body worn camera policy 313, you are ordered to serve a one day suspension without pay. This decision was not taken lightly. As a deputy assigned to a special unit, you are expected to set the example and follow the policies of this organization.

Sincerely,

*K.W.Bonsal*

Kirk W. Bonsal, Chief Deputy
Harris County Precinct 3
Constable's Office

▪ 701 W Baker Road Baytown, TX 77521 ▪ Phone: 281-427-4792 ▪
▪ E-mail: Sherman.eagleton@cn3.hctx.net ▪ www.harriscountytx.gov/conpct3 ▪

HC – 0536