**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **BERT W. WHITTINGTON,** | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **Civil Action No.: 4:21-cv-3220** |
| | § | |
| **KIRK WAYNE BONSAL,** *ET. AL.*, | § | |
| **Defendants.** | § | |

## Exhibit 11

**May 28, 2020 body worn camera video footage may be viewed**
**at the following link:**

**https://caohctx.sharefile.com/d-se6497ff351d14426a5af31ac7b5d891e**

1