UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| BERT W. WHITTINGTON | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 4:21-cv-3220 |
| | § | |
| | § | |
| KIRK WAYNE BONSAL, ET AL. | § | |
| Defendants. | § | |

## AFFIDAVIT OF KIRK BONSAL

BEFORE ME, the undersigned authority on this day personally appeared **KIRK BONSAL,** known to me to the person whose name is subscribed hereto, who being first duly sworn in the manner provided by law, on oath stated as follows:

1. "My name is Kirk Bonsal. I am over the age of eighteen and have never been convicted of a crime. I am of sound mind and fully competent to execute this affidavit. The facts stated in this affidavit are based on my own personal knowledge and are true and correct to the best of my knowledge.

2. I am currently employed by Harris County as the Chief Deputy at Harris County Constable Precinct 3.

3. At the time of Bert Whittington's employment, major personnel decisions such as termination were decided by a body of supervisory employees under a committee known as the Administrative Disciplinary Committee.

4. The members of the Administrative Disciplinary Committee (ADC) that voted to terminate Bert Whittington were Bryant Howard, an African American male, Herman Sanders, an African American male, Jeff Gonzales, a Hispanic male, Margaret Magana, a Hispanic female, and Patrick Sullivan, a Caucasian male.

5. During Bert Whittington's employment with Harris County Precinct 3, he was an employee at will and never had an employment contract with Harris County Constable Precinct 3.

6. Following the ADC's decision to recommend termination, I reported the decision to Constable Sherman Eagleton for a final decision.

7. Once Constable Eagleton made the decision to terminate Bert Whittington, I drafted a letter to tender to Bert Whittington advising of his termination.

8. I had no knowledge of any complaints by Bert Whittington claiming employment discrimination until he filed a complaint with the Equal Employment Opportunity Commission.

1

9. I had no knowledge of a meeting held within the Crime Interdiction Unit following the toxicology report of George Floyd until after Bert Whittington's termination".

By: _____
**KIRK BONSAL**

SWORN TO AND SUBSCRIBED before me the said _____ on this the ____ day of December, 2022.

JILLIAN AGUILERA
Notary Public, State of Texas
My Commission Expires
July 25, 2025
NOTARY ID 12924916-0

_____
Notary Public in and for the State of Texas

2