UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| BERT W. WHITTINGTON<br>Plaintiff, | §<br>§<br>§ | |
| v. | §<br>§ | Civil Action No. 4:21-cv-3220 |
| KIRK WAYNE BONSAL, ET AL.<br>Defendants. | §<br>§<br>§ | |

## AFFIDAVIT OF BRYANT HOWARD

BEFORE ME, the undersigned authority on this day personally appeared **BRYANT HOWARD**, known to me to the person whose name is subscribed hereto, who being first duly sworn in the manner provided by law, on oath stated as follows:

1. "My name is Bryant Howard. I am over the age of eighteen and have never been convicted of a crime. I am of sound mind and fully competent to execute this affidavit. The facts stated in this affidavit are based on my own personal knowledge and are true and correct to the best of my knowledge.

2. I am currently employed by Harris County as Sergeant at Harris County Constable Precinct 3.

3. I was a member of the Administrative Disciplinary Committee (ADC) that reviewed the investigation reports concerning Bert Whittington's policy violations to determine the appropriate result.

4. During the meeting, Bert Whittington was present and we had the opportunity to ask any questions concerning the policy violations. Bert Whittington also had the opportunity to address the ADC and give any statement he wished to make.

5. I was not aware of any complaints of employment discrimination made by Bert Whittington.

6. I was not aware of any meeting that took place with members of the Crime Interdiction Unit following the release of George Floyd's toxicology reports.

7. I made my decision without any influence from any other person and am capable of considering the policy violations, the reports and attachments detailing the factual findings and the statements made by Bert Whittington to determine the appropriate disciplinary response".

1

By: _____
   **BRYANT HOWARD**

SWORN TO AND SUBSCRIBED before me the said _Bryant Howard_ on this
the __14th__ day of December, 2022.

_Katherine Evans_

Notary Public in and for the State of Texas

KATHERINE EVANS
Notary Public, State of Texas
My Commission Expires
July 25, 2025
NOTARY ID 12680360-9