UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **BERT W. WHITTINGTON**<br>    **Plaintiff,** | §<br>§<br>§ | |
| **v.** | §<br>§ | **Civil Action No. 4:21-cv-3220** |
| **KIRK WAYNE BONSAL, ET AL.**<br>    **Defendants.** | §<br>§<br>§ | |

## AFFIDAVIT OF PATRICK SULLIVAN

BEFORE ME, the undersigned authority on this day personally appeared **PATRICK SULLIVAN,** known to me to the person whose name is subscribed hereto, who being first duly sworn in the manner provided by law, on oath stated as follows:

1. "My name is Patrick Sullivan. I am over the age of eighteen and have never been convicted of a crime. I am of sound mind and fully competent to execute this affidavit. The facts stated in this affidavit are based on my own personal knowledge and are true and correct to the best of my knowledge.

2. I am currently employed by Harris County as Sergeant at Harris County Constable Precinct 3.

3. I was a member of the Administrative Disciplinary Committee (ADC) that reviewed the investigation reports concerning Bert Whittington's policy violations to determine the appropriate result.

4. During the meeting, Bert Whittington was present and we had the opportunity to ask any questions concerning the policy violations. Bert Whittington also had the opportunity to address the ADC and give any statement he wished to make.

5. I was not aware of any complaints of employment discrimination made by Bert Whittington.

6. I was not aware of any meeting that took place with members of the Crime Interdiction Unit following the release of George Floyd's toxicology reports.

7. I made my decision without any influence from any other person and am capable of considering the policy violations, the reports and attachments detailing the factual findings and the statements made by Bert Whittington to determine the appropriate disciplinary response".

1

By: _____
**PATRICK SULLIVAN**

SWORN TO AND SUBSCRIBED before me the said _Patrick Sullivan_ on this the __14__ day of December, 2022.

JILLIAN AGUILERA
Notary Public, State of Texas
My Commission Expires
July 25, 2025
NOTARY ID 12924916-0

_____
Notary Public in and for the State of Texas

2