UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **BERT W. WHITTINGTON** | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **Civil Action No. 4:21-cv-3220** |
| | § | |
| **KIRK WAYNE BONSAL, ET AL.** | § | |
| **Defendants.** | § | |

**AFFIDAVIT OF SHERMAN EAGLETON**

BEFORE ME, the undersigned authority on this day personally appeared **SHERMAN EAGLETON,** known to me to the person whose name is subscribed hereto, who being first duly sworn in the manner provided by law, on oath stated as follows:

1. "My name is Sherman Eagleton. I am over the age of eighteen and have never been convicted of a crime. I am of sound mind and fully competent to execute this affidavit. The facts stated in this affidavit are based on my own personal knowledge and are true and correct to the best of my knowledge.

2. I am the elected Constable of Harris County Constable Precinct 3.

3. I make all ultimate decisions regarding termination.

4. With regard to Bert Whittington, I received the recommendations of the Administrative Disciplinary Committee to terminate Bert Whittington and reviewed the policy violations and made the ultimate decision to terminate Bert Whittington.

5. Bert Whittington was an at-will employee and did not have a contract of employment.

6. I was not aware of any meeting that took place with members of the Crime Interdiction Unit following the release of George Floyd's toxicology reports.

7. I was not aware of any complaints made by Bert Whittington regarding employment discrimination.

8. Following Bert Whittington's termination, I received his appeal of his termination and made the ultimate decision to uphold the termination and deny Bert Whittington's appeal".

1

By: _____
**SHERMAN EAGLETON**

SWORN TO AND SUBSCRIBED before me the said _Sherman Eagleton_ on this the ___13___ day of December, 2022.

> JILLIAN AGUILERA
> Notary Public, State of Texas
> My Commission Expires
> July 25, 2025
> NOTARY ID 12924916-0

_____
Notary Public in and for the State of Texas

2