

# CONSTABLE SHERMAN EAGLETON
## HARRIS COUNTY PRECINCT 3

HC – 0448

September 23, 2020

To:        Mr. Bert Whittington
From:    Constable Sherman Eagleton
Re:        Termination of employment appeal

Mr. Whittington,

On August 28, 2020, your employment was terminated with the Harris County Pct. 3 Constable's Office for multiple policy violations. The letter given to you regarding your termination listed the multiple policy violation the Administrative Disciplinary Committee **Sustained** against you for your conduct and behavior.

After careful review and consideration the decision to terminate your employment stands, you will not be re-instated with the Harris County Pct. 3 Constable's Office.

Sincerely,

Sherman Eagleton, Constable

701 W. Baker Rd., Baytown, TX 77521          Phone: (713) 274-2530          Fax: (713) 274-2554

HC – 0448