**Harris County Constable Precinct 3 Staff Meeting Transcription**

TRANSCRIPTION OF TAPED CONVERSATION

December 12, 2022

TRANSCRIPTION OF THIS TAPED CONVERSATION was completed on December 12, 2022, by Faith Labyer, CSR in and for the State of Texas, by computerized stenotype machine.

APPEARANCES

(Via videoconference)

Major Isaac Villarreal
Officer Bert Whittington
Officer Amanda
Officer Thomas
Officer Suarez
Officer Woods
Officer Kyle
Officer Pereda
Multiple unidentified male speakers

I N D E X

Appearances ........................................2
Proceedings ........................................4
Reporter's Certificate ............................46

P R O C E E D I N G S

MAJOR VILLARREAL: All right. I brought this for a reason, because -- we said 8:30, right?

UNKNOWN MALE SPEAKER: Uh-huh.

MAJOR VILLARREAL: It's --

UNKNOWN MALE SPEAKER: Yes, sir.

MAJOR VILLARREAL: -- 8:32. Look, I'm not going to talk about what happened in Minnesota. I don't think anybody here mistook the text that was sent out. I think it was a discussion on -- that Troy and I had that -- I remember, Troy -- that it was something other than -- there was another -- underlying health issues is all -- is all -- is what was said.

UNKNOWN MALE SPEAKER: Yes, sir.

MAJOR VILLARREAL: And then it was taken to another level with -- with accusations of -- about this topic being brought up in the -- in the unit. And it's an issue that needs to be addressed. I don't know of any -- any issues like that. I think that it would have been better served brought up one-on-one versus, you know, a blast text. I was in a meeting with Lieutenant Evans, you know. And I wanted myself to -- I wanted to remove myself from that text.

If you're not well-versed on the First Amendment rights, to me, that was a First Amendment

right. There wasn't anything related -- or derogatory other than the conversation that was previously held that there was probably other issues other than that. There wasn't anything racist about it. You know, that's Troy's right if he wants to post it. I had told Troy the day before -- and I'm not afraid to say it because we're -- we're all grown -- grown adults and we've had this conversation before -- is that there's certain people in here you have to leave out of the text because they get offended. And we had that conversation.

UNKNOWN MALE SPEAKER: Yep.

MAJOR VILLARREAL: And I -- I told Troy that night -- I said -- the first thing I told you was, "You have to leave certain people out of the texts," not this particular text, but all text messages that they could find to be offensive. I wanted no part of that conversation. And I wanted myself removed from that conversation. So -- but at the same time, you know -- I, you know, some of you guys say things, and it gets right back around to me. And I really don't care. At the end of the day, decisions that I make are not just solely decisions that I make. I talk with Troy about them. And there's been a lot of times where he's talked me out of making certain decisions. But like I said, that particular day while y'all were already at home, I was

## Harris County Constable Precinct 3 Staff Meeting Transcription

(Page 6)

still here. I didn't get home till after 6:00. So I know -- and I -- I mean, I've been in y'all's position. He's been in your position.

How -- how many times have we said, Troy, when we were on patrol, "I wish he'd have told me that. I wish that supervisor would have told me that"?

OFFICER TROY: Yeah.

MAJOR VILLARREAL: You know, I don't have a problem with that. But you're not going to do it on text when my request was "Just remove me from the text."

Now, the -- the bigger issue that I saw that -- that was concerning to me was the text where -- that this is -- it's brought up in the unit and it needs to be addressed. And I don't know what that topic is.

Bert, you sent the text.

OFFICER WHITTINGTON: Yeah.

MAJOR VILLARREAL: Okay. What -- what -- what's the topic?

OFFICER WHITTINGTON: The top- -- well, it's not a particular topic. Here -- here -- here's my thing. The whole conversation was -- and a lot of times -- a lot of times when y'all do all that texting, I don't pay attention to it. Okay? This one, I -- I happened to be sitting right by my phone. It went off. I looked at it. And what got me was the context of the

(Page 7)

messages. I [unintelligible] for however long it's been. And every time has been an incident, or it has been a shooting. There's always conversations. All right? Whether it's right, wrong, indifferent, who was in the wrong -- where I come from, we don't talk about stuff like that. We never talked about stuff like that. That and politics.

The -- in particular -- this particular text was about the gentleman that had his life taken from him because the cop was on his neck. For 8 minutes and 46 seconds, this cop was on this man's neck while he was alive. For 2 minutes and 56 seconds after he was unconscious, this cop remained on his neck. When you have a civilian audience standing there who worked for the city, for EMS or fire -- I can't remember which one it was -- is telling him, "Hey, check his pulse" -- when you have other people that are -- that was telling this man, "Hey, he's bleeding from his nose," "Hey, this man's saying he can't breathe" -- this man is telling you -- is articulating to this cop how his body felt. He couldn't breathe. His stomach hurt. And the last thing that came out of his mouth was calling his dead mama. How would you feel if your -- if that was your son?

MAJOR VILLARREAL: What you --

OFFICER WHITTINGTON: I have five boys. I

(Page 8)

have five boys, five young black men like everybody in this country, like everybody sitting in this room have -- have chil- -- or -- or I shouldn't say everybody in this room -- but have children. We have to have a conversation on how -- like you said earlier, you said there are certain things that people get offended on text. Well, that's what I mean by "We need to talk about it," because why would you send texts out that's going to offend somebody? If you know it's going to offend them, why would you do stuff like that? I mean, look at -- I just had found out this morning Hudson got a text talk about -- freaking talking about monkeys. And he no longer is with us.

MAJOR VILLARREAL: Okay. Well --

OFFICER WHITTINGTON: So -- so --

MAJOR VILLARREAL: -- you -- you and -- you and Kyle came in late. And what I said was we weren't going to discuss what happened in Minnesota. We were going to discuss what happened on Friday related to the text.

OFFICER WHITTINGTON: Well, that -- the text was about Minnesota.

MAJOR VILLARREAL: Right. But we're not going to discuss the events that happened in Minnesota. We were going to discuss what happened on the text --

(Page 9)

UNKNOWN MALE SPEAKER: Within the group.

MAJOR VILLARREAL: -- within the group, the group text. Because that over there is a different topic. It's related to it, but it's different to what happened on Friday.

Now, your text was that you're tired of the -- I'm -- I don't remember what it was, that you turned a deaf ear to these issues. And that's the issues that we want to talk about, not that particular issue of what happened in Minnesota. And that's -- that's what I need to know. That's what he needs to know, because we need to address that issue. Because I -- I don't know. I don't -- I mean, I hear him -- I hear him speak about it. But I don't hear anything derogatory related to any -- any police shootings that are racially motivated or not racially motivated. Is there some wisecracks that come out of it? Yeah. But to deliberately downplay or deliberately say that, you know, maybe that person's ni- -- life isn't worth it because of the race, that's just -- that's just absurd. That -- I've never heard anyone say that.

OFFICER WHITTINGTON: Well --

MAJOR VILLARREAL: And --

OFFICER WHITTINGTON: -- let -- let -- let -- let -- let me say this. The last -- the -- the --

## Harris County Constable Precinct 3 Staff Meeting Transcription

(Page 10)

the -- the one thing that really sticks out in my mind -- because there's a lot of stuff being said that -- like I said, I turn away from it or I -- I don't pay attention to it or -- that's the reason why I don't -- a lot of times, I don't come up here. But the last thing I remember that stuck with me was when this Black Lives Matter thing started.

UNKNOWN MALE SPEAKER 2: Wait. I'm --

(Overtalk distorted audio.)

UNKNOWN MALE SPEAKER 2: I -- I'm -- I -- I'm sorry to cut you off, Bert. You're saying you don't come up here because of what?

OFFICER WHITTINGTON: No. I'm saying a lot of times the reason why I don't come up here is because I don't want to listen to some of the conversations that [unintelligible].

UNKNOWN MALE SPEAKER 2: Well, that's what -- that -- that -- that needs to be fixed, though.

OFFICER WHITTINGTON: Well --

UNKNOWN MALE SPEAKER 2: Because that's not -- that's not cool.

OFFICER WHITTINGTON: No. I know how -- I know how to handle that. I know how to handle that. I just come up here when I need to be coming up here, and I just go to -- go to work.

(Page 11)

But my point is this. The last thing that was said that -- that -- that -- that -- that stuck with me was when the Black Lives Matter movement -- one conversation was -- came out about "All lives matter." This is what I heard somebody say. And you're absolutely right. All ma- -- all lives do matter. All lives do matter. But that Black Lives Matter movement was brought up because of the fact of the injustice of the black folks -- of the black people that's been done in this country. Look at Collin Kaepernick. People have been freaking eating that boy alive and moving him out of the freaking NFL because he kneeled, not because he hated the country, not because he disliked the American flag. His whole stance was of brutality of black folks by police officers. That was all that was about, and then everybody turned it around.

MAJOR VILLARREAL: Okay. But we're -- we're -- we're not talking about him. We're talking about you, what -- what -- what affects you up here. Because those are -- those are other subjects that --

(Overtalk distorted audio.)

MAJOR VILLARREAL: -- that's going to take us in another direction, which everybody has their opinion about. I have my opinion. But I -- most likely, I keep my opinion to myself.

(Page 12)

OFFICER TROY: And that's --

MAJOR VILLARREAL: I let him know.

