

**10:39** .ıll 5GE

‹ 191

10 People ›

S  Let the games begin

Jack Jolly

JJ  Yep all hell gonna break loose

Sgt Barringer

George Floyd died Monday from a combination of preexisting health conditions exacerbated by being held down by Minneapolis officers, not from strangulation or asphyxiation, based on the medical examiner's initial report.

Preliminary findings from a Tuesday autopsy conducted by the Hennepin County Medical Examiner found "no physical findings that support a diagnosis of traumatic asphyxiation or strangulation," according to the criminal complaint filed Friday.

HOME    POLITICS    CULTURE    NEWS    OF

# Asphyxiation not the cause of



Text Message

    CONFIDENTIAL



10:39    .ıll 5G E 🔋

10 People ›



So what the hell this mean? Regardless the man was having trouble breathing because that Coward had his weight on him.  His death was due to his action!

+1 (832) 371-5989

Doesn't matter, they won't care about the ME's report.

Did you read the first paragraph?

Major Villarreal

Y'all take me out of this thread

No Maj.!!  U should be apart!! Enough is enough!!  This mess need to be address.  I have kept my mouth shut 90% of the time when this topic is brought up in this Unit. That out of control Cop killed that man.  Just so happen it was a White Cop on a Black Man.  This issue needs to be address.  Conversation need to be had.  From this point on I will no longer turn a deaf ear to conversations in this Unit.

Text Message



    CONFIDENTIAL



**10:40**    .ıll 5Gᴇ ▬

< 191

**10 People** >

Sgt Barringer

Bert, u honestly think that cop intended to kill that man? Come on bro.

Major Villarreal

Burt I'm not gonna allow you or anybody else to give me a tongue lashing on text I'm asking that everyone remove me from this text we will discuss it on Monday I'm in a meeting with Lt Evans and I'm going home on my time to have dinner.  I want everybody at <u>9:04</u> at 8:30 am on Monday.

Sgt Barringer



+1 (832) 371-5989

Yes sir

Kyle Cornelius

Clr sir

Ross Woods

Clr 🍺🇺🇸

Gorge Suarez

They both had the wrong it was not

 Text Message ↑





**10:40**

191

10 People >

Gorge Suarez

> They both had the wrong it was not just the cop. Yes the cop did wrong and yes its his fault he killed him. However  george did not end up on the floor in the first place for no reason. George is on the floor because he disregarded whatever commands the cop gave him from the start. So yes I think they are both at fault, however the cop should have gotten off george as soon as his back up arrived and just watched him while standing he should have not kept on him even though his back up had arrived.

Sgt Barringer

> We can all have our own opinion, but at the end of the day, I love you like a brother Bert😘

Mon, Jun 1, 8:16 AM

Ross Woods

> Meeting location?!?

Major Villarreal

> Roll call room

Skero

> 5 out

Text Message







4:21-cv-03220 BWW PROD RESP 000008                    CONFIDENTIAL