UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| BERT W. WHITTINGTON | § | |
| Plaintiff, | § | |
| | § | |
| | § | |
| v. | § | Civil Action No. 4:21-cv-3220 |
| | § | |
| KIRK WAYNE BONSAL, ET AL. | § | |
| Defendants. | § | |

## AFFIDAVIT OF ISAAC VILLARREAL

BEFORE ME, the undersigned authority on this day personally appeared **ISAAC VILLARREAL,** known to me to the person whose name is subscribed hereto, who being first duly sworn in the manner provided by law, on oath stated as follows:

1. "My name is Isaac Villarreal. I am over the age of eighteen and have never been convicted of a crime. I am of sound mind and fully competent to execute this affidavit. The facts stated in this affidavit are based on my own personal knowledge and are true and correct to the best of my knowledge.

2. I am currently employed by Harris County as a Major at Harris County Constable Precinct 3. I manage the Crime Interdiction Unit (CIU) above Sergeant Troy Barringer.

3. A group text within the CIU was circulated following the toxicology report of George Floyd.

4. In the group text, Bert Whittington made a comment that he would no longer turn a deaf ear to comments in the unit.

5. Due to the fact that I had no knowledge or understanding of the meaning behind Bert Whittington's statement and because he made the statement on a group text, I called a mandatory meeting on June 1, 2020 with the members of the CIU.

6. Close working relationships between deputies are essential to keep officers safe.

7. The purpose of the meeting was to gain an understanding of Bert Whittington's concerns within the unit so concerns could be heard and addressed.

8. Since this was a mandatory work meeting that I initiated, I directed the meeting and made it clear that during the meeting we would not discuss anything going on in other parts of the country but that we were only going to discuss what is happening within the unit.

1

9. At no time during the meeting did Bert Whittington communicate that he was discriminated against in the workplace based on his race or color.

10. Bert Whittington communicated that his statement in the text were related to concerns that on another occasion a statement was made that "all lives matter" in response to the Black Lives Matter movement and such statement was offensive to him.

11. Bert Whittington has never complained of race or color discrimination or retaliation based on race or color".

By: _____
ISAAC VILLARREAL

SWORN TO AND SUBSCRIBED before me the said _____ on this the __16__ day of December, 2022.

_____
Notary Public in and for the State of Texas

PAULETTE GREEN
Notary Public, State of Texas
My Commission Expires
June 02, 2026
NOTARY ID 13140276-6