**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **BERT W. WHITTINGTON** | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **Civil Action No. 4:21-cv-3220** |
| | § | |
| **KIRK WAYNE BONSAL, ET AL.** | § | |
| **Defendants.** | § | |

**AFFIDAVIT OF TROY BARRINGER**

BEFORE ME, the undersigned authority on this day personally appeared **TROY BARRINGER,** known to me to the person whose name is subscribed hereto, who being first duly sworn in the manner provided by law, on oath stated as follows:

1. "My name is Troy Barringer. I am over the age of eighteen and have never been convicted of a crime. I am of sound mind and fully competent to execute this affidavit. The facts stated in this affidavit are based on my own personal knowledge and are true and correct to the best of my knowledge.

2. I am currently employed by Harris County as a Sergeant at Harris County Constable Precinct 3 who oversees the Crime Interdiction Unit (CIU). I am Bert Whittington's direct supervisor, and my direct supervisor is Major Isaac Villarreal.

3. I circulated the toxicology report of George Floyd within a group text that contained members of the CIU .

4. In the group text, Bert Whittington made a comment that he would no longer turn a deaf ear to comments in the unit.

5. Major Villarreal called a mandatory meeting with members of the CIU to determine the meaning behind Bert Whittington's statement so any issues could be addressed.

6. I attended the meeting on June 1, 2020 with the members of the CIU, including Bert Whittington. Bert Whittington communicated statements that personally offended him.

7. During the meeting Bert Whittington made no complaints about race or color discrimination in the workplace.

8. Bert Whittington has never complained of race or color discrimination or retaliation based on race or color".

1

By: _____
**TROY BARRINGER**

SWORN TO AND SUBSCRIBED before me the said _Troy Barringer_ on this the _16th_ day of December, 2022.

Notary Public in and for the State of Texas

PAULETTE GREEN
Notary Public, State of Texas
My Commission Expires
June 02, 2026
NOTARY ID 13140276-6

2