## SEPARATION OF LICENSEE (F-5)

### LICENSEE INFORMATION (Occupations Code 1701.452)
**Non-refundable $35 fee for paper form. Money order, agency or cashier's check. (5541)**

| 1. TCOLE PID | 2. Last Name | 3. First Name | 4. M. I. | 5. Suffix (Jr., etc.) |
|---|---|---|---|---|
| 419838 | WHITTINGTON | BERT | W | III |

| 6. Date of Birth | 7. Home or Permanent Mailing Address | 8. City |
|---|---|---|
| ███ | ███ | ███ |

| 9. State | 10. Zip Code | 11. Phone Number | 12. Email |
|---|---|---|---|
| ███ | ███ | | ███ |

**13. APPOINTMENT**

[X] Peace Officer  ☐ County/Contract Jailer  ☐ Telecommunicator  ☐ Medical Corporation P.O.

☐ Public Security Officer  ☐ Reserve Officer (licensed reserve or conditional only)

| 14. TCOLE Agency Number | 15. Appointing Agency |
|---|---|
| 201103 | HARRIS CO. CONST. PCT. 3 |

16. DESIGNATION OF SEPARATION: (Check only one).
Report must be submitted not later than the seventh business day after the date the license holder:
(1) resigns, retires, or separates from the agency: or
(2) exhausts all administrative appeals available to the license holder if the license holder was terminated based on an allegation of misconduct. Occupations Code 1701.452.

17. Date Appointed: _____1/30/2017_____    18. Date of Separation: _____8/28/2020_____

☐ **Honorably Discharged**

   Retired, resigned, or separated from employment with or died while employed by a law enforcement agency while in good standing and not because of pending or final disciplinary actions or a documented performance problem.

[X] **General Discharge**

   (A) was terminated by, retired or resigned from, or died while employed by a law enforcement agency and the separation was related to a disciplinary investigation of conduct that is not included in the definition of dishonorably discharged; or
   (B) was terminated by or retired or resigned from a law enforcement agency and the separation was for a documented performance problem and was not because of a reduction in workforce or an at-will employment decision.

☐ **Dishonorably Discharged**

   (A) was terminated by a law enforcement agency or retired or resigned in lieu of termination by the agency in relation to allegations of criminal misconduct; or
   (B) was terminated by a law enforcement agency or retired or resigned in lieu of termination by the agency for insubordination or untruthfulness.

### ATTENTION LICENSEE:

To appeal this F-5 Report, you must complete and submit to TCOLE a "Petition to Correct" form within 30 days after receipt.
If this is your second dishonorable discharge on an F-5 Report, your license will be suspended upon TCOLE's receipt of this document. Failure to timely appeal a second dishonorable discharge with a petition to correct form will result in the revocation of your license.

19. I, chief administrator or designees, attest that this is a true and accurate explanation of the circumstances under which this person resigned or was terminated.

A copy of this F-5 was provided to the person as required by Occupations Code 1701.452, in 7 business days by:

[X] Hand delivery on _____8/28/2020_____    ☐ Certified mail on _____
                         Date                                            Date

Kirk Bonsal                                       Signature: K.W. Bonsal          Date: 8-28-20

Agency Administrator or Designee (Type or Print)
Submitted by: KirkB

**EXHIBIT 1**