

# Harris County Constable Precinct Three

# INTERNAL AFFAIRS DIVISION
## Complaint Form

**IAD Case # 2020-A-002**

On **June 15, 2020**, I, **Chief Kirk Bonsal**, appeared before the HCCO Pct. 3 Internal Affairs Division to make the following complaint against HCCO Pct. 3 employee(s) **Deputy Bert Whittington.**

My complaint is   Deputy Bert Whittington may have violated the following policies; Mishandling of evidence- lost, unaccounted for 14.8 grams of a controlled substance reference case number 2005-00426 associated with an arrest made on May 28, 2020.

600.8 PROPERTY ROOM COLLECTION, INVENTORY & STORAGE  A. Property Collection (b).Deputies count, verify, test, and weigh controlled substances (or suspected controlled substances) prior to sealing them in containers or bags. The deputy then weighs the bag and notes "BW" (for bag weight) and the total weight in grams on the outside of the bag. The bag weight is entered in the property description line as "Marijuana BW 13 grams" or similar.  (c). Stores each item in the approved temporary locations.

I, **Chief Kirk Bonsal**, can read and write the English language, and I hereby certify that I have thoroughly read the foregoing written complaint consisting of (1) page(s); That I have been given an opportunity to make any necessary corrections and that I have made all such corrections.  I further swear and affirm that all factual statements made by me and contained in the foregoing written complaint are true and correct.

_____          6·15·20
**Chief Kirk Bonsal**                              **Date**

Sworn and subscribed to before me the undersigned authority, while engaged in, and related to, the performance of my duties as a Peace Officer for the State of Texas on this 15 day of June , 2020,A. D.

_____          6·15·20
**Robert Duffy, Lieutanant**                   **Date**
**Internal Affairs Division**

Rev 3/16

**EXHIBIT 2**
HC - 0136