

# CONSTABLE SHERMAN EAGLETON
## HARRIS COUNTY PRECINCT 3



# Complaint Form

On July 28, 2020 I, Chief Deputy Kirk W. Bonsal, appeared before the HCCO Pct. 3 Internal Affairs Division to make the following complaint against HCCO Pct. 3 employee(s) **Deputy Bert Whittington.**

My complaint is Deputy Bert Whittington violated the below policies during an arrest that occurred on May 28, 2020. Deputy Whittington deployed his patrol canine (K-9) and failed to recall or call his Canine back after an arrestee put his hands up and gave up. Records indicate that Deputy Whittington failed to complete the report or reports for this incident in a timely manner. The body worn camera footage appears to be different then what was documented in the incident report submitted by Deputy Whittington.

## 503.4 USE OF FORCE AND K9 BITE PROCEDURES

Officers may only use that degree of force that is reasonably necessary to apprehend or secure a suspect as governed by the department's use of force policy.

## 200.2 RESPONSE TO RESISTANCE POLICY

While the type and extent of force may vary, it is the policy of this department that deputies use only that amount of objectively reasonable force which appears necessary under the circumstances to successfully accomplish the legitimate law enforcement purpose in accordance with this policy.

## 507.7
## Report Completion

Employees will complete and owner approve all reports written during their shift.

## 402.2.2 REPORT WRITING

(b)    Employees shall not suppress, conceal or distort the facts of any reported incident, nor shall any employee make a false report orally or in writing.

701 W. Baker Rd., Baytown, TX 77521          Phone: (713) 274-2530          Fax: (713) 274-2554



# EXHIBIT 3
HC - 0011



# CONSTABLE SHERMAN EAGLETON
## HARRIS COUNTY PRECINCT 3

I, **Chief Deputy Kirk W. Bonsal**, can read and write the English language, and I hereby certify that I have thoroughly read the foregoing written complaint consisting of 1 page(s); That I have been given an opportunity to make any necessary corrections and that I have made all such corrections. I further swear and affirm that all factual statements made by me and contained in the foregoing written complaint are true and correct.

Kirk W. Bonsal, Chief Deputy
Harris County Precinct 3
Constable's Office

Sworn and subscribed to before me the undersigned authority, while engaged in, and related to, the performance of my duties as a Peace Officer for the State of Texas on this the 28th day of July, 2020 A. D.

Henry Elkin, Patrol Commander          **07/28//2020**

701 W. Baker Rd., Baytown, TX 77521          Phone: (713) 274-2530          Fax: (713) 274-2554

HC - 0012