

# HARRIS COUNTY
## HC•SO
### SHERIFF'S OFFICE

THE HARRIS COUNTY SHERIFF'S ACADEMY CERTIFIED BY
THE TEXAS COMMISSION ON LAW ENFORCEMENT ATTESTS THAT

## *BERT W WHITTINGTON III*

HAS SUCCESFULLY COMPLETED 360 HOURS OF COURSE INSTRUCTION ENTITLED

**K9 Handler Course – Level I**

GIVEN THIS 27th DAY OF JUNE, 2019





*Skero*
EXHIBIT NO. 7
6-27-22
Lucy Johnston

_____
**Sheriff of Harris County**

_____
*Academy Director*

EXHIBIT 4

HC 1999