**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **BERT W. WHITTINGTON,** | § | |
| **Plaintiff,** | § | |
| | § | |
| | § | |
| **v.** | § | **Civil Action No.: 4:21-cv-3220** |
| | § | |
| **KIRK WAYNE BONSAL, *ET. AL.*,** | § | |
| **Defendants.** | § | |

## DEFENDANT'S PROPOSED VOIR DIRE QUESTIONS

Defendant, Harris County ("Defendant") respectfully submits the following proposed Voir

Dire questions:

1.      The Plaintiff in this case is Bert Whittington, a former deputy constable with Harris

County Constable Precinct 3. Do you or any member of your family know Mr. Whittington? If

so, in what manner?

2.      Mr. Whittington is represented in this case by Philip Orth.  Do any of you or any

of your immediate family members know this attorney?  If so, in what manner?

3.      Mr. Whittington worked for Harris County Constable Precinct 3.  Have any of you

or has any member of your immediate family ever worked for Harris County Constable Precinct

3 or Harris County?  If so, please explain.

4.      Do any of you know anyone who has worked for or who is currently working

for Harris County?  If so:

      a.      Please state the name of that employee and what department they work.

      b.      Please state the nature of the acquaintance; and

      c.      Would your acquaintance with that person prevent you from being a

            fair and impartial juror in this case?

1

5.      Have you or has any member of your immediate family ever had a dispute, claim or lawsuit against or with Harris County?   What type of claim was it?  Would the nature of or the outcome of that dispute, claim or lawsuit prevent you from being a fair and impartial juror in this case?

6.      The attorneys representing Harris County are Melissa G. Martin and Radha Thiagarajan and they are also joined by their paralegal Tina Drewke.   Ms. Martin, Ms. Thiagarajan, and Ms. Drewke are all employed with the Harris County Attorney's Office.

    a.      Do any of you know any of these individuals?

    b.      If so, how do you know these individuals?

    c.      Would your relationship with these individuals impact your ability to be fair and impartial in this case?

7.      The following witnesses are expected to testify in this case.  Do you know any of them, and, if so, in what manner?

*See Plaintiff's Witness List and Defendant's Witness List.*

8.      Have you or has any member of your immediate family ever been a plaintiff or a defendant in a civil lawsuit?  If so:

    a.      Please state whether you were a plaintiff or a defendant;

    b.      Please state the nature of the suit; and

    c.      Is there anything about that experience that would affect your ability to be fair and impartial in this case?

9.      Have you or any member of your immediate family ever served on a jury? If so, please describe the nature of that trial and whether a verdict was reached. Was there anything about that experience as a juror that would make it difficult for you to be fair and impartial and

decide this case solely on the evidence and instructions given to you by this Court?

10.     Do you have any legal training, or do you have any immediate family members or close associates who are attorneys or judges?

11.     Have you or has any member of your immediate family ever been a plaintiff, a defendant, or a witness in a case involving employment discrimination?  If so:

      a.     Please state in what capacity you appeared (i.e. Pltf, Def, Witness);

      b.     Did the suit involve a government entity or law enforcement agency?

      c.     Was there anything about that experience that would make it difficult for you to be fair and impartial and decide this case solely on the evidence and instructions given to you by this Court?

12.     Have you or has any member of your immediate family ever been fired or dismissed from a job?  If so, please explain. Was there anything about that experience that would make it difficult for you to be fair and impartial and decide this case solely on the evidence and instructions given to you by this Court?

13.     Have you or has any member of your immediate family ever sued or threatened to sue an employer, supervisor, or fellow employee?  If so, please explain. Was there anything about that experience as a juror that would make it difficult for you to be fair and impartial and decide this case solely on the evidence and instructions given to you by this Court?

14.     Have any of you ever filed a charge of discrimination with the Equal Employment Opportunity Commission, the Civil Rights Division of the Texas Workforce Commission, the National Labor Relations Board, or any other governmental agency?  If so, please explain. Is there anything about that experience that would make it difficult for you to be fair and impartial and decide this case solely on the evidence and the instructions given to you by

this Court?

15.     Have you ever had a conflict with an employer regarding job performance? If so, please explain.

16.     Have you ever complained about discrimination, harassment, or unfair treatment in the workplace? If so, please explain.

17.     Have you or any member of your immediate family ever been in a position where you were required to discipline or terminate another employee? If so, please describe.

18.     Do any of you supervise employees or make personnel decisions? If so, please describe your role.

19.     Is there anyone who feels that if an employee feels he or she was treated unfairly this could also mean that the employee was subject to unlawful discrimination?

20.     Do you have any strong opinions about law enforcement or law enforcement officers? If so, please explain.

21.     Many people have formed opinions about law enforcement based on widely publicized events in recent years. Have any such events influenced your views about law enforcement? If so, please explain.

22.     Have you or any member of your immediate family served in the military? If so, please describe.

23.     Do you hold any beliefs or experiences related to military service that might sway your opinion more one way because someone served in the military? If so, please explain.

24.     Would you tend to give more or less credibility to testimony from a law enforcement officer? If so, please explain.

25.     Do you believe government entities or law enforcement offices are more likely to

act unfairly than private employers? If so, please explain.

26.    Do any of you believe that a plaintiff, that is, a person who sues someone else, is automatically entitled to recover something just because he or she brought the lawsuit?  If so, please explain.

27.   Our judicial system provides that it is up to the plaintiff to prove his allegations by a preponderance of the credible evidence.   It is not up to the defendant to disprove the plaintiff's charges.  If the plaintiff fails to convince you that his allegations in this lawsuit are true, would any of you have any difficulty returning a verdict for Harris County?

28.    The Court will explain to you that you are not only the sole triers of the facts of this case, but also that you must make your determination in accordance with the Court's instructions and in accordance with the rules of law.  No matter what your opinion of what the law ought to be, you are required to base your verdict on the law as given by the instructions of the Court, whether or not you personally feel that the verdict is fair.  Do any of you feel that you cannot carry out this responsibility?

29.    Do any of you have any personal or business problems which would preoccupy you and which would prevent you from giving your undivided attention to this case, if selected to serve on the jury?  If so, please explain.

30.    Do any of you know of any reason why you cannot fairly and impartially try the issues of this case solely on the evidence presented and the law given to you by the Court, if selected to be on the jury?    If so, please explain.

31.    Do I have everyone's promise to wait until all of the evidence is in before you make up your mind?

32.    For the presentation of evidence, is your learning style, auditory or visual?

32.      Is there anything you would prefer to discuss in private?

Respectfully submitted,

By:    */s/ Melissa G. Martin*
**MELISSA G. MARTIN**
Senior Assistant County Attorney
State Bar No. 24039035
Federal Bar No. 38613
Tel: (713) 274-5354 (direct)
Fax: (713) 755-8823
melissa.martin@harriscountytx.gov
**RADHA THIAGARAJAN**
Senior Assistant County Attorney
State Bar No. 00784154
Federal Bar No. 20217
Radha.Thiagarajan@harriscountytx.gov

**OFFICE OF THE HARRIS COUNTY ATTORNEY**
1019 Congress
Houston, Texas 77002
Tel: (713) 274-5354

**ATTORNEYS FOR DEFENDANT**
**HARRIS COUNTY**

## CERTIFICATE OF SERVICE

I certify that, pursuant to Federal Rules of Civil Procedure, a true copy of the instrument to which this certificate is attached was filed with the clerk of the court using CM/ECF system, which will send electronic notification for the attorney of record who receive electronically filed documents.

*/s/ Melissa G. Martin*
Melissa G. Martin

6