**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| **BERT W. WHITTINGTON,** § | |
| **Plaintiff,** § | |
| § | |
| **v.** § | **Civil Action No.: 4:21-cv-3220** |
| § | |
| § | |
| **KIRK WAYNE BONSAL,** *ET. AL.*, § | |
| **Defendants.** § | |

**DEFENDANT'S EXHIBIT LIST**

Defendant Harris County tenders this list of exhibits to be offered into evidence at trial.

| | Document | Bates ID or Plaintiff Produced | Admitted | Denied |
|---|---|---|---|---|
| 1 | IAD File 2020-IAD-004 | HC 0001-HC0135 | | |
| 2 | IAD Complaint Form | HC 0136 | | |
| 3 | IAD File 2020-A-002 | HC 0140-0275 | | |
| 5. | Police Service Dog Requirement | HC 0276-0284 | | |
| 6 | K9 Policy 503 | BWW 000299-000305 | | |
| 7 | 2019 Precinct 3 Demographics | HC 0285-0290 | | |
| 8. | 2020 Precinct 3 Demographics | HC 0291-0295 | | |
| 9 | Use of Force File 24-2020 | HC 0296-0337 | | |
| 10 | Use of Force File 28-2020 | HC 0338-0373 | | |

1

| 11 | Use of Force File 53-2019 | HC 0374-0408 | | |
| 12 | ADC Committee Determination | HC 0409 | | |
| 13 | Use of Force Review Board Memo and Decision Documents. | HC 0410-0413 | | |
| 14 | Constable Eagleton's Appeal Decision | HC 0448 | | |
| 15 | Background report for hiring of Plaintiff | HC 0463-0468 | | |
| 16 | Plaintiff's application for employment | HC 0469-0504 | | |
| 17 | Evaluations of Interview Panel Who Interviewed Plaintiff For Job With Precinct 3 | HC 0505-0510 | | |
| 18 | TCOLE Service Report | HC 0521-0524 | | |
| 19 | July 16, 2020 Letter of Suspension for 5/28/20 Incident and Plaintiff's Response | HC 0536-0539 | | |
| 20 | February 20, 2020 Written Reprimand for 1/24/20 Incident | HC 0540-0541 | | |
| 21 | Harris County and Precinct 3 Policy Acknowledgement Forms Signed 2019 | HC 0550, 0554 | | |
| 22 | Oaths of Office | HC 0556-0559 | | |
| 23 | Harris County and Precinct 3 Policy Acknowledgement Forms Signed 2017 | HC 0561 | | |
| 24 | Separation of Licensee Form | HC 0564 | | |

| 25 | Plaintiff's Petition to Correct F5 Designation | HC 0565-0566 | | |
|---|---|---|---|---|
| 285 26 | Letter of Termination | HC 0568-0570 | | |
| 27 | Recording of June 1, 2020 Meeting | HC 0579 | | |
| 28 | Precinct 3 Policies | HC 0589-1386 | | |
| 29 | Harris County Personnel Regulations | HC 1387-1453 | | |
| 30 | Auditor's Payroll Forms | HC 1454-1460 | | |
| 31 | TWC Application | HC 1463-1464 | | |
| 32 | Zane's Precinct 3 Donation | HC 1496-1499 | | |
| 33 | Zane's Training Records | HC 1500-1516 | | |
| 34 | May 20, 2019 Verbal Reprimand | HC 1562-1563 | | |
| 35 | Medical Examiner's Office Correspondence | HC 1567-1601 | | |
| 36 | BWC Footage May 28, 2020 After Apprehension of Juvenile | HC 1602 | | |
| 37 | Transcript of June 1, 2020 Meeting | HC 1683-1702 | | |
| 38 | Tactical Entry Videos | HC 1703-1710 | | |
| 39 | Group Text Message re: Floyd Toxicology | BWW 000005-000008 | | |
| 40 | Plaintiff June 4, 2020 E-mail | BWW 000009 | | |
| 41 | Plaintiff's Resume | BWW 000320-000322 | | |

3

| | | | | |
|---|---|---|---|---|
| 42 | Plaintiff's Financial Documents | BWW 000331-000378 | | |
| 43 | March 30, 2022 Plaintiff's Answers to 1st Interrogatories | | | |
| 44 | July 18, 2022 Plaintiff's Answers to 2nd Interrogatories | | | |
| 45 | November 25, 2022 Plaintiff's Answers to 3rd Interrogatories | | | |
| 46 | February 2, 2026 Plaintiff's Supplemental Answers to Interrogatories | | | |
| 47 | May 24, 2022 Plaintiff's Responses to First Request for Production | | | |
| 48 | July 18, 2022 Plaintiff's Responses to Second Request for Production | | | |
| 49 | November 25, 2022 Plaintiff's Responses to Third Request for Production | | | |
| 50 | Expert Report of Dr. Steward | | | |

Respectfully submitted,


By:    */s/ Melissa G. Martin*
**MELISSA G. MARTIN**
Senior Assistant County Attorney
State Bar No. 24039035
Fed. Bar No. 38613
Tel: (713) 274-5354 (direct)
Fax: (713) 755-8823
melissa.martin@harriscountytx.gov
**RADHA THIAGARAJAN**
Senior Assistant County Attorney
State Bar No. 00784154
Federal Bar No. 20217
Radha.Thiagarajan@harriscountytx.gov

**OFFICE OF THE HARRIS COUNTY ATTORNEY**
1019 Congress
Houston, Texas 77002

4

Tel: (713) 274-5354

**ATTORNEYS FOR DEFENDANT
HARRIS COUNTY**

## <u>CERTIFICATE OF SERVICE</u>

I certify that, pursuant to Federal Rules of Civil Procedure, a true copy of the instrument to which this certificate is attached was filed with the clerk of the court using CM/ECF system, which will send electronic notification for the attorney of record who receive electronically filed documents.

*/s/ Melissa G. Martin*
Melissa G. Martin

5