OFFICER TROY: And that's the reason I sent the text to him. I -- I sent it to the group. It was meant for him, right? Because me and him had an argument for a couple days, because I knew -- I knew that that knee on his neck -- right? -- without a doubt that that -- that right there, that single thing, did not kill that man. Did not. And I'm 100 percent positive.

OFFICER WHITTINGTON: Well, I -- I'm not -- I'm not --

OFFICER TROY: And -- and --

OFFICER WHITTINGTON: -- saying --

OFFICER TROY: And that's why I said -- that's the reason I said that. All right? It was meant for him. I sent it to the group. Maybe I should have just sent it singular to him because I -- it was almost like -- because I know he loves to say, "I told him so." You know, right? You know, right? It was almost like "I told you so" back to him, right? That's why I said what I said. All right? Because I knew that that single deal, knee to the neck, did not kill that man, period.

OFFICER WHITTINGTON: But it caused his death.

OFFICER TROY: It caused his death.

(Page 13)

MAJOR VILLARREAL: And -- and that's -- that was --

OFFICER TROY: But that -- that --

MAJOR VILLARREAL: -- my argument --

OFFICER TROY: That --

MAJOR VILLARREAL: -- wasn't it?

OFFICER TROY: Yeah.

MAJOR VILLARREAL: I said --

OFFICER TROY: [Unintelligible].

MAJOR VILLARREAL: -- that -- that's the argument.

OFFICER TROY: Yeah, right.

MAJOR VILLARREAL: He -- the conversation --

OFFICER TROY: Right.

MAJOR VILLARREAL: -- that he and I had --

OFFICER TROY: Right.

MAJOR VILLARREAL: -- probably away from everybody in this group.

OFFICER TROY: And you're -- and you're right. I'm not -- I'm not arguing that fact. I'm just saying that single thing, the single knee to the neck, didn't kill him. Did it cause it? Yes. But the single knee did not.

UNKNOWN MALE SPEAKER: [Unintelligible]

**Harris County Constable Precinct 3 Staff Meeting Transcription**

(Page 14)

text back --

(Overtalk distorted audio.)

UNKNOWN MALE SPEAKER 1:  This is the major- --

UNKNOWN MALE SPEAKER 3:  That -- that's the conversation we all had with him.

UNKNOWN MALE SPEAKER 1:  Majority of --

UNKNOWN MALE SPEAKER 3:  You were even --

UNKNOWN MALE SPEAKER 1:  -- us had the --

UNKNOWN MALE SPEAKER 3:  -- a part of it.

UNKNOWN MALE SPEAKER 1:  -- conversation.

UNKNOWN MALE SPEAKER 3:  Everybody was having a conversation on --

UNKNOWN MALE SPEAKER 1:  And not one --

UNKNOWN MALE SPEAKER 3:  -- questioning --

UNKNOWN MALE SPEAKER 1:  -- of us said --

UNKNOWN MALE SPEAKER 3:  -- the use of force.

UNKNOWN MALE SPEAKER 1:  -- agreed --

UNKNOWN MALE SPEAKER 3:  Regardless of race, creed, color, whatever, it was a question of the use of force.  And you even walked in, and I asked your opinion of it.  That was the conversation that we were all having, that we were all a part of.  We all had different opinions, mine different from Troy's, from

(Page 15)

Suarez's, from Segero's.  We all had different takes on it, and we all watched the same thing.  Because it just happened the day before.

UNKNOWN MALE SPEAKER 1:  And not one of us agreed that officer was in the right by putting his knee on his neck.

UNKNOWN MALE SPEAKER:  Right.

UNKNOWN MALE SPEAKER 1:  We all agreed that that was not right.  Then it went from that conversation to me and Troy agreed that it had to be more than just the knee on his neck --

OFFICER WHITTINGTON:  Well, I --

UNKNOWN MALE SPEAKER 1:  -- which --

OFFICER WHITTINGTON:  -- I wasn't here for that conversation.

UNKNOWN MALE SPEAKER 1:  And that -- that's where all this started with -- when he sent the deal, because him and I were right.  I -- it's -- it's -- it's like the tasing incidents.  When people die of tasing, they don't die because of tasing.  They dies -- die because they had pre- -- preexisting medical issues.  But the taser caused it.  But how -- you know, how are we supposed to know that they had preexist- -- you know.  And that -- that was --

OFFICER TROY:  But I -- I --

(Page 16)

(Overtalk distorted audio.)

OFFICER TROY:  But I -- I -- I look at the whole picture, Bert.  And this is why -- this is why I said what I said.  You know, if -- if -- I -- I'm going to go back and say this.  If someone's [unintelligible] or someone has a health problem and you see your dog -- right? -- and it bites somebody and the sheer shock of the bite to somebody sends them into convulsions -- because I've seen that happen, too.

OFFICER WHITTINGTON:  Yeah, but call -- the dog --

(Overtalk distorted audio.)

OFFICER TROY:  So the -- so the -- so the guy dies, and people are going to crucify you instead of the dog.  So it's -- it's the same thing.  It's just a different -- it's just a different -- what's the word?  It's a different [unintelligible], right?  It can happen.  I mean, I've seen -- I've seen people's eyes roll back, start flipping around on the ground because the dog had tore their calf out of their leg.  And they're convulsing, right?  It can happen.  They could have a heart attack.

OFFICER WHITTINGTON:  So -- so --

OFFICER TROY:  And -- and that sucks because it could happen to any of us in here.  Any of us

(Page 17)

in here, it could happen to.

OFFICER WHITTINGTON:  Yeah.  But -- but that's -- that's a different scenario, though [unintelligible].

OFFICER TROY:  I mean, I -- I would have [unintelligible] for three days.

OFFICER WHITTINGTON:  [Unintelligible] --

OFFICER TROY:  Did I mean to?  No.

OFFICER WHITTINGTON:  But that's a whole different scenario.

UNKNOWN MALE SPEAKER:  Well, it goes full circle --

OFFICER WHITTINGTON:  You got a man --

UNKNOWN MALE SPEAKER:  -- right into the texts.

OFFICER WHITTINGTON:  You've got a --

UNKNOWN MALE SPEAKER 3:  Like, we're having these conversations --

OFFICER WHITTINGTON:  Yeah.

UNKNOWN MALE SPEAKER 3:  -- open --

OFFICER WHITTINGTON:  Right.

UNKNOWN MALE SPEAKER 3:  -- regardless of race, sex, religion, whatever.  And you are part of that one because you were there.

OFFICER WHITTINGTON:  I'm not -- I'm

**Harris County Constable Precinct 3 Staff Meeting Transcription**

(Page 18)

not -- I'm not denying it.  What I -- what I have a problem with is the -- the texture of the text.  Like, Serge came back and said that, "Do you believe he intended to kill him?"  I didn't even answer on text because I wanted to tell you face-to-face.

OFFICER TROY:  Yeah.

OFFICER WHITTINGTON:  I do believe he killed him --

OFFICER TROY:  Bert, intended?

OFFICER WHITTINGTON:  Hold on, hold on. Hold on, hold on.  Hold on.  Hold on, hold on.

OFFICER TROY:  Intended?

OFFICER WHITTINGTON:  Let -- let -- let -- hold on.

OFFICER TROY:  You're saying --

OFFICER WHITTINGTON:  List- --

OFFICER TROY:  -- on purpose?

OFFICER WHITTINGTON:  Listen, listen. Hear me out.  Hear me out.  Hear me out.

OFFICER TROY:  I want to hear it.

OFFICER WHITTINGTON:  Again, this man was on top of this man for 8 minutes and 46 seconds.  While he was alive, this kid is telling him, "I cannot breathe. My bo-" -- he was -- he was articulating it.  You've got bystanders telling him -- saying -- a lady who was part

(Page 19)

of fire/EMS telling him, "Hey, check his pulse.  His nose is bleeding.  He's not even -- he's unconscious."  The man went limp.  You can tell when a body underneath --

UNKNOWN MALE SPEAKER:  Uh-huh.

OFFICER WHITTINGTON:  -- you goes limp. And he still stayed there.

UNKNOWN MALE SPEAKER 3:  Bert, we all agree that the guy --

OFFICER WHITTINGTON:  Okay.  But -- but --

UNKNOWN MALE SPEAKER 3:  -- should have --

UNKNOWN MALE SPEAKER:  Yeah, yeah.

(Overtalk distorted audio.)

OFFICER WHITTINGTON:  But -- no.  I --

UNKNOWN MALE SPEAKER 3:  -- could have --

OFFICER WHITTINGTON:  I -- I -- hold -- let -- hold on.  Let -- let me finish.  The question was to me:  Do I think he intended to kill him?  He didn't intend to get off his body to let him breathe.  After he -- not -- not -- not -- I could understand when you in a -- when -- when -- when -- when the adrenaline is pumping, things happen.  But there was nothing going on there.  There -- even one guy said, "Hey, man, stop fighting."

He said, "I'm through fighting.  I just want to breathe."

(Page 20)

Then the man said, "Hey, man, get off of him and let him breathe.  Put him in the car."  And the man still stayed there.  And the result of all of that -- he died.

UNKNOWN MALE SPEAKER 2:  Yeah, you're right.  It sucks.  It -- it does.

OFFICER WHITTINGTON:  He died.  If I was to tell you, "Hey, Serge, that man ain't breathing, man. Get off his neck," would you have stayed there?

UNKNOWN MALE SPEAKER 2:  No.

OFFICER WHITTINGTON:  Okay.

MAJOR VILLARREAL:  See, what --

OFFICER WHITTINGTON:  That's my --

MAJOR VILLARREAL:  -- what -- what you've done -- what you just did is voice your opinion.  And that's all he did on Friday.  That -- those -- those are your views.  But like I said --

OFFICER WHITTINGTON:  I'm answering --

MAJOR VILLARREAL:  -- we're not -- but -- but --

OFFICER WHITTINGTON:  -- his question.

MAJOR VILLARREAL:  Right.  But like I said, we're not going to discuss what happened out there. I'm more concerned about what happens here.  And you brought an issue that this topic is always brought up.

(Page 21)

I'm just trying to figure out when, where, and what we can do to correct it.

OFFICER WHITTINGTON:  Listen --

(Overtalk distorted audio.)

MAJOR VILLARREAL:  Because he's -- hang on.  Because he's allowed to have his opinion.

OFFICER WHITTINGTON:  Oh, absolutely.

MAJOR VILLARREAL:  You know, you're allowed to have your opinion just like you did now.

OFFICER WHITTINGTON:  Absolutely.

MAJOR VILLARREAL:  But -- but the -- it -- it evolved into where "It's always going on in the group."

UNKNOWN MALE SPEAKER:  Yeah.

MAJOR VILLARREAL:  "This topic is always being brought up in the" --

UNKNOWN MALE SPEAKER:  Yeah.

MAJOR VILLARREAL:  -- "group.  We are tired of -- of turning a deaf ear."

UNKNOWN MALE SPEAKER:  Yeah, we don't --

MAJOR VILLARREAL:  That's more my --

UNKNOWN MALE SPEAKER:  Yeah.

MAJOR VILLARREAL:  -- concern.

UNKNOWN MALE SPEAKER 2:  Right.

OFFICER WHITTINGTON:  Well, I -- I --

**Harris County Constable Precinct 3 Staff Meeting Transcription**

(Page 22)

UNKNOWN MALE SPEAKER 2: Me, too.

OFFICER WHITTINGTON: I -- I -- I'll put it like this. From this point on, when something is said that makes me feel uncomfortable, I'm going to bring it to your attention. Because I can't sit there and say, "Oh, on this date, on this date..." The only thing that I do remember that came out of -- when we was upstairs, when the Black Lives Matter thing happened. And that thing just -- just went to my core. Yeah, everybody's lives matter.

I -- I -- man, listen, I ain't got a -- I -- do I like what the hell is going on around in this country with people looting and burning and shit? Heck, no. That's stupid. Ruining people's lives, livelihoods. Not just the business owner, not just the company, but the people that work there. You got people assaulting police officers. Do you think I -- no. Peacefully. Because now that you're taking away from the reason why you're supposed to be doing what you're doing in the first place. You've got folks out here talking about, "Oh, we -- we" -- that's -- no. That's bullshit. You can be mad. I'm mad. I'm not out here fucking looting. I'm not out here shooting people or doing something stupid, throwing rocks. Yeah, I'm mad. I'm frustrated. It's years and years and years and years of BS. Just

(Page 23)

something [unintelligible] I can remember 2014 was first when it started in my mind, that I can remember off the top of my head. It has to stop. It has to stop. We need to have a conversation. We need to freaking corral this thing, man. That's all I'm saying.

MAJOR VILLARREAL: And I don't think anybody agrees with you -- disagrees with you. But, you know, for me, when I saw that text, you know, I spent all weekend trying to figure out what topics offended you or what topics offended anybody here. That was -- that was more of my concern, because the -- the -- you made it -- the text made it sound like it's -- it's an ongoing problem.

(Overtalk distorted audio.)

UNKNOWN MALE SPEAKER: Yeah, right.

OFFICER WHITTINGTON: Listen...

UNKNOWN MALE SPEAKER: That's the way I took it.

OFFICER WHITTINGTON: If --

UNKNOWN MALE SPEAKER: Yeah.

OFFICER WHITTINGTON: If -- if --

MAJOR VILLARREAL: I think everybody took it that -- I'm not speaking for everybody. But...

OFFICER WHITTINGTON: That's -- hey, listen -- I get -- listen, hey, I -- I -- I -- I

(Page 24)

understand that. I -- I -- I can see that. There are -- there have been some topics of conversation that's gone on here, like I said before, that I have either walked away from and not paid attention to or -- or -- or -- or maybe even indulged in it. And there's some that I -- I haven't. The only one that I can think of, like I said, off the top of my head that really rubbed me the wrong way was about the Black Lives Matter movement. That's the only thing I can remember. That -- that freaking touched me to my core. All the other ones -- hey, no big deal.

MAJOR VILLARREAL: And that was just simply because somebody said, "All lives matter" versus...?

OFFICER WHITTINGTON: I -- I -- I -- I -- I don't remember what the -- like I said, I don't remember what -- exactly what it was. I just remember that specific -- that specific -- specific topic. And so I was like, "Okay." Listen -- I don't -- I -- I -- I don't know -- I don't know how to explain it. It's just -- I mean, why would -- why would somebody -- going back to your statement about the text message, there are some texts people get offended; you can't send. Well, then -- then why send the text message if it going to offe- -- if you think it will offend somebody? I

(Page 25)

don't send no text message I think going to offend somebody.

UNKNOWN MALE SPEAKER 3: It's a conversation, Bert. The same reason you say -- you're saying that 90 percent of the stuff you walk away from, you're not turning a deaf ear to it anymore.

OFFICER WHITTINGTON: Right.

UNKNOWN MALE SPEAKER 1: And to me --

UNKNOWN MALE SPEAKER 3: We don't have these conversations.

UNKNOWN MALE SPEAKER 1: To me, that felt like God dang, we do nothing but talk about racists, racism, injustice, and all that. So that's what I -- how I took the text. Like, we're constantly talking about that shit. Not --

OFFICER WHITTINGTON: Now -- now, why would I say it was constant? I said --

UNKNOWN MALE SPEAKER 1: No. I'm -- I'm saying that's -- that's how I took that -- read that --

OFFICER WHITTINGTON: When you --

UNKNOWN MALE SPEAKER 1: -- text.

OFFICER WHITTINGTON: -- do talk -- when you do have those conversations, what I'm saying -- is what I'm saying. That's all I'm saying.

UNKNOWN MALE SPEAKER 1: I know. But I'm

**Harris County Constable Precinct 3 Staff Meeting Transcription**

(Page 26)

just saying the way the text was worded, that's how I took it. And I think that's how some other people took it. Because I was like "What the fuck is going on?" I was -- we -- we had a conversation. Everybody agreed that that cop shouldn't have had his knee on his neck. How did it get blown the fuck out of proportion the way it did? That's -- that's how I took it.

OFFICER WHITTINGTON: Hey...

MAJOR VILLARREAL: And that was more of my concern versus the -- the texts that -- that Barringer sent out. You know, was -- what -- what's being said? Is there things being said that I don't know about, that he doesn't know about? Is it just among you guys and girl, you know? That's -- that was more concerning to me than -- than anything else. Because that text gets out, it makes it seem like everybody in this unit --

UNKNOWN MALE SPEAKER 2: Yeah.

OFFICER WHITTINGTON: -- is racist --

UNKNOWN MALE SPEAKER 2: Right.

MAJOR VILLARREAL: -- or -- or has made racist comments.

UNKNOWN MALE SPEAKER 2: Yeah, it doesn't look good.

OFFICER WHITTINGTON: Hey --

(Overtalk distorted audio.)

(Page 27)

MAJOR VILLARREAL: Because I ain't going to lie. I was a mad motherfucker all weekend. I -- I was. He can tell you, because I called him. Because I'm like, "I don't see it up there. I don't hear it up there."

UNKNOWN MALE SPEAKER 2: We ain't going to put up with it, for one. I don't --

MAJOR VILLARREAL: And -- and -- and any -- everyone here -- Suarez can be the one to tell you that I tell him hey, "You know what? You might need to tone it down." Haven't I told you that?

(Overtalk distorted audio.)

MAJOR VILLARREAL: So when I see it, I say something. And I told him -- said, "Hey, I don't get offended by it. You can send me all the porn you want."

(Laughter.)

OFFICER AMANDA: Oh.

MAJOR VILLARREAL: I don't care.

OFFICER AMANDA: Oh --

(Overtalk distorted audio.)

MAJOR VILLARREAL: I don't get offended by it, you know.

UNKNOWN MALE SPEAKER 2: Yeah. All we have is each other, man. And all --

(Overtalk distorted audio.)

(Page 28)

UNKNOWN MALE SPEAKER 2: -- the shit we do --

OFFICER WHITTINGTON: Hey, that -- that --

UNKNOWN MALE SPEAKER 2: -- is all we got.

OFFICER WHITTINGTON: -- that -- that --

MAJOR VILLARREAL: But I will tell you this: If it was racist, I'll shut you down in a heartbeat. Because at the end of the day, if I don't shut it down, guess where I'm at. I'm on the street. And I tell everybody here and I've told everybody throughout my career, "I'm not going to cover for you. I'm not going to sacrifice the livelihood of my family to save yours."

UNKNOWN MALE SPEAKER: Damn.

MAJOR VILLARREAL: And that's -- that's where I stand on it, you know. So if there's an issue, we'll take care of it. If -- if it wasn't concerning, we wouldn't be in here. I wouldn't have told y'all to come in here. But it's concerning. It's concerning that -- you know, a secret is a secret until you tell that person, then turn around and walk away. And then it's no longer a secret. That's how secrets work around in police work. So I guarantee you somebody other than us saw that text. And that's okay, because you know what? We called a meeting. We talked about it. And it was --

(Page 29)

it was a pressing issue that needed to be -- that needed to be brought up. What would be more concerning to you, that I just let it go and your -- your -- your -- your value or your opinion or your feelings didn't matter? Or the fact that I said, "Hey, you know what? There's an issue. Let's talk about it"? I think the latter.

OFFICER WHITTINGTON: I think you did the right thing.

MAJOR VILLARREAL: I think the latter. Because I guarantee you there's supervisors here that -- "Man, fuck that. I ain't dealing with that." That's not me. Because you got -- you got to Pasadena when we had some city supervisors. There's nothing worse -- and you had it, too, because we've talked about it. There's nothing worse going to work knowing -- and, oh, some of you probably think we're shitty. But that's another story. There's nothing worse going to work knowing you've got a shitty supervisor. And that's what I don't want.

OFFICER WHITTINGTON: Well, it ain't got nothing to do with -- with shitty supervisors.

MAJOR VILLARREAL: Well, I'm just saying that that wouldn't address the issue.

UNKNOWN MALE SPEAKER 2: It almost sounds that way from what you said earlier.

**Harris County Constable Precinct 3 Staff Meeting Transcription**

(Page 30)

OFFICER WHITTINGTON:  No.  No, I --

UNKNOWN MALE SPEAKER 2:  Hang on, Bert. For you not wanting to come up here.  I -- I don't like that.

OFFICER WHITTINGTON:  I -- listen, I -- like I said, you know --

MAJOR VILLARREAL:  Because I tell you, Bert, people have asked, "Hey, is he still in this unit? Because he's a lone wolf."  Lone wolf is my words.  How many times do I ask you, "Where's Bert?  Call Bert.  Text Bert."  Actually, I don't say "text."  I say "call."

"I texted."

"I don't want you to text him.  I want you to call him.  Find out where he's at."

That's the --

OFFICER WHITTINGTON:  I -- I --

MAJOR VILLARREAL:  -- issue we've got --

OFFICER WHITTINGTON:  I can tell --

MAJOR VILLARREAL:  -- to fix.

OFFICER WHITTINGTON:  -- you one -- I can tell you one thing.  I ain't fucking off.  I'm working.

UNKNOWN MALE SPEAKER:  Well, that's exactly --

(Overtalk distorted audio.)

MAJOR VILLARREAL:  That's exactly what he

(Page 31)

said.

UNKNOWN MALE SPEAKER:  Yeah, that's exactly what --

OFFICER WHITTINGTON:  And --

UNKNOWN MALE SPEAKER:  -- I said.  Look --

OFFICER WHITTINGTON:  And --

MAJOR VILLARREAL:  And --

OFFICER WHITTINGTON:  -- I even call him in the mornings.

UNKNOWN MALE SPEAKER:  That's exactly what I tell him, too.

OFFICER WHITTINGTON:  I either call him in the morning or I'll text him "Hey, y'all got a thing going?"

"I ain't got [unintelligible]."

"Okay.  I'm going.  I'll be working over here doing this.  I'm doing that."

MAJOR VILLARREAL:  And that -- and that's what he tells me.  The -- the best part of policing that starts your day, for me, was roll call when I was on patrol.  That's when you could play grab-ass and do whatever you want.  Do I try to bring that up here? Yeah, I try to bring it up here.  You know, do I like to joke around?  I like to joke around.  I like to have fun. I like to prank people.

(Page 32)

OFFICER WHITTINGTON:  [Unintelligible].

MAJOR VILLARREAL:  I don't like pranks on me; but I like to prank people, you know.  Suarez and Pereda -- I fuck with them all the time, you know? That's -- that's the way I want it up here, you know. And the text, when I looked at it -- that wasn't the case.  That's why -- that's why I felt the need -- that we needed to talk about it.  You know, if I wasn't concerned, we wouldn't be talking about it.

Anything else?

UNKNOWN MALE SPEAKER 2:  Worried about doing anything different with all the shit going on?

MAJOR VILLARREAL:  Uh-uh.  No, not yet. Because it -- it's pretty much centralized downtown.

UNKNOWN MALE SPEAKER 1:  I -- I saw some thread or something on social media about some lady that made a racist comment in Crosby.  And --

OFFICER AMANDA:  Some dumb --

UNKNOWN MALE SPEAKER 1:  -- they were --

OFFICER AMANDA:  -- bitch in Crosby.

UNKNOWN MALE SPEAKER 1:  -- talking about going in there and --

OFFICER AMANDA:  Yeah.

UNKNOWN MALE SPEAKER 1:  -- and doing stuff --

(Page 33)

OFFICER AMANDA:  And a --

UNKNOWN MALE SPEAKER 1:  -- rioting and --

OFFICER AMANDA:  And a riot at the Walmart parking lot.  Like, there's --

UNKNOWN MALE SPEAKER 1:  Yeah.

OFFICER AMANDA:  -- nothing in Crosby that's --

UNKNOWN MALE SPEAKER 1:  But I saw that --

OFFICER AMANDA:  -- significant.

UNKNOWN MALE SPEAKER 1:  -- this morning. So...

OFFICER AMANDA:  That popped up --

(Overtalk distorted audio.)

MAJOR VILLARREAL:  No.  We're -- we're going to -- we're going to meet because yesterday there was 800 protesters that tried to take over the -- the station at South Central right there at 288 and 59. So --

OFFICER TROY:  All -- all I can say, too, is -- is -- is, if you can -- I know -- I would like -- I know it's not always feasible.  I know I can't at my house.  We've got some shit in my garage.  But if you can put your fucking [unintelligible] in the garage, put it in the garage.  It's going to -- because someone -- someone's shit's going to get fucked up.  If you can park

**Harris County Constable Precinct 3 Staff Meeting Transcription**

(Page 34)

it behind --

(Overtalk distorted audio.)

OFFICER TROY: -- your house, on the si- -- do -- try to do something to -- yeah. I don't park my -- there's so many cars. I kind of box mine in where you can't really -- I mean, you drive by. You're going to see it parked there. But some- -- someone shit's getting fucked up.

UNKNOWN MALE SPEAKER 4: My niece called me this morning and said they lit the station on fire [unintelligible].

MAJOR VILLARREAL: Well, they've got a protest at 11:00 today and then 11:00 tomorrow. So...

OFFICER AMANDA: Why don't they -- like, protest is fine, right? But why at the first sign of violence don't they just tear gas it -- like, shut it down?

MAJOR VILLARREAL: Because they don't want to -- they don't want to use the tear gas. And -- and they don't want to use the rubber bullets. And sometimes it happens outside of the protest. So when they have their people -- what they -- what they have is -- they have a staging area and a bus. So whenever there's pockets, they'll load up 15, 20 officers. And they go to that location, and then they're deployed. So it's --

(Page 35)

if -- if the protest is in a confined area, that looting and that other stuff is happening outside the protest area. So they don't know about it until it actually starts happening.

UNKNOWN MALE SPEAKER 1: Do we have National Guard here?

UNKNOWN MALE SPEAKER: [Unintelligible].

MAJOR VILLARREAL: Uh-uh.

UNKNOWN MALE SPEAKER 2: I think that's my question, too, is --

UNKNOWN MALE SPEAKER: Just think about it.

UNKNOWN MALE SPEAKER 2: -- at the first sign of that, why don't they call all the prec- -- everything, just get everybody down there --

UNKNOWN MALE SPEAKER: Uh-huh.

UNKNOWN MALE SPEAKER 1: It -- it is --

UNKNOWN MALE SPEAKER 2: -- and just --

UNKNOWN MALE SPEAKER 1: They -- they called --

UNKNOWN MALE SPEAKER 2: -- shut it down.

UNKNOWN MALE SPEAKER 1: -- Montgomery County. They shipped -- I think it was 80-something guys down.

MAJOR VILLARREAL: Yeah, I don't know.

(Page 36)

OFFICER AMANDA: I mean, they've got people. They've got boots on the ground.

(Overtalk distorted audio.)

OFFICER AMANDA: I mean, there's, like, 5,000 officers -- right? -- commissioned with HPD. Like --

(Overtalk distorted audio.)

OFFICER AMANDA: -- they could overwhelm them. They could shut it down. They've got the manpower. Like --

(Overtalk distorted audio.)

OFFICER AMANDA: -- I just don't understand why they...

MAJOR VILLARREAL: Restraint, you know. And -- and it just -- you know, we don't know because we're there. I know they -- they've deployed all their SRT people today and tomorrow. I think tomorrow's the bigger -- the bigger protest. So yesterday was -- was the big protest, but the rain kind of dispersed everyone from that area. So...

UNKNOWN MALE SPEAKER: Are we seeing any change in the [unintelligible]?

MAJOR VILLARREAL: Uh-uh. No. It -- it -- like, I mean, she brought up a good point. You know, who's going to riot in Crosby? All they're going

(Page 37)

to do is loot the Piggly Wiggly and -- and Walmart.

OFFICER AMANDA: Hey, hey.

MAJOR VILLARREAL: You know.

OFFICER AMANDA: (Laughing.)

MAJOR VILLARREAL: And -- and downtown, they -- they can -- they can cause more damage with --

OFFICER AMANDA: Yeah.

MAJOR VILLARREAL: -- with all the buildings.

UNKNOWN MALE SPEAKER 1: Are we going to be subject to getting activated to go down?

MAJOR VILLARREAL: We're going to -- we're going to talk about that later. I've got to go meet with Chief Bond.

OFFICER AMANDA: Where's the big, loud noise thing so people can't -- like, "Ah." They can't function, and it throws into seizures. Where are those? And we're not going to use water.

(Overtalk distorted audio.)

OFFICER TROY: I can't believe --

(Overtalk distorted audio.)

OFFICER TROY: -- capping people, dude.

OFFICER AMANDA: In this state, I --

UNKNOWN MALE SPEAKER 4: There was an --

OFFICER AMANDA: -- don't know.

**Harris County Constable Precinct 3 Staff Meeting Transcription**

(Page 38)

OFFICER TROY:  God almighty.

UNKNOWN MALE SPEAKER 4:  -- old man shooting arrows.

OFFICER TROY:  Hmm?

UNKNOWN MALE SPEAKER 4:  There was an --

OFFICER AMANDA:  Oh --

UNKNOWN MALE SPEAKER 4:  -- old man shooting --

OFFICER AMANDA:  -- no.

UNKNOWN MALE SPEAKER 4:  -- arrows at people.

UNKNOWN MALE SPEAKER 1:  Yeah, we saw what happened to him.

OFFICER AMANDA:  Shooting arrows?

UNKNOWN MALE SPEAKER 1:  Yeah, that is --

UNKNOWN MALE SPEAKER 4:  Shooting bow and arrows.

UNKNOWN MALE SPEAKER 2:  [Unintelligible].

OFFICER AMANDA:  You only have --

UNKNOWN MALE SPEAKER:  Donald Trump, bro.

OFFICER AMANDA:  -- so many arrows.  You can only reload so quick.

UNKNOWN MALE SPEAKER:  But is it [unintelligible]?

UNKNOWN MALE SPEAKER 1:  It was.

(Page 39)

(Overtalk distorted audio.)

OFFICER TROY:  It -- it -- it's a wonder to --

OFFICER AMANDA:  Right.

OFFICER TROY:  -- me that -- that more citizens, some good folk out there that give a fuck, don't swoop in --

OFFICER AMANDA:  Because they're scared.

OFFICER TROY:  -- and start beating the fuck out of these people tearing shit up.

OFFICER AMANDA:  They're scared.

MAJOR VILLARREAL:  Because then they end up -- they'll probably be the ones that end up --

OFFICER AMANDA:  Yep.

MAJOR VILLARREAL:  -- going to jail.

OFFICER TROY:  But, I mean --

MAJOR VILLARREAL:  You know?

OFFICER TROY:  Just -- so we just let it go?  That's crazy to me, man.  That is absolutely.

UNKNOWN MALE SPEAKER 4:  Saw --

OFFICER TROY:  -- crazy.

UNKNOWN MALE SPEAKER 4:  -- Precinct 1 car -- they just fucked up and --

OFFICER AMANDA:  Man --

UNKNOWN MALE SPEAKER 4:  -- flipped it --

(Page 40)

flipped it --

OFFICER AMANDA:  -- [unintelligible] that --

UNKNOWN MALE SPEAKER 4:  -- around.

OFFICER AMANDA:  -- car, too.

UNKNOWN MALE SPEAKER 4:  And no one's fucking -- they --

OFFICER AMANDA:  That's -- why would you leave --

UNKNOWN MALE SPEAKER 4:  They got away with it --

(Overtalk distorted audio.)

OFFICER AMANDA:  -- your car in the street, though?  Come on, man.

UNKNOWN MALE SPEAKER 4:  Still don't --

UNKNOWN MALE SPEAKER:  They don't leave it.

UNKNOWN MALE SPEAKER 4:  -- matter.  The problem is they did it.

OFFICER AMANDA:  Yeah, I know.

UNKNOWN MALE SPEAKER 4:  And they still get away with it.

OFFICER TROY:  It's almost worse just parking, like, just a -- like, one of my Crown Vics and parking it out there --

(Page 41)

OFFICER AMANDA:  (Laughing.)

OFFICER TROY:  -- as a decoy.

MAJOR VILLARREAL:  Yeah.

OFFICER TROY:  Hell, start fucking it up and start arresting people, man.  [Unintelligible].

MAJOR VILLARREAL:  Anybody have anything else?

OFFICER TROY:  And the sad thing about it is they're taking away from that man's name.  That's -- that's the fucking worst part.  That's sad.

UNKNOWN MALE SPEAKER 3:  I'm curious because I haven't heard you speak up.  How would you handle everything?

OFFICER WHITTINGTON:  As far as what?

UNKNOWN MALE SPEAKER 3:  Proceeding in the group, continuing conversations, having an open line of communications.

OFFICER WHITTINGTON:  Just continue having your conversation.

MAJOR VILLARREAL:  Amanda?

OFFICER AMANDA:  Sir?

MAJOR VILLARREAL:  You got anything?

OFFICER AMANDA:  No.

MAJOR VILLARREAL:  Thomas?

OFFICER THOMAS:  No.

## Harris County Constable Precinct 3 Staff Meeting Transcription

(Page 42)

(Laughter.)

MAJOR VILLARREAL: Suarez?

UNKNOWN MALE SPEAKER: Ain't heard [unintelligible].

MAJOR VILLARREAL: Woods? Kyle? Bert?

OFFICER WHITTINGTON: No. The only thing I've got to say is just -- hey, man, I don't have -- I -- I -- from here on out, if something I think that -- that offends me, I'm just going to -- I'm just going to mention it.

UNKNOWN MALE SPEAKER 2: Of course. And we want you to.

OFFICER WHITTINGTON: You know what I mean?

UNKNOWN MALE SPEAKER 2: -- to. I want you to for sure.

OFFICER WHITTINGTON: Just say, "Hey, man, you know what? I feel offended by that," and keep on keep moving.

UNKNOWN MALE SPEAKER 3: Yep.

UNKNOWN MALE SPEAKER 1: That's all you can do. I mean, not everybody knows what offends somebody else. You know, Mother's Day -- I lost my mom 20 years ago. And to this -- this year, I -- I bawled my eyes out. It's the hardest day of my life. I know he

(Page 43)

recently lost his mother. If all of y'all are talking about what you're going to do with your moms on Mother's Day, it's going to break my heart. It's going to make me sad. But none of y'all are intentionally talking about what you're going to do with your mothers on Mother's Day to hurt me, you know. And maybe I should say, "Hey, man, God, on that day, like, dude, if you can [unintelligible] it just breaks" --

UNKNOWN MALE SPEAKER: Yeah.

UNKNOWN MALE SPEAKER 1: -- "my heart." But I know no one is intentionally talking about Mother's Day to upset me or -- you know, or anyone else in here that's lost their mom.

MAJOR VILLARREAL: Pereda?

OFFICER PEREDA: I'm good.

UNKNOWN MALE SPEAKER 2: I just want to -- I -- just -- if something bothers y'all, talk about it. Because I -- I want you around. All right? I don't want you to not come here -- you know what I'm saying? -- because you don't want to talk about something. All right? That's it. That's all.

MAJOR VILLARREAL: Hey, I need you to go to 7600 Parker, I think. There's a bayou there. They're dumping some shit. They called the constable this morning. So -- it's either 74- or 76-. It's in that

(Page 44)

area. Just --

UNKNOWN MALE SPEAKER: Bayou?

MAJOR VILLARREAL: Yeah, they're dumping in the bayou. So just see what -- what -- you know, if you're going to bust your ass trying to get down to the embankment, don't do it because of all the rain we've had. Send Helcoff down there.

(Laughter.)

UNKNOWN MALE SPEAKER: No. [Unintelligible].

MAJOR VILLARREAL: So all right.

OFFICER TROY: Hey, don't -- hey, don't be fucking around out there. There's an [unintelligible] deputy that died that way not too long ago. He got washed down there and drowned. Don't --

MAJOR VILLARREAL: If you can't get down there -- I mean, I -- I don't know. I'm just going by what the guy said.

UNKNOWN MALE SPEAKER 4: What's the address? 77- --

(Overtalk distorted audio.)

MAJOR VILLARREAL: 76- or -- 74- or 7600 block of Parker.

UNKNOWN MALE SPEAKER 4: Parker.

MAJOR VILLARREAL: If -- if it's -- if

(Page 45)

it's way down in there, don't worry about it. I'll call them and tell them that, you know, we -- we're not able to get down to the trash to -- to look at it. All right? All right.

(Proceedings concluded.)

**Harris County Constable Precinct 3 Staff Meeting Transcription**

(Page 46)

REPORTER'S CERTIFICATION

TRANSCRIPTION OF TAPED CONVERSATION

December 12, 2022

(Reported Remotely)

I, Faith Labyer, Certified Shorthand Reporter in and for the State of Texas, hereby certify to the following:

That the foregoing is a correct transcription of the taped conversation provided to the Certified Shorthand Reporter;

That the taped conversation lasted 37 minutes;

That $_____ is the Certified Shorthand Reporter's charges for preparing the transcript.

I further certify that I am neither counsel for, related to, nor employed by any of the parties that were present during the taped conversation, and further, that I am not financially or otherwise interested in the outcome of the action.

Certified to by me on this _____ day of _____, _____.

FAITH LABYER, Texas CSR 9357

Expiration Date: 5/31/2024

Harris County Constable Precinct 3 Staff Meeting Transcription: 1..bring

**1**

**1**  14:3,7,9,11,14,16,
19 15:4,8,13,16 25:8,
11,18,21,25 32:15,
19,21,24 33:2,5,8,10
35:5,17,19,22 37:10
38:12,15,25 39:22
42:21 43:10

**100**  12:9

**11:00**  34:13

**15**  34:24

**2**

**2**  7:12 10:8,10,17,20
20:5,10 21:24 22:1
26:17,19,22 27:6,23
28:1,4 29:24 30:2
32:11 35:9,13,18,21
38:18 42:11,15 43:16

**20**  34:24 42:24

**2014**  23:1

**288**  33:17

**3**

**3**  14:5,8,10,12,15,17,
20 17:17,20,22 19:7,
10,14 25:3,9 41:11,
15 42:20

**4**

**4**  34:9 37:24 38:2,5,7,
10,16 39:20,22,25
40:4,6,10,15,18,21
44:19,24

**46**  7:11 18:22

**5**

**5,000**  36:5

**56**  7:12

**59**  33:17

**6**

**6:00**  6:1

**7**

**74-**  43:25 44:22

**76-**  43:25 44:22

**7600**  43:23 44:23

**77-**  44:20

**8**

**8**  7:10 18:22

**80-something**
35:23

**800**  33:16

**8:30**  4:3

**8:32**  4:7

**9**

**90**  25:5

**A**

**absolutely**  11:5
21:7,10 39:19

**absurd**  9:20

**accusations**  4:16

**activated**  37:11

**address**  9:12 29:23
44:20

**addressed**  4:18
6:14

**adrenaline**  19:20

**adults**  5:7

**affects**  11:19

**afraid**  5:6

**agree**  19:8

**agreed**  14:19 15:5,8,

**10**  26:4

**agrees**  23:7

**alive**  7:12 11:11
18:23

**allowed**  21:6,9

**almighty**  38:1

**Amanda**  27:17,19
32:18,20,23 33:1,3,6,
9,12 34:14 36:1,4,8,
12 37:2,4,7,15,23,25
38:6,9,14,19,21 39:4,
8,11,14,24 40:2,5,8,
13,20 41:1,20,21,23

**Amendment**  4:25

**American**  11:13

**answering**  20:18

**anymore**  25:6

**area**  34:23 35:1,3
36:20 44:1

**arguing**  13:21

**argument**  12:6 13:4,
11

**arresting**  41:5

**arrows**  38:3,10,14,
17,21

**articulating**  7:20
18:24

**ass**  44:5

**assaulting**  22:16

**attack**  16:22

**attention**  6:23 10:3
22:5 24:4

**audience**  7:14

**audio**  10:9 11:21
14:2 16:1,12 19:12
21:4 23:14 26:25
27:12,20,25 30:24
33:13 34:2 36:3,7,11
37:19,21 39:1 40:12
44:21

**B**

**back**  5:20 12:20 14:1
16:5,18 18:3 24:22

**Barringer**  26:10

**bawled**  42:24

**bayou**  43:23 44:2,4

**beating**  39:9

**Bert**  6:15 10:11 16:3
18:9 19:7 25:4 30:2,
8,10,11 42:5

**big**  24:10 36:19
37:15

**bigger**  6:11 36:18

**bitch**  32:20

**bite**  16:8

**bites**  16:7

**black**  8:1 10:6 11:3,
7,8,9,14 22:8 24:8

**blast**  4:21

**bleeding**  7:18 19:2

**block**  44:23

**blown**  26:6

**bo-**  18:24

**body**  7:20 19:3,18

**Bond**  37:14

**boots**  36:2

**bothers**  43:17

**bow**  38:16

**box**  34:5

**boy**  11:11

**boys**  7:25 8:1

**break**  43:3

**breaks**  43:8

**breathe**  7:19,21
18:23 19:18,25 20:2

**breathing**  20:8

**bring**  22:4 31:22,23

**Harris County Constable Precinct 3 Staff Meeting Transcription**  Index: bro..end

bro 38:20

brought 4:2,17,20 6:13 11:7 20:25 21:16 29:2 36:24

brutality 11:14

BS 22:25

buildings 37:9

bullets 34:20

bullshit 22:21

burning 22:13

bus 34:23

business 22:15

bust 44:5

bystanders 18:25

**C**

calf 16:20

call 16:10 30:10,11, 14 31:8,12,20 35:14 45:1

called 27:3 28:25 34:9 35:20 43:24

calling 7:22

capping 37:22

car 20:2 39:23 40:5, 13

care 5:20 27:18 28:17

career 28:11

cars 34:5

case 32:7

caused 12:23,25 15:22

Central 33:17

centralized 32:14

change 36:22

check 7:16 19:1

Chief 37:14

chil- 8:3

children 8:4

circle 17:12

citizens 39:6

city 7:15 29:13

civilian 7:14

Collin 11:10

color 14:21

comment 32:17

comments 26:21

commissioned 36:5

communications 41:17

company 22:15

concern 21:23 23:11 26:10

concerned 20:24 32:9

concluded 45:5

confined 35:1

constable 43:24

constant 25:17

constantly 25:14

context 6:25

continue 41:18

continuing 41:16

conversation 5:2,8, 10,17,18 6:21 8:5 11:4 13:14 14:6,11, 13,23 15:10,15 23:4 24:2 25:4 26:4 41:19

conversations 7:3 10:16 17:18 25:10,23 41:16

convulsing 16:21

convulsions 16:8

cool 10:21

cop 7:10,11,13,20 26:5

core 22:9 24:10

corral 23:4

correct 21:2

country 8:2 11:10, 13 22:13

County 35:23

couple 12:6

cover 28:11

crazy 39:19,21

creed 14:21

Crosby 32:17,20 33:6 36:25

Crown 40:24

crucify 16:14

curious 41:11

cut 10:11

**D**

damage 37:6

Damn 28:14

dang 25:12

date 22:6

day 5:5,21,25 15:3 28:8 31:20 42:23,25 43:3,5,7,12

days 12:6 17:6

dead 7:22

deaf 9:8 21:19 25:6

deal 12:22 15:18 24:11

dealing 29:11

death 12:24,25

decisions 5:21,22, 24

decoy 41:2

deliberately 9:17,18

denying 18:1

deployed 34:25 36:16

deputy 44:14

derogatory 5:1 9:14

die 15:19,20,21

died 20:4,7 44:14

dies 15:20 16:14

direction 11:23

disagrees 23:7

discuss 8:18,19,24, 25 20:23

discussion 4:10

disliked 11:13

dispersed 36:19

distorted 10:9 11:21 14:2 16:1,12 19:12 21:4 23:14 26:25 27:12,20,25 30:24 33:13 34:2 36:3,7,11 37:19,21 39:1 40:12 44:21

dog 16:6,11,15,19

Donald 38:20

doubt 12:7

downplay 9:17

downtown 32:14 37:5

drive 34:6

drowned 44:15

dude 37:22 43:7

dumb 32:18

dumping 43:24 44:3

**E**

ear 9:8 21:19 25:6

earlier 8:5 29:25

eating 11:11

embankment 44:6

EMS 7:15

end 5:20 28:8 39:12, 13

**Harris County Constable Precinct 3 Staff Meeting Transcription**    Index Evans..level

Evans  4:22

events  8:24

everybody's  22:9

evolved  21:12

explain  24:20

eyes  16:18 42:25

**F**

face-to-face  18:5

fact  11:8 13:21 29:5

family  28:12

feasible  33:21

feel  7:23 22:4 42:18

feelings  29:4

felt  7:20 25:11 32:7

fighting  19:23,24

figure  21:1 23:9

find  5:16 30:14

fine  34:15

finish  19:16

fire  7:15 34:10

fire/ems  19:1

fix  30:19

fixed  10:18

flag  11:13

flipped  39:25 40:1

flipping  16:19

folk  39:6

folks  11:9,14 22:20

force  14:18,22

found  8:11

freaking  8:12 11:11, 12 23:4 24:9

Friday  8:19 9:5 20:16

frustrated  22:24

fuck  26:3,6 29:11

32:4 39:6,10

fucked  33:25 34:8 39:23

fucking  22:22 30:21 33:23 40:7 41:4,10 44:13

full  17:11

fun  31:24

function  37:17

**G**

garage  33:22,23,24

gas  34:16,19

gentleman  7:9

girl  26:14

give  39:6

God  25:12 38:1 43:7

good  26:23 36:24 39:6 43:15

grab-ass  31:21

ground  16:19 36:2

group  9:1,2,3 12:4, 16 13:19 21:13,18 41:16

grown  5:7

guarantee  28:23 29:10

Guard  35:6

guess  28:9

guy  16:14 19:8,22 44:18

guys  5:19 26:13 35:23

**H**

handle  10:23 41:13

hang  21:5 30:2

happen  16:9,17,21, 25 17:1 19:21

happened  4:8 6:24 8:18,19,24,25 9:5,10 15:3 20:23 22:8 38:13

happening  35:2,4

hardest  42:25

hated  11:12

head  23:3 24:7

health  4:12 16:6

hear  9:13,14 18:19, 20 27:4

heard  9:20 11:5 41:12 42:3

heart  16:22 43:3,10

heartbeat  28:8

Heck  22:13

Helcoff  44:7

held  5:2

hell  22:12 41:4

hey  7:16,18 19:1,22 20:1,8 23:24,25 24:10 26:8,24 27:10, 14 28:3 29:5 30:8 31:13 37:2 42:7,17 43:6,22 44:12

Hmm  38:4

hold  18:10,11,14 19:15,16

home  5:25 6:1

house  33:22 34:3

HPD  36:5

Hudson  8:11

hurt  7:21 43:6

**I**

incident  7:2

incidents  15:19

indifferent  7:4

indulged  24:5

injustice  11:8 25:13

intend  19:18

intended  18:4,9,12 19:17

intentionally  43:4, 11

issue  4:18 6:11 9:9, 12 20:25 28:16 29:1, 6,23 30:17

issues  4:12,19 5:3 9:8 15:21

**J**

jail  39:15

joke  31:24

**K**

Kaepernick  11:10

kid  18:23

kill  12:8,22 13:23 18:4 19:17

killed  18:8

kind  34:5 36:19

knee  12:7,22 13:22, 24 15:5,11 26:5

kneeled  11:12

knew  12:6,21

knowing  29:15,17

Kyle  8:17 42:5

**L**

lady  18:25 32:16

late  8:17

Laughing  37:4 41:1

Laughter  27:16 42:1 44:8

leave  5:9,14 40:9,16

leg  16:20

level  4:16

**Harris County Constable Precinct 3 Staff Meeting Transcription** lie..officer

lie 27:2

Lieutenant 4:21

life 7:9 9:19 42:25

limp 19:3,5

List- 18:16

listen 10:15 18:18 21:3 22:11 23:16,25 24:19 30:5

lit 34:10

livelihood 28:12

livelihoods 22:14

lives 10:6 11:3,4,6,7 22:8,10,14 24:8,13

load 34:24

location 34:25

lone 30:9

long 7:1 44:14

longer 8:13 28:22

looked 6:25 32:6

loot 37:1

looting 22:13,22 35:1

lost 42:23 43:1,13

lot 5:23 6:21,22 10:2, 4,14 33:4

loud 37:15

loves 12:18

### M

ma- 11:6

mad 22:22,24 27:2

made 23:11,12 26:20 32:17

MAJOR 4:2,5,7,15 5:12 6:8,17 7:24 8:14,16,23 9:2,23 11:17,22 12:2 13:1,4, 6,8,10,13,16,18 20:12,14,19,22 21:5, 8,11,15,18,21,23 23:6,22 24:12 26:9,

20 27:1,8,13,18,21 28:6,15 29:9,22 30:7, 17,19,25 31:7,18 32:2,13 33:14 34:12, 18 35:8,25 36:14,23 37:3,5,8,12 39:12,15, 17 41:3,6,20,22,24 42:2,5 43:14,22 44:3, 11,16,22,25

major- 14:4

Majority 14:7

make 5:21,22 43:3

makes 22:4 26:16

making 5:24

MALE 4:4,6,14 5:11 9:1 10:8,10,17,20 13:25 14:3,5,7,8,9, 10,11,12,14,15,16, 17,19,20 15:4,7,8,13, 16 17:11,14,17,20,22 19:4,7,10,11,14 20:5, 10 21:14,17,20,22,24 22:1 23:15,17,20 25:3,8,9,11,18,21,25 26:17,19,22 27:6,23 28:1,4,14 29:24 30:2, 22 31:2,5,10 32:11, 15,19,21,24 33:2,5,8, 10 34:9 35:5,7,9,11, 13,16,17,18,19,21,22 36:21 37:10,24 38:2, 5,7,10,12,15,16,18, 20,23,25 39:20,22,25 40:4,6,10,15,16,18, 21 41:11,15 42:3,11, 15,20,21 43:9,10,16 44:2,9,19,24

mama 7:22

man 7:18,19 12:9,22 17:13 18:21,22 19:3, 22 20:1,3,8 22:11 23:5 27:24 29:11 38:2,7 39:19,24 40:14 41:5 42:7,17 43:6

man's 7:11,18 41:9

manpower 36:10

matter 10:7 11:3,4,6, 7 22:8,10 24:8,13

29:4 40:18

meant 12:5,15

media 32:16

medical 15:21

meet 33:15 37:13

meeting 4:21 28:25

men 8:1

mention 42:10

message 24:22,24 25:1

messages 5:15 7:1

mind 10:1 23:2

mine 14:25 34:5

Minnesota 4:8 8:18, 22,24 9:10

minutes 7:10,12 18:22

mistook 4:9

mom 42:23 43:13

moms 43:2

monkeys 8:12

Montgomery 35:22

morning 8:11 31:13 33:10 34:10 43:25

mornings 31:9

mother 43:1

Mother's 42:23 43:2,5,12

motherfucker 27:2

mothers 43:5

motivated 9:15,16

mouth 7:22

movement 11:3,7 24:8

moving 11:11 42:19

### N

National 35:6

neck 7:10,11,13 12:7,22 13:22 15:6, 11 20:9 26:5

needed 29:1 32:8

NFL 11:12

ni- 9:19

niece 34:9

night 5:13

noise 37:16

nose 7:18 19:1

### O

offe- 24:25

offend 8:9 24:25 25:1

offended 5:10 8:6 23:9,10 24:23 27:15, 21 42:18

offends 42:9,22

offensive 5:16

officer 6:7,16,19 7:25 8:15,21 9:22,24 10:13,19,22 12:1,3, 10,12,13,14,23,25 13:3,5,7,9,12,15,17, 20 15:5,12,14,25 16:2,10,13,23,24 17:2,5,7,8,9,13,16, 19,21,25 18:6,7,9,10, 12,13,15,16,17,18, 20,21 19:5,9,13,15 20:7,11,13,18,21 21:3,7,10,25 22:2 23:16,19,21,24 24:15 25:7,16,20,22 26:8, 18,24 27:17,19 28:3, 5 29:7,20 30:1,5,16, 18,20 31:4,6,8,12 32:1,18,20,23 33:1,3, 6,9,12,19 34:3,14 36:1,4,8,12 37:2,4,7, 15,20,22,23,25 38:1, 4,6,9,14,19,21 39:2, 4,5,8,9,11,14,16,18, 21,24 40:2,5,8,13,20, 23 41:1,2,4,8,14,18, 21,23,25 42:6,13,17

**Harris County Constable Precinct 3 Staff Meeting Transcription** officers..shit

43:15 44:12

**officers** 11:15 22:17 34:24 36:5

**one's** 40:6

**one-on-one** 4:20

**ongoing** 23:12

**open** 17:20 41:16

**opinion** 11:24,25 14:23 20:15 21:6,9 29:4

**opinions** 14:25

**overtalk** 10:9 11:21 14:2 16:1,12 19:12 21:4 23:14 26:25 27:12,20,25 30:24 33:13 34:2 36:3,7,11 37:19,21 39:1 40:12 44:21

**overwhelm** 36:8

**owner** 22:15

**P**

**paid** 24:4

**park** 33:25 34:5

**parked** 34:7

**Parker** 43:23 44:23, 24

**parking** 33:4 40:24, 25

**part** 5:16 14:10,24 17:23 18:25 31:19 41:10

**Pasadena** 29:12

**patrol** 6:5 31:21

**pay** 6:23 10:3

**Peacefully** 22:17

**people** 5:8,14 7:17 8:6 11:9,10 15:19 16:14 22:13,16,23 24:23 26:2 30:8 31:25 32:3 34:22 36:2,17 37:16,22 38:11 39:10 41:5

**people's** 16:18 22:14

**percent** 12:9 25:5

**Pereda** 32:4 43:14, 15

**period** 12:22

**person** 28:21

**person's** 9:18

**phone** 6:24

**picture** 16:3

**Piggly** 37:1

**place** 22:20

**play** 31:21

**pockets** 34:24

**point** 11:1 22:3 36:24

**police** 9:15 11:14 22:17 28:23

**policing** 31:19

**politics** 7:7

**popped** 33:12

**porn** 27:15

**position** 6:2,3

**positive** 12:9

**post** 5:5

**prank** 31:25 32:3

**pranks** 32:2

**pre-** 15:21

**prec-** 35:14

**Precinct** 39:22

**preexist-** 15:23

**preexisting** 15:21

**pressing** 29:1

**pretty** 32:14

**previously** 5:2

**problem** 6:9 16:6 18:2 23:13 40:19

**Proceeding** 41:15

**proceedings** 45:5

**proportion** 26:6

**protest** 34:13,15,21 35:1,2 36:18,19

**protesters** 33:16

**pulse** 7:16 19:1

**pumping** 19:21

**purpose** 18:17

**put** 20:2 22:2 27:7 33:23

**putting** 15:5

**Q**

**question** 14:21 19:16 20:21 35:10

**questioning** 14:15

**quick** 38:22

**R**

**race** 9:19 14:21 17:23

**racially** 9:15,16

**racism** 25:13

**racist** 5:4 26:18,21 28:7 32:17

**racists** 25:12

**rain** 36:19 44:6

**read** 25:19

**reason** 4:3 10:4,14 12:3,15 22:18 25:4

**recently** 43:1

**related** 5:1 8:19 9:4, 14

**religion** 17:23

**reload** 38:22

**remained** 7:13

**remember** 4:11 7:15 9:7 10:6 22:7 23:1,2 24:9,16,17

**remove** 4:23 6:10

**removed** 5:17

**request** 6:10

**Restraint** 36:14

**result** 20:3

**rights** 4:25

**riot** 33:3 36:25

**rioting** 33:2

**rocks** 22:24

**roll** 16:18 31:20

**room** 8:2,4

**rubbed** 24:7

**rubber** 34:20

**Ruining** 22:14

**S**

**sacrifice** 28:12

**sad** 41:8,10 43:4

**save** 28:13

**scared** 39:8,11

**scenario** 17:3,10

**seconds** 7:11,12 18:22

**secret** 28:20,22

**secrets** 28:22

**Segero's** 15:1

**seizures** 37:17

**send** 8:8 24:23,24 25:1 27:15 44:7

**sends** 16:8

**Serge** 18:3 20:8

**served** 4:20

**sex** 17:23

**sheer** 16:7

**shipped** 35:23

**shit** 22:13 25:15 28:1 32:12 33:22 39:10 43:24

Harris County Constable Precinct 3 Staff Meeting Transcription's..Troy's

shit's  33:25 34:8

shitty  29:16,18,21

shock  16:7

shooting  7:3 22:23 38:3,8,14,16

shootings  9:15

shut  28:7,9 34:16 35:21 36:9

si-  34:4

sign  34:15 35:14

significant  33:9

simply  24:13

single  12:8,21 13:22, 23

singular  12:17

sir  4:6,14 41:21

sit  22:5

sitting  6:24 8:2

social  32:16

solely  5:21

some-  34:7

someone's  16:5 33:25

son  7:23

sound  23:12

sounds  29:24

South  33:17

speak  9:13 41:12

SPEAKER  4:4,6,14 5:11 9:1 10:8,10,17, 20 13:25 14:3,5,7,8, 9,10,11,12,14,15,16, 17,19,20 15:4,7,8,13, 16 17:11,14,17,20,22 19:4,7,10,11,14 20:5, 10 21:14,17,20,22,24 22:1 23:15,17,20 25:3,8,9,11,18,21,25 26:17,19,22 27:6,23 28:1,4,14 29:24 30:2, 22 31:2,5,10 32:11, 15,19,21,24 33:2,5,8,

10 34:9 35:5,7,9,11, 13,16,17,18,19,21,22 36:21 37:10,24 38:2, 5,7,10,12,15,16,18, 20,23,25 39:20,22,25 40:4,6,10,15,16,18, 21 41:11,15 42:3,11, 15,20,21 43:9,10,16 44:2,9,19,24

speaking  23:23

specific  24:18

spent  23:8

SRT  36:17

staging  34:23

stance  11:14

stand  28:16

standing  7:14

start  16:19 39:9 41:4,5

started  10:7 15:17 23:2

starts  31:20 35:4

state  37:23

statement  24:22

station  33:17 34:10

stayed  19:6 20:3,9

sticks  10:1

stomach  7:21

stop  19:22 23:3

story  29:17

street  28:9 40:14

stuck  10:6 11:2

stuff  7:5,6 8:10 10:2 25:5 32:25 35:2

stupid  22:14,24

Suarez  27:9 32:3 42:2

Suarez's  15:1

subject  37:11

subjects  11:20

sucks  16:24 20:6

supervisor  6:6 29:18

supervisors  29:10, 13,21

supposed  15:23 22:19

swoop  39:7

———————

T

———————

takes  15:1

taking  22:18 41:9

talk  4:8 5:22 7:5 8:7, 11 9:9 25:12,22 29:6 32:8 37:13 43:17,20

talked  5:23 7:6 28:25 29:14

talking  8:12 11:18 22:20 25:14 32:9,21 43:1,4,11

taser  15:22

tasing  15:19,20

tear  34:16,19

tearing  39:10

telling  7:16,17,19 18:23,25 19:1

tells  31:19

text  4:9,21,23 5:9,15 6:10,12,15 7:9 8:7, 11,20,22,25 9:3,6 12:4 14:1 18:2,4 23:8,12 24:22,24 25:1,14,21 26:1,15 28:24 30:10,11,13 31:13 32:6

texted  30:12

texting  6:22

texts  5:14 8:8 17:15 24:23 26:10

texture  18:2

thing  5:13 6:21 7:21 10:1,5,7 11:1 12:8 13:22 15:2 16:15

22:6,8,9 23:5 24:9 29:8 30:21 31:13 37:16 41:8 42:6

things  5:19 8:6 19:21 26:12

Thomas  41:24,25

thread  32:16

throwing  22:24

throws  37:17

till  6:1

time  5:18 7:2 32:4

times  5:23 6:4,22 10:5,14 30:10

tired  9:6 21:19

today  34:13 36:17

told  5:5,12,13 6:5,6 12:18,20 27:11,14 28:10,18

tomorrow  34:13 36:17

tomorrow's  36:17

tone  27:11

top  18:22 23:3 24:7

top-  6:19

topic  4:17 6:14,18,20 9:4 20:25 21:15 24:18

topics  23:9,10 24:2

tore  16:20

touched  24:10

trash  45:3

Troy  4:10,11 5:5,12, 22 6:4,7 12:1,3,12, 14,25 13:3,5,7,9,12, 15,17,20 15:10,25 16:2,13,24 17:5,8 18:6,9,12,15,17,20 33:19 34:3 37:20,22 38:1,4 39:2,5,9,16, 18,21 40:23 41:2,4,8 44:12

Troy's  5:4 14:25

Southwest Reporting & Video Services, Inc.     Registration #189
713-650-1800                    swreptproduction@swreporting.com

**Harris County Constable Precinct 3 Staff Meeting Transcription** Trump..young

**Trump** 38:20

**turn** 10:3 28:21

**turned** 9:8 11:16

**turning** 21:19 25:6

---

**U**

---

**Uh-huh** 4:4 19:4 35:16

**Uh-uh** 32:13 35:8 36:23

**uncomfortable** 22:4

**unconscious** 7:13 19:2

**underlying** 4:12

**underneath** 19:3

**understand** 19:19 24:1 36:13

**unintelligible** 7:1 10:16 13:9,25 16:5, 17 17:4,6,7 23:1 32:1 33:23 34:11 35:7 36:22 38:18,24 40:2 41:5 42:4 43:7 44:10, 13

**unintelligible]** 31:15

**unit** 4:17 6:13 26:16 30:8

**UNKNOWN** 4:4,6,14 5:11 9:1 10:8,10,17, 20 13:25 14:3,5,7,8, 9,10,11,12,14,15,16, 17,19,20 15:4,7,8,13, 16 17:11,14,17,20,22 19:4,7,10,11,14 20:5, 10 21:14,17,20,22,24 22:1 23:15,17,20 25:3,8,9,11,18,21,25 26:17,19,22 27:6,23 28:1,4,14 29:24 30:2, 22 31:2,5,10 32:11, 15,19,21,24 33:2,5,8, 10 34:9 35:5,7,9,11, 13,16,17,18,19,21,22 36:21 37:10,24 38:2,

5,7,10,12,15,16,18, 20,23,25 39:20,22,25 40:4,6,10,15,16,18, 21 41:11,15 42:3,11, 15,20,21 43:9,10,16 44:2,9,19,24

**upset** 43:12

**upstairs** 22:7

---

**V**

---

**versus** 4:20 24:14 26:10

**Vics** 40:24

**views** 20:17

**VILLARREAL** 4:2,5, 7,15 5:12 6:8,17 7:24 8:14,16,23 9:2,23 11:17,22 12:2 13:1,4, 6,8,10,13,16,18 20:12,14,19,22 21:5, 8,11,15,18,21,23 23:6,22 24:12 26:9, 20 27:1,8,13,18,21 28:6,15 29:9,22 30:7, 17,19,25 31:7,18 32:2,13 33:14 34:12, 18 35:8,25 36:14,23 37:3,5,8,12 39:12,15, 17 41:3,6,20,22,24 42:2,5 43:14,22 44:3, 11,16,22,25

**violence** 34:16

**voice** 20:15

---

**W**

---

**Wait** 10:8

**walk** 25:5 28:21

**walked** 14:22 24:3

**Walmart** 33:3 37:1

**wanted** 4:22 5:16,17 18:5

**wanting** 30:3

**washed** 44:15

**watched** 15:2

**water** 37:18

**weekend** 23:9 27:2

**well-versed** 4:24

**WHITTINGTON** 6:16,19 7:25 8:15,21 9:22,24 10:13,19,22 12:10,13,23 15:12,14 16:10,23 17:2,7,9,13, 16,19,21,25 18:7,10, 13,16,18,21 19:5,9, 13,15 20:7,11,13,18, 21 21:3,7,10,25 22:2 23:16,19,21,24 24:15 25:7,16,20,22 26:8, 18,24 28:3,5 29:7,20 30:1,5,16,18,20 31:4, 6,8,12 32:1 41:14,18 42:6,13,17

**Wiggly** 37:1

**wisecracks** 9:16

**wolf** 30:9

**Woods** 42:5

**word** 16:16

**worded** 26:1

**words** 30:9

**work** 10:25 22:16 28:22,23 29:15,17

**worked** 7:14

**working** 30:21 31:16

**Worried** 32:11

**worry** 45:1

**worse** 29:13,15,17 40:23

**worst** 41:10

**worth** 9:19

**wrong** 7:4,5 24:7

---

**Y**

---

**y'all** 5:25 6:22 28:18 31:13 43:1,4,17

**y'all's** 6:2

**year** 42:24

**years** 22:25 42:24

**yesterday** 33:15 36:18

**young** 8:1

**Southwest Reporting & Video Services, Inc.    Registration #189**
**713-650-1800**                    **swreptproduction@swreporting.com